## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | **DECLARATION OF** |
| TYLER PETERS | : | **JOSHUA KLEIN** |
| | : | |
| | : | |

Pursuant to 28 U.S.C. Section 1746, I, Joshua Klein, declare as follows:

1.       I am an attorney admitted to practice before this Court and a partner with the law firm Petrillo Klein & Boxer LLP, counsel for Defendant Ross B. Shapiro in the above-captioned action.  I submit this Declaration in support of Defendants' Memorandum in Support of their Joint Motions to Dismiss and for a Bill of Particulars.

2.       Attached as Exhibit 1 is a true and correct copy of a document bates-stamped NSISEC00093376, the January 5, 2010 marketing email referencing bond AHMA 2007-1 A1, as identified in Count 4 of the Indictment.

3.       Attached as Exhibit 2 is a true and correct copy of a document bates-stamped NSI00015434, the March 7, 2011 marketing email referencing bond WAMU 2007-HY3 4A1, as identified in Count 5 of the Indictment.

4.       Attached as Exhibit 3 is a true and correct copy of a document bates-stamped NSISEC00088654, the December 21, 2011 marketing email referencing bond JPALT 2007-A2 2A1, as identified in Count 7 of the Indictment.

5.      Attached as Exhibit 4 is a true and correct copy of a document bates-stamped NSI00024634,  the March 8, 2012 marketing email referencing bond AAA 2005-1A 1A3B, as identified in Count 8 of the Indictment.

6.      Attached as Exhibit 5 is a true and correct copy of a document bates-stamped NSI00029351, the May 1, 2012 marketing email referencing bond PPSI 2004-WWF1 M3, as identified in Count 9 of the Indictment.

7.      Attached as Exhibit 6 is a true and correct copy of a document bates-stamped NSISEC00088646, the December 21, 2011 confirmation email referencing bond JPALT 2007-A2 2A1, as identified in Count 6 of the Indictment.

8.      Attached as Exhibit 7 is a true and correct copy of a document bates-stamped NSISEC00090973, the May 1, 2012 confirmation email referencing bond PPSI 2004-WWF1 M3, as identified in Count 10 of the Indictment.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, NY
       January 29, 2016

_____

Joshua Klein
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, New York 10017
(212) 370-0330
jklein@pkbllp.com
*Attorney for Ross B. Shapiro*

2

# Exhibit 1

## AS THE MKT CONTINUED TO RALLY TODAY, WE BOUGHT/SOLD/TRADED....

From:   "NOMURA RMBS (3617|NOMURA SECURITIES IN|12335|6607861|ross.shapiro@nomura.com||)" <nrmbs@bloomberg.net>

Bcc:    "PETER DION (|GOLDMAN SACHS ASSET)" <dion@bloomberg.net>, "JIM SHALLCROSS (|DECLARATION MANAGEME)"
<jhmpf@bloomberg.net>, "TIM ROWE (|SMITH BREEDEN ASSOCI)" <timrowe@bloomberg.net>, "CAROLYN BECKEDORFF (|BAUPOST
GROUP L.L.C.)" <tonybeck@bloomberg.net>, "INVESTMENTS GORDIAN (|GORDIAN KNOT LIMITED)" <gordiank@bloomberg.net>,
"DAVID CLEMENT (|NEW YORK LIFE INVEST)" <t95ats0@bloomberg.net>, "YAGO VALDERRAMA (|NOMURA
INTERNATIONAL|yago.valderrama@nomura.com)" <yago@bloomberg.net>, "ROBERT MORO (|RBS SECURITIES
INC.|moror@gcm.com)" <gobald@bloomberg.net>, "TED SULGER (3617|NOMURA SECURITIES
IN|30048208|43705|tsulger@us.nomura.com||)" <sulger@bloomberg.net>, "GABE SUNSHINE (|BRACEBRIDGE CAPITAL, )"
<gbs@bloomberg.net>, "ANDREW SZABO (|GOODWIN CAPITAL ADVI)" <aszabo@bloomberg.net>, "NICK RINALDI (|GOODWIN
CAPITAL ADVI)" <nrinaldi@bloomberg.net>, "BRIAN HUGHES (|SWISS RE FINANCIAL P)" <bhughes@bloomberg.net>, "KISHORE
YALAMANCHILI (|BLACKROCK ADVISORS, )" <kishore@bloomberg.net>, "THOMAS CLOUTIER (|GOODWIN CAPITAL ADVI)"
<tcloutier@bloomberg.net>, "RONALD A FREYDBERG (|MFA MORTGAGE INVESTM)" <americafirst@bloomberg.net>, "CRAIG
ARMSTRONG (|MBIA CORP.)" <carmstrong@bloomberg.net>, "EDWARD FITZGERALD (|NEW YORK LIFE INVEST)"
<t83bd6w@bloomberg.net>, "STEVE JERACI (|MKP CAPITAL MANAGEME)" <sjeraci@bloomberg.net>, "JEFF KATZ (|WESTERN
ASSET MANAGE)" <jtkatz@bloomberg.net>, "ROBERT KINDERMAN (|ELLINGTON MANAGEMENT)" <rkinderman@bloomberg.net>,
"MICHAEL SOLLOTT (|EIDESIS CAPITAL)" <sollott@bloomberg.net>, "BRIAN DIRGINS (|HARTFORD
INVESTMENT|brian.dirgins@himco.com)" <bdirg@bloomberg.net>, "DAVID WEEKS (|MERRILL LYNCH|david.weeks@baml.com)"
<dweeks@bloomberg.net>, "JENNIFER BOWERS (|DECLARATION MANAGEME)" <jbowers@bloomberg.net>, "BRIAN LOO
(|METROPOLITAN WEST AS)" <bloo@bloomberg.net>, "GORDIAN INVESTMENTS (|GORDIAN KNOT LIMITED)"
<gordian3@bloomberg.net>, "TERRY MOORE (|SMITH BREEDEN ASSOCI)" <terry@bloomberg.net>, "JULIET JONES (|BARCLAYS
CAPITAL INC|juliet.jones@barclayscapital.com)" <jewelsj@bloomberg.net>, "FAHAD ROUMANI (|MORGAN (J.P.))"
<froumani@bloomberg.net>, "GREG RICHTER (|CREDIT SUISSE SECURI)" <grichter@bloomberg.net>, "BETHANY EVITTS
(|WELLINGTON MGMT. CO.|bmritter@wellington.com)" <britter@bloomberg.net>, "LISA REED (|INVESCO INSTITUTIONA)"
<ljreed@bloomberg.net>, "MATTHEW SMITH (|FIDELITY MANAGEMENT)" <msmith25@bloomberg.net>, "CHRISTIAN LAWLESS
(|NOMURA INTERNATIONAL|cjlawles@lehman.com)" <clawless1@bloomberg.net>, "LUKE HAGOPIAN (|COLUMBIA MANAGEMENT)"
<lhagop@bloomberg.net>, "AILEEN WATSON (|DAVIDSON KEMPNER CAP)" <aiwatson@bloomberg.net>, "KYONGSOO NOH (|JP
MORGAN INVESTMENT)" <knoh@bloomberg.net>, "MICHAEL MALM (|PUTNAM INVESTMENTS L)" <mmalm@bloomberg.net>, "MITCH
FLACK (|METROPOLITAN WEST AS)" <flack@bloomberg.net>, "PHILIP RIO (|NEW YORK LIFE INVEST)" <prio1@bloomberg.net>,
"CHRISTOPHER CREED (|GOLDMAN SACHS ASSET)" <creedc@bloomberg.net>, "ALEX WEI (|DELAWARE MANAGEMENT)"
<alexwei@bloomberg.net>, "DAVID COVEY (|NOMURA INTERNATIONAL|dcovey@lehman.com)" <dcovey@bloomberg.net>, "ALFRED
MURATA (|PIMCO)" <atmurata@bloomberg.net>, "ANTHONY CONTESSA (|SWISS RE FINANCIAL P)" <acontessa@bloomberg.net>,
"MICHAEL YILMAZ (|ELLIOTT MANAGEMENT C)" <myilmaz1@bloomberg.net>, "SYLVIE KICHENIN (|SOCIETE GENERALE)"
<skichenin@bloomberg.net>, "CHRIS MCGRATH (|DAVIDSON KEMPNER CAP)" <cmcgrath7@bloomberg.net>, "AL VLAJINAC
(|WELLINGTON MGMT. CO.|AVlajinac@wellington.com)" <avlajinac@bloomberg.net>, "DAVID BETANZOS (|CAPITAL GROUP
RESEAR)" <betanzos@bloomberg.net>, "GARY HUANG (|DEUTSCHE BANK AG|gary.huang@db.com)" <ghuangdb@bloomberg.net>,
"GREG HANDLER (|WESTERN ASSET MANAGE)" <ghandler@bloomberg.net>, "KAY LEONG KHOO (|FORTRESS
INVESTMENT|kkhoo@fortress.com)" <klkhoo@bloomberg.net>, "BRIAN CHOI (|REDWOOD TRUST, INC.)" <byjchoi@bloomberg.net>,
"NATHAN GESKE (|VARDE PARTNERS, INC.)" <ngeske@bloomberg.net>, "PATRICE WAN (|MORGAN (J.P.))"
<sikop4t@bloomberg.net>, "DAVID GOODSON (|ING INVESTMENT MANAG)" <dgoodson@bloomberg.net>, "JULIO MACEIRA (|KORE
ADVISORS LP)" <jmaceira1@bloomberg.net>, "JOSHUA ANDERSON (|PIMCO)" <anderjo44@bloomberg.net>, "ARTHUR CHU (|QVT
FINANCIAL, LP)" <arthurchu@bloomberg.net>, "NAOYA TAKAHASHI (|NOMURA SECURITIES CO|takahashi-09fq@jp.nomura.com)"
<n.taka@bloomberg.net>, "TADASHI NOGUCHI (|NOMURA SECURITIES CO|noguchi-0f0p@jp.nomura.com)" <noguchit@bloomberg.net>,
"ANDREW TENCZAR (|STATE STREET BANK &)" <atenczar@bloomberg.net>, "MAXIME PALADINI (|BANQUE NOMURA
FRANCE|maxime.paladini@lehman.com)" <maxpaladini@bloomberg.net>, "MICHAEL PENROSE (|CREDIT SUISSE SECURI)"
<mpenrose@bloomberg.net>, "JEFF SAYE (|RIMROCK CAPITAL MANA)" <jsaye2@bloomberg.net>, "AKIHIRO SHIBATA (|NOMURA
SECURITIES CO|shibata-0gj3@jp.nomura.com)" <akshibata@bloomberg.net>, "DYLAN SMITH (|NOMURA
INTERNATIONAL|dylan.smith@uk.nomura.com)" <smithdy@bloomberg.net>, "MARK BENNETT (|REDWOOD TRUST,
INC.|MARK.BENNETT@REDWOODTRUST.COM)" <marktb@bloomberg.net>, "ERIC FRANCE (|PUBLIC EMPLOYEE RETI)"
<efrance@bloomberg.net>, "NANLAN YE (|TRUST COMPANY OF THE|NANLAN.YE@TCW.COM)" <nye@bloomberg.net>, "SETH
ROBBINS (|BRACEBRIDGE CAPITAL, |SETH@BRCAP.COM)" <srobbins@bloomberg.net>, "DAVID WRIGHT (|NEW YORK LIFE
INVEST|DAVID_WRIGHT@NYLIM.COM)" <t95bu6u@bloomberg.net>, "RYAN MURPHY (|NOMURA
INTERNATIONAL|ryan.murphy@lehman.com)" <rmurphy8@bloomberg.net>, "BRYAN WHALEN (|METROPOLITAN WEST
AS|bwhalen@mwamllc.com)" <btwhalen@bloomberg.net>, "GEORGE GEOTES (3617|NOMURA SECURITIES
IN|12335|2840353|ggeotes@us.nomura.com||)" <ggeotes@bloomberg.net>, "BILL SIDFORD (|ALLIANCEBERNSTEIN
L.|WILLIAM_SIDFORD@ACML.COM)" <whsacml@bloomberg.net>, "ZACHARY HARRISON (|PUTNAM INVESTMENTS L)"
<zharrison@bloomberg.net>, "BRAD ROSENBERG (|PAULSON & CO. INC.|brad.rosenberg@paulsonco.com)"
<bsrosenberg@bloomberg.net>, "JOEL WOLLMAN (|QVT FINANCIAL, LP|joel.wollman@qvt.com)" <joelwollman@bloomberg.net>,
"GUILLAUME PIARD (|BANQUE NOMURA FRANCE|guillaume.piard@nomura.com)" <gupiard@bloomberg.net>, "AARON WERTENTHEIL
(|ETON PARK CAPITAL MA|AARON.WERTENTHEIL@ETONPARK.COM)" <awe@bloomberg.net>, "ALEX CIGOLLE (|COHEN AND
COMPANY|ACIGOLLE@COHEN-BROS.COM)" <apcigolle@bloomberg.net>, "MICHAEL FINNEGAN (|ZAIS GROUP,
LLC|Michael.Finnegan@ZAISGroup.com)" <finneganm@bloomberg.net>, "DAN KALE (|TRUST COMPANY OF THE|dan.kale@tcw.com)"
<kaled@bloomberg.net>, "FRED TY (|REDWOOD TRUST, INC.|FRED.TY@REDWOODTRUST.COM)" <fty@bloomberg.net>, "BILL

MARTIN (|TIAA OF AMERICA|billmartin@tiaa-cref.org)" <billkmartin@bloomberg.net>, "DAVID SCHWARTZ (|DYNAMIC CAPITAL PARTN)" <dschwartz9@bloomberg.net>, "BOB BAGGOTT (|CAPITAL GROUP RESEAR|BOB@CAPGROUP.COM)" <bagger91@bloomberg.net>, "EILEEN SHAY (|DAVIDSON KEMPNER CAP|ESHAY@DKPARTNERS.COM)" <eshay2@bloomberg.net>, "ALEXANDER PAPSON (|BANC OF AMERICA SECU|alexander.papson@bankofamerica.com)" <apapson@bloomberg.net>, "JUSTIN LO (|HSBC, TSY & CAP MKTS|JUSTIN.LO@HSBCIB.COM)" <jlo8@bloomberg.net>, "XAVIER GOSS (|BLACKROCK ADVISORS, |xavier_goss@ml.com)" <xgoss@bloomberg.net>, "USMAN NAEEM (|MORGAN (J.P.)|USMAN.NAEEM@JPMORGAN.COM)" <unaeem1@bloomberg.net>, "DAVID KESSLER (|KORE ADVISORS LP|DKessler@korecapital.com)" <dhkessler@bloomberg.net>, "MAYUMI ARAI (|NOMURA SECURITIES CO|arai-1n8r@jp.nomura.com)" <marai8@bloomberg.net>, "JENNY PARK (|WESTERN ASSET MANAGE|JPARK@WESTERNASSET.COM)" <jenpark@bloomberg.net>, "ARUNAVA BISWAS (|BARCLAYS CAPITAL INC|ARUNAVA.BISWAS@BARCLAYSCAPITAL.COM)" <abiswas1@bloomberg.net>, "KEVIN J FINNERTY (|MARINER INVESTMENT G|kevinjf@marinerficap.com)" <kevinjf@bloomberg.net>, "KAUSHAL THAKKAR (|HSBC GROUP INVESTMEN|KAUSHAL.THAKKAR@US.HSBC.COM)" <kthakkar1@bloomberg.net>, "LIMING GE (|NOMURA INTERNATIONAL|PATRICK.GE@HK.NOMURA.COM)" <geliming@bloomberg.net>, "SHARAD BANSAL (|PIMCO|sharad.bansal@pimco.com)" <sharadbansal@bloomberg.net>, "GREGORY MILLER (|RIMROCK CAPITAL MANA|MILLER@SAYECAPITAL.COM)" <gsmiller@bloomberg.net>, "MARISSA HARRIS (|NOMURA INTERNATIONAL|marissa.harris@nomura.com)" <mariharr@bloomberg.net>, "TYLER WYNN (|COHEN AND COMPANY|TYLER.WYNN@COHEN-BROS.COM)" <twynn2@bloomberg.net>, "TAIKI KIMURA (|NOMURA SECURITIES CO|tkimura@us.nomura.com)" <taikikimura@bloomberg.net>, "JEFF WHEELER (|SMITH BREEDEN ASSOCI|JWHEELER@SMITHBREEDEN.COM)" <jwheels1@bloomberg.net>, "JANE CHEN (|MKP CAPITAL MANAGEME|JCHEN@MKPCAP.COM)" <jchen129@bloomberg.net>, "TAMMY JIANG (|BROOKFIELD INVESTMEN|t.jiang@hyperioncapital.com)" <t.jiang@bloomberg.net>, "KYLE BASS (|HAYMAN ADVISORS, LP|KB@HAYMANADVISORS.COM)" <jkbass@bloomberg.net>, "TOM LYON (|OZ MANAGEMENT, LP|THOMAS.LYON@OZCAP.COM)" <tlyon2@bloomberg.net>, "JOHN WRIGHT (|SANKATY ADVISORS LLC|JWRIGHT@SANKATYADVISORS.COM)" <jwright14@bloomberg.net>, "RICHARD ZENTKO (|RBS SECURITIES INC.|RICHARD.ZENTKO@GCM.COM)" <rzentko@bloomberg.net>, "GAVASKAR BALASINGAM (|DAVIDSON KEMPNER CAP|gbalasingam@dkpartners.com)" <gbalasingam@bloomberg.net>, "CHRIS KELLY (|ZAIS GROUP, LLC|CHRIS.KELLY@ZAISGROUP.COM)" <ckelly20@bloomberg.net>, "ED CONG (|MARATHON ASSET MANAG|econg@marathonfund.com)" <econg@bloomberg.net>, "SCOTT AUSTIN (|METROPOLITAN WEST AS|SAUSTIN@MWAMLLC.COM)" <scottya@bloomberg.net>, "STUART GOLDBERG (|MARATHON ASSET MANAG|SGOLDBERG@MARATHONFUND.COM)" <sgoldberg5@bloomberg.net>, "STEFANO LORETI (|CAIRN CAPITAL LIMITE|STEFANO.LORETI@CAIRNCAPITAL.COM)" <sloreti3@bloomberg.net>, "WYATT WACHTEL (|YORK CAPITAL MANAGEM|wwachtel@yorkcapital.com)" <wjwachtel@bloomberg.net>, "VICTOR BHAGAT (|ALLIANCEBERNSTEIN L.|VICTOR.BHAGAT@ALLIANCEBERNSTEIN.COM)" <vbhagat2@bloomberg.net>, "REGINA RICHARDSON (|EJF CAPITAL LLC|rrichardson@harboram.com)" <rrichardson5@bloomberg.net>, "VIMAL SHAH (|TRICADIA CAPITAL LLC|VSHAH@TRICADIACAPITAL.COM)" <vdshah@bloomberg.net>, "POOJA PATHAK (|BROOKFIELD INVESTMEN|ppathak@hyperionbrookfield.com)" <ppathak1@bloomberg.net>, "RANDY FABIAN (|TRICADIA CAPITAL LLC|RFABIAN@TRICADIACAPITAL.COM)" <rfabian1@bloomberg.net>, "DAVID GREGORY (|COHEN AND COMPANY|DGREGORY@COHEN-BROS.COM)" <dgregory10@bloomberg.net>, "EDWARD REILLY (|MORGAN STANLEY|EDWARD.REILLY@MORGANSTANLEY.COM)" <edreilly3@bloomberg.net>, "JOSEPH MOURIDY (|NEW YORK LIFE INVEST|JMOURIDY@NYIM.com)" <jmouridy@bloomberg.net>, "ALISTAIR LUMSDEN (|CQS (UK) LLP|alistair.lumsden@cqsm.com)" <alumsden2@bloomberg.net>, "YUSUKE IKAWA (|NOMURA SECURITIES CO|yusuke.ikawa@nomura.com)" <yusukeikawa@bloomberg.net>, "ANISH KUMAR (|ZAIS GROUP, LLC|ANISH.KUMAR@ZAISGROUP.COM)" <anishkumar@bloomberg.net>, "DMITRI MIROVITSKI (|HBK INVESTMENTS, LP|dmirovitski@hbk.com)" <dmitrimir@bloomberg.net>, "ANDREW SCHLEIGER (|PPM AMERICA, INC.|ANDY.SCHLEIGER@PPMAMAMERICA.COM)" <aschleiger1@bloomberg.net>, "VIKRAM SHANKAR (|MORGAN STANLEY|vikram.shankar@ms.com)" <shankarv@bloomberg.net>, "DAVID DEBIASE (|FIDELITY MANAGEMENT|DAVID.DEBIASE@FMR.COM)" <ddebiase2@bloomberg.net>, "KEN HEARD (|ALLSTATE INSURANCE C|kheard@allstate.com)" <kheard@bloomberg.net>, "BRIAN HERR (|CREDIT SUISSE SECURI|Brian.Herr@credit-suisse.com)" <bherr1@bloomberg.net>, "JUAN QUINTAS (|NOMURA INTERNATIONAL|JQUINTAS@JJAMMAN.COM)" <quintas@bloomberg.net>, "CLAY ARMISTEAD (|BARCLAYS GLOBAL INVE|clay.armistead@barclaysglobal.com)" <armistead@bloomberg.net>, "BRIAN VESCIO (|DEUTSCHE BANK SECURI|BRIAN.VESCIO@DB.COM)" <bvescio3@bloomberg.net>, "NAEL WAHAIDI (|DELAWARE MANAGEMENT|NHWAHAIDI@DELINVEST.COM)" <nwahaidi1@bloomberg.net>, "JING YANG (|PIMCO|jing.yang@pimco.com)" <jyang38@bloomberg.net>, "SARAH PASCIUCCO (|BRACEBRIDGE CAPITAL, |SARAH@BRCAP.COM)" <spasciucco@bloomberg.net>, "CRISTINA CARDENAS THORLUND (|NOMURA INTERNATIONAL|cristina.cardenas@nomura.com)" <cardenasc@bloomberg.net>, "JEAN-MICHEL TRICOT (|AXA INVESTMENT MANAG)" <jmtricot@bloomberg.net>, "ALEX TERVOOREN (|TRICADIA CAPITAL LLC|atervooren@tricadiacapital.com)" <atervooren@bloomberg.net>, "MARIE SHOSTEDT (|SMITH BREEDEN ASSOCI|MSHOSTEDT@SMITHBREEDEN.COM)" <mshostedt1@bloomberg.net>, "JIM GALOWSKI (|STONE TOWER CAPITAL|JGALOWSKI@STONETOWERCAPITAL.COM)" <jgalowski1@bloomberg.net>, "ROBERT COORS (|STONE TOWER CAPITAL|rcoors@stonetowercapital.com)" <rmcoors@bloomberg.net>, "CHRISTOPHER MULLER (|MKP CAPITAL MANAGEME|CMULLER@MKPCAP.COM)" <cmuller6@bloomberg.net>, "ANTHONY CAPPETTA (|STONE TOWER CAPITAL|ACAPPETTA@STONETOWERCAPITAL.COM)" <ancappetta@bloomberg.net>, "GABRIEL RIVERA (|BLACKROCK ADVISORS, |gabriel.rivera@blackrock.com)" <grivera@bloomberg.net>, "BILL DREW (|HARBINGER CAPITAL PA|BDREW@HARBINGERCAP.NET)" <bdrew7@bloomberg.net>, "HARRISON CHOI (|METROPOLITAN WEST AS|HCHOI@MWAMLLC.COM)" <harrisonchoi@bloomberg.net>, "CHRIS GRAVES (|E*TRADE GLOBAL ASSET|christopher.graves@etrade.com)" <cjgraves@bloomberg.net>, "CHARLES MOOREFIELD (|MASON CAPITAL MANAGE|cmoorefield@masoncap.com)" <cmoorefield2@bloomberg.net>, "BOND GRIFFIN (|DECLARATION MANAGEME|BGRIFFIN@DECLARATION.COM)" <bgriffin00@bloomberg.net>, "CLARK BAKER (|HARBINGER CAPITAL PA|cbaker@harbingercap.net)" <bakercdb@bloomberg.net>, "JASPAUL(PAUL) SINGH (|REGIMENT CAPITAL

ADV|PSINGH@REGIMENTCAPITAL.COM)" <jsingh01@bloomberg.net>", "NIRAV PATEL (|DEUTSCHE BANK SECURI|NIRAV.PATEL@DB.COM)" <npatel37@bloomberg.net>", "SIMON BERRING (|QVT FINANCIAL, LP|simon.berring@qvt.com)" <sberring@bloomberg.net>", "ERIC MARKS (|ELLINGTON MANAGEMENT|EMARKS@ELLINGTON.COM)" <ericmarks@bloomberg.net>", "MATTHEW SHULMAN (|MARINER INVESTMENT|mshulman@marinercapital.com)" <mshulman3@bloomberg.net>", "DAN CASTALINE (|STONE TOWER CAPITAL|dcastaline@stonetowercapital.com)" <dcastaline2@bloomberg.net>", "ADAM SKLAR (|MONARCH ALTERNATIVE|adam.sklar@quadranglegroup.com)" <asklar3@bloomberg.net>", "ERIKA ISLEY (|PRINCIPAL CAPITAL MA|isley.erika@principal.com)" <eisley1@bloomberg.net>", "ZINEB RAMADANE (|COHEN AND COMPANY|zramadane@cohenandcompany.com)" <zramadane@bloomberg.net>", "BRYAN STEELE (|BNY MELLON (CIS)|Bryan.Steele@bnymellon.com)" <bsteele3@bloomberg.net>", "ANUP AGARWAL (|STARK & ROTH, INC.|AAGARWAL@STARKINVESTMENTS.COM)" <aagarwal22@bloomberg.net>", "ELISSAR BOUJAOUDE (|TRUST COMPANY OF THE|elissar.boujaoude@tcw.com)" <eboujaoude2@bloomberg.net>", "MARIO RIVERA (|FORTRESS INVESTMENT|mrivera@fortressinv.com)" <mrivera12@bloomberg.net>", "NOBEL D. KAMBERI (|PRUDENTIAL INVESTMEN|nobel.kamberi@prudential.com)" <nkamberi@bloomberg.net>", "DRIES DARIUS (|KING STREET CAPITAL|DDarius@kingstreet.com)" <ddarius@bloomberg.net>", "JAMES CONNOLLY (|ETON PARK CAPITAL MA|james.connolly@etonpark.com)" <jconnolly8@bloomberg.net>", "BYRON MIMS (|SMITH BREEDEN ASSOCI|bmims@smithbreeden.com)" <bmims@bloomberg.net>", "CRAIG RECKIN (|NATIXIS NORTH AMERIC|craig.reckin@cm.natixis.com)" <creckin1@bloomberg.net>", "MICHAEL RIEGER (|SEIX ADVISORS|mrieger@seixadvisors.com)" <mrieger1@bloomberg.net>", "BRETT ROTH (|TRUST COMPANY OF THE|brett.roth@tcw.com)" <broth4@bloomberg.net>", "STUART LIPPMAN (|RBC CAPITAL MARKETS|stuart.lippman@rbccm.com)" <slippman2@bloomberg.net>", "KEVIN FISHER (|DEUTSCHE BANK AG|kevin.fisher@db.com)" <kfisher13@bloomberg.net>", "SAGAR PARIKH (|TRUST COMPANY OF THE|cmbstmp14@tcw.com)" <sparikh7@bloomberg.net>", "MICHAEL HSU (|TRUST COMPANY OF THE|michael.hsu@tcw.com)" <mhsu18@bloomberg.net>", "STEPHEN VIRGILIO (|TEACHERS INSURANCE &|svirgilio@tiaa-cref.org)" <svirgilio@bloomberg.net>", "ISAAC MAYA (|HALCYON ASSET MANAGE|imaya@halcyonllc.com)" <imaya2@bloomberg.net>", "ZACH GASSMANN (|PRINCIPAL CAPITAL MA|gassmann.zach@principal.com)" <zgassmann1@bloomberg.net>", "ALFONSO PORTILLO (|CHARLES SCHWAB & CO.|alfonso.portillo@schwab.com)" <aportillo2@bloomberg.net>", "SCOTT SEEWALD (|NEW YORK LIFE INVEST|Scott_Seewald@nylim.com)" <t95cefn@bloomberg.net>", "ADAM LEVI (|BARCLAYS GLOBAL INVE|adam.levi@barclaysglobal.com)" <alevi5@bloomberg.net>", "GEORGE JIKOVSKI (|CANYON PARTNERS LLC|gjikovski@canyonpartners.com)" <gjikovski1@bloomberg.net>", "ALEKSEY LEKSANOV (|STONE TOWER CAPITAL)" <aleksanov1@bloomberg.net>", "CHRISTOPHER FENSKE (|HALCYON ASSET MANAGE|cfenske@halcyonllc.com)" <cfenske1@bloomberg.net>", "GLEN GREELEY (|MILLENNIUM PARTNERS|ggreeley@mlp.com)" <ggreeley1@bloomberg.net>", "HAHN KANG (|MILLENNIUM PARTNERS|hkang@mlp.com)" <hkang10@bloomberg.net>", "KATHERINE COSTANZO (|YORK CAPITAL MANAGEM|kcostanzo@yorkcapital.com)" <kcostanzo@bloomberg.net>", "KYOUNG KANG (|MILLENNIUM PARTNERS|kkang@mlp.com)" <kkang13@bloomberg.net>", "STEPHEN SMITLEY (|CARVAL INVESTORS, LL|Stephen.Smitley@black-river.com)" <ssmitley1@bloomberg.net>", "JOSHUA KUROPATKIN (|MORGAN STANLEY|joshua.kuropatkin@morganstanley.com)" <jkuropatkin1@bloomberg.net>", "CHRISTOPHER MEDEMA (|WESTERN ASSET MANAGE|CMedema@Westernasset.com)" <cmedema1@bloomberg.net>", "ALEX CONSTANTINIDES (|EIDESIS CAPITAL|alex@eidesiscapital.com)" <aconstantin2@bloomberg.net>", "HAROON SHAIKH (|AUGUSTUS ASSET MANAG|haroon.shaikh@augustus.co.uk)" <hshaikh2@bloomberg.net>", "CHARLES DAULON DU LAURENS (|BANQUE NOMURA FRANCE|charles.daulondulaurens@fr.nomura.com)" <c.daulon@bloomberg.net>", "JONATHAN GAW (|RBC CAPITAL MARKETS|jonathan.gaw@rbccm.com)" <jgaw1@bloomberg.net>", "DEREK SCHAIBLE (|LOEWS CORPORATION)" <dschaible2@bloomberg.net>", "HAIDI GU (|PIMCO|hgu@pimco.com)" <hgu08@bloomberg.net>", "PETE ROBINSON (|CHALLENGER GROUP SER|probinson@challengergroup.co.uk)" <probinson28@bloomberg.net>", "PALNA PATEL (|NOMURA INTERNATIONAL|palna.patel@lehman.com)" <palna@bloomberg.net>", "JASON CALLAN (|RIVERSOURCE INVESTME|jason.j.callan@ampf.com)" <jcallan4@bloomberg.net>", "STEPHEN CIANCI (|LOGAN CIRCLE PARTNER|srcianci@lcpim.com)" <scianci2@bloomberg.net>", "ALFIO LEONE (|LOGAN CIRCLE PARTNER|alleone@lcpim.com)" <aleone2@bloomberg.net>", "ANDREAS ECKNER (|MERRILL LYNCH|andreas.eckner@baml.com)" <aeckner@bloomberg.net>", "CORY OLSEN (|STONE TOWER CAPITAL|colsen@stonetowercapital.com)" <colsen6@bloomberg.net>", "ADAM SCHWARTZ (|FIR TREE, INC.|aschwartz@firtree.com)" <aschwartz22@bloomberg.net>", "JOSHUA BISSU (|KING STREET CAPITAL|jbissu@kingstreet.com)" <jbissu2@bloomberg.net>", "JEREMY SHOR (|PLAINFIELD ASSET MAN|jeremy.shor@pfam.com)" <jshor3@bloomberg.net>", "MATTHEW WHALEN (|MARINER INVESTMENT G|mwhalen@marinerficap.com)" <mwhalen4@bloomberg.net>", "FRANK CANELAS (|PURSUIT PARTNERS|schepis@pursuitpartners.com)" <pimllc@bloomberg.net>", "PETER VAN GELDEREN (|STARK & ROTH, INC.|pvangelderen@starkinvestments.com)" <pvangelderen@bloomberg.net>", "SUNIL YADAV (|MFA MORTGAGE INVESTM|syadav@mfa-reit.com)" <syadav6@bloomberg.net>", "JOSHUA MORRIS (|DAVIDSON KEMPNER CAP|jmorris@dkpartners.com)" <jmorris39@bloomberg.net>", "LILY WANG (|BAYVIEW FINANCIAL|lilywang@bayviewfinancial.com)" <lwang87@bloomberg.net>", "PAUL PARK (|MARINER INVESTMENT G)" <ppark6@bloomberg.net>", "ALAN CHAN (|MARINER INVESTMENT)" <achan114@bloomberg.net>", "JEFFREY HINKLE (|EJF CAPITAL LLC|jhinkle@barriercapital.com)" <jhinkle4@bloomberg.net>", "JASON STEWART (|EJF CAPITAL LLC|jstewart@barriercapital.com)" <jstewart38@bloomberg.net>", "JOHN JIANG (|DAVIDSON KEMPNER CAP|jjiang@dkpartners.com)" <jjiang30@bloomberg.net>", "MICHAEL CHIAO (|PIMCO|Michael.Chiao@Pimco.com)" <mchiao@bloomberg.net>", "GREGORY GABLE (|CARVAL INVESTORS, LL|greg.gable@carval.com)" <ggable2@bloomberg.net>", "MICHAEL O'SHEA (|WMD CAPITAL MARKETS|moshea@wmdcapital.com)" <moshea5@bloomberg.net>", "TODD SHERER (|DALTON INVESTMENTS L)" <t.sherer@bloomberg.net>", "GEORGIOS MOL (|UBS SECURITIES LLC|georgios.mol@ubs.com)" <gmol2@bloomberg.net>", "CRAIG KNUTSON (|MFA MORTGAGE INVESTM|craig@mfa-reit.com)" <cknutson4@bloomberg.net>", "NICHOLAS MAH (|OAK HILL ADVISORS, L|nmah@ohpny.com)" <nmah5@bloomberg.net>", "JASON SERRANO (|OAK HILL ADVISORS, L|jserrano@ohpny.com)" <jserrano8@bloomberg.net>", "DOMENIC TRIPODI (|ONE WILLIAM STREET C|dtripodi@onewilliamstreet.com)" <dtripodi1@bloomberg.net>", "GINO RAMADI (|ONE WILLIAM STREET C)"

CONFIDENTIAL TREATMENT REQUESTED BY
NOMURA SECURITIES INTERNATIONAL, INC.

<gramadi2@bloomberg.net>, "TOM DUDA (|ONE WILLIAM STREET C|tduda@onewilliamstreet.com> " <tduda4@bloomberg.net>, "KHALIL KANAAN (|ONE WILLIAM STREET C|kkanaan@onewilliamstreet.com)" <kkanaan1@bloomberg.net>, "ANDREW ULMER (|DW INVESTMENT MANAGE|andrew.ulmer@brevanhoward.com)" <aulmer1@bloomberg.net>, "BEN HUNSAKER (|WESTERN ASSET MANAGE|bhunsaker@westernasset.com)" <bhunsaker4@bloomberg.net>, "ERIK OTTO NYBORG (|DAVIDSON KEMPNER CAP|ENYBORG@DKPARTNERS.COM)" <enyborg@bloomberg.net>, "DAVID HAYNIE (|DALTON INVESTMENTS L)" <d.haynie@bloomberg.net>, "HONG ZHANG (|PAULSON & CO. INC.|hong.zhang@paulsonco.com)" <hzpc@bloomberg.net>, "DAVID DIAO (|INVESCO INSTITUTIONA)" <ddiao2@bloomberg.net>, "LINDSAY HAVIG (|PPM AMERICA, INC.)" <lhavig1@bloomberg.net>, "ALLISON AREST (|PERRY CORP|aarest@perrycap.com)" <aarest@bloomberg.net>, "DAVID JONES (|EIDESIS CAPITAL|david.jones@eidesiscapital.com)" <djones58@bloomberg.net>, "DREW CASINO (|APPALOOSA MANAGEMENT|a.casino@amlp.com)" <dcasino2@bloomberg.net>, "PK BANKS (|DW INVESTMENT MANAGE|PK.BANKS@brevanhoward.com)" <pbanks2@bloomberg.net>, "ALVIN SARABANCHONG (|MFA MORTGAGE INVESTM|asarabanchong@mfa-reit.com)" <asarabanchon@bloomberg.net>, "RYAN HETHERINGTON (|DALTON INVESTMENTS L|rhetherington@daltoninvestments.com)" <rhetheringto@bloomberg.net>, "SCOTT MOTTA (|PRUDENTIAL INVESTMEN|scott.motta@prudential.com)" <smotta1@bloomberg.net>, "PETER FREITAG (|PRUDENTIAL INVESTMEN|peter.freitag@prudential.com)" <pfreitag2@bloomberg.net>, "PAUL CARTMILL (|FRONTPOINT PARTNERS|pcartmill@fppartners.com)" <pcartmill1@bloomberg.net>, "BRAD BONGA (|PERFORMANCE TRUST|bonga@performancetrust.com)" <bbonga1@bloomberg.net>, "WESLEY BONEWELL (|GOV'T OF SINGAPORE I|wesbonewell@gic.com.sg)" <bonewell1@bloomberg.net>, "GYAN SINHA (|KLS DIVERSIFIED)" <gsinha5@bloomberg.net>, "VINCENT ILLIANO (|DRAWBRIDGE GLOBAL MA|villiano@fortress.com)" <villiano1@bloomberg.net>, "THOMAS DURKIN (|ANGELO, GORDON & CO.|tdurkin@angelogordon.com)" <tdurkin3@bloomberg.net>, "JOSEPH VENDEMIA (|PURSUIT PARTNERS|vendemia@pursuitpartners.com)" <jvendemia1@bloomberg.net>, "RAM WOO (|SANKATY ADVISORS LLC)" <rwoo6@bloomberg.net>, "KARAN CHABBA (|KLS DIVERSIFIED)" <kpschabba7@bloomberg.net>, "CHRIS WOODS (|MEAG NEW YORK CORPOR|cwoods@meag-ny.com)" <cwoods7@bloomberg.net>, "BRENDAN GARVEY (|CERBERUS CAPITAL MAN|bgarvey@cerberuscapital.com)" <b.garvey1@bloomberg.net>, "TODD KOPSTEIN (|CENTERBRIDGE PARTNER)" <tkopstein1@bloomberg.net>, "PATRICK DENNIS (|DAVIDSON KEMPNER CAP|PDENNIS@DKPARTNERS.COM)" <pdennis5@bloomberg.net>, "JACOB STEPHEN (|ONE WILLIAM STREET C)" <jstephen2@bloomberg.net>, "ROCKY KURITA (|D E SHAW & CO., L.P.|rocky.kurita@deshaw.com)" <rkurita1@bloomberg.net>, "KEITH RAMSDEN (|FIVE MILE CAPITAL PA|kramsden@fmcp.com)" <kramsden@bloomberg.net>, "BRET RAPPORT (|EIDESIS CAPITAL|bret.rapport@eidesiscapital.com)" <brapport4@bloomberg.net>, "JUSTIN BAE (|QVT FINANCIAL, LP|JUSTIN.BAE@QVT.COM)" <jbae17@bloomberg.net>, "THOMAS SIEDLER (|MORGAN (J.P.)|thomas.x.siedler@jpmorgan.com)" <tsiedler1@bloomberg.net>, "JAE KWON (|OZ MANAGEMENT, LP|jae.kwon@ozcap.com)" <jkwon18@bloomberg.net>, "RICK NICKLAS (|ZAIS GROUP, LLC|rick.nicklas@zaisgroup.com)" <micklas1@bloomberg.net>, "MISHA RENDA (|KLS DIVERSIFIED)" <mrenda2@bloomberg.net>, "ILAN STERN (|SOROS FUND MANAGEMEN)" <istern3@bloomberg.net>, "RYAN BENDIXEN (|HALCYON ASSET MANAGE|ryan_bendixen@hotmail.com)" <rbendixen1@bloomberg.net>, "KUANG WEI TAN (|OAK HILL ADVISORS, L|KTan@oakhilladvisors.com)" <ktan96@bloomberg.net>, "FENG TIAN (|MORGAN (J.P.)|feng.x.tian@jpmorgan.com)" <ftian6@bloomberg.net>, "BRENDAN MCALLISTER (|PINE RIVER CAPITAL M|brendan.mcallister@pinerivercapital.com)" <bmcallister4@bloomberg.net>, "DAVID WILLIAMS (|CQS (US) LLC|david.williams@cqsus.com)" <dwilliams73@bloomberg.net>, "RAHUL SABARWAL (|SOROS FUND MANAGEMEN|rahulsabarwal@gmail.com)" <rsabarwal1@bloomberg.net>, "AKHIL MAGO (|OZ MANAGEMENT, LP|akhil.mago@ozcap.com)" <amago2@bloomberg.net>, "SCOTT ROMANOWSKI (|HUDSON ADVISORS|sromanowski@hudson-advisors.com)" <romo3@bloomberg.net>, "MAYUR MADKAIKAR (|CITADEL INVESTMENT G|mayur.madkaikar@citadelgroup.com)" <mmadkaikar1@bloomberg.net>, "TK NARAYAN (|OAK HILL ADVISORS, L|tNARAYAN@OHPNY.COM)" <tnarayan4@bloomberg.net>, "VLADIMIR LEMIN (|MAGNETAR CAPITAL LLC|vladimir.lemin@magnetarcapital.com)" <vlemin1@bloomberg.net>, "BETH MLYNARCZYK (|SOROS FUND MANAGEMEN|Beth.mlynarczyk@soros.com)" <bmlynarczyk2@bloomberg.net>, "SERENA LEE (|CERBERUS CAPITAL MAN|S.LEE@CERBERUSCAPITAL.COM)" <slee405@bloomberg.net>, "BRAD VOSS (|CSG INVESTMENTS, INC|bvoss@csginvestments.com)" <bvoss3@bloomberg.net>, "NOMURA ABS (|NOMURA INTERNATIONAL)" <nabs@bloomberg.net>, "MAKOTO YOSHII (|NOMURA SECURITIES CO|yoshii-284n@jp.nomura.com)" <myoshii3@bloomberg.net>, "ATSUSHI SUGIMOTO (|NOMURA SECURITIES CO|sugimoto-2848@jp.nomura.com)" <asugimoto2@bloomberg.net>, "JOHN CUTTING (|MEAG NEW YORK CORPOR|jcutting@meag-ny.com)" <jcutting1@bloomberg.net>, "JAMIE COLWELL (|NOMURA SECURITIES CO|COLWELL-2802@JP.NOMURA.COM)" <jcolwell2@bloomberg.net>, "TSUYOSHI YOKOKAWA (|NOMURA SECURITIES CO)" <tyokokawa1@bloomberg.net>, "NAHO WATANABE (|NOMURA SECURITIES CO)" <nwatanabe9@bloomberg.net>, "YOSHIYUKI KITAOKA (|NOMURA SECURITIES CO)" <ykitaoka1@bloomberg.net>, "NAOHIRO KURODA (|NOMURA SECURITIES CO)" <nkuroda3@bloomberg.net>, "KEVIN LAM (3617|NOMURA SECURITIES IN|12335|5982955||)" <klam64@bloomberg.net>, "SHINICHIRO KATO (|NOMURA SECURITIES CO)" <skato8@bloomberg.net>, "MANABU HIMEDA (|NOMURA SECURITIES CO)" <mhimeda2@bloomberg.net>, "SHIGEKI HASUIKE (|NOMURA SECURITIES CO)" <shasuike1@bloomberg.net>, "MASAHIKO MATSUI (|NOMURA SECURITIES CO)" <mmatsui4@bloomberg.net>, "TOSHINARI AKAGI (|NOMURA SECURITIES CO)" <takagi7@bloomberg.net>, "SHIGEYUKI TAKAHASHI (|NOMURA SECURITIES CO)" <stakahashi24@bloomberg.net>, "TIM RATHBUN (3617|NOMURA AUSTRALIA LTD|30025223|5983219|trathbun@nomura.com||)" <trathbun1@bloomberg.net>, "QIBIN WANG (|NOMURA INTERNATIONAL|michael.wang@nomura.com)" <qwang38@bloomberg.net>, "ANNE GOH (|NOMURA INTERNATIONAL|anne.goh@nomura.com)" <agoh17@bloomberg.net>, "YI XIE (|NOMURA INTERNATIONAL|yi.xie@nomura.com)" <yxie21@bloomberg.net>, "NAVEEN CHANDRAMOHAN (|NOMURA INTERNATIONAL|naveen.chandramohan@nomura.com)" <nchandramoha@bloomberg.net>, "GEORGE SUN (|NOMURA INTERNATIONAL|GEORGE.SUN@NOMURA.COM)" <sun3@bloomberg.net>, "QI ZHUANG (|NOMURA INTERNATIONAL|qi.zhuang@nomura.com)" <qzhuang1@bloomberg.net>, "PECK-CHAO LEO (|NOMURA INTERNATIONAL|peckchao.leo@nomura.com)" <leopc2@bloomberg.net>, "SANDEEP BHARATWAJ (|D E SHAW & CO., L.P.)" <sbharatwaj1@bloomberg.net>, "JEN PRESS (|TOWER RESEARCH CAPIT|jpress@tower-research.com)" <jpress7@bloomberg.net>, "RAHUL VERMA (|NOMURA SINGAPORE LIM|RAHUL.VERMA@NOMURA.COM)"

CONFIDENTIAL TREATMENT REQUESTED BY
NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00093379

<rverma16@bloomberg.net>, "JEFF WINKLER (|DUQUESNE CAPITAL MAN|jpw@duquesne.com)" <jwinkler9@bloomberg.net>, "KERI ANISGARTEN (|THIRD POINT LLC|kanisgarten@thirdpoint.com)" <k.anisgarten@bloomberg.net>, "ROBERT SCHMIDT (|NOMURA BANK (DEUTSCH|robert.schmidt@nomura.com)" <robschmidt2@bloomberg.net>, "BEN MELKMAN (|BREVAN HOWARD ASSET|ben.melkman@brevanhoward.com)" <bmelkman1@bloomberg.net>, "JAEJUN LEE (|NOMURA INT'L (HK) LT|jaejun.lee@nomura.com)" <jlee560@bloomberg.net>, "JAE KIM (|BLACKROCK ADVISORS, )" <jkim368@bloomberg.net>, "YUTA SAITO (|NOMURA SECURITIES CO)" <ysaito16@bloomberg.net>, "DIANA WEINSTEIN (|MFA MORTGAGE INVESTM)" <dweinstein10@bloomberg.net>, "RONALD MADDEN (|ANGELO, GORDON & CO.)" <rmadden6@bloomberg.net>, "MIKE PLAISS (|PERFORMANCE TRUST|MPLAISS@PERFORMANCETRUST.COM)" <mplaiss1@bloomberg.net>, "LAWRENCE CHOE (|SOROS FUND MANAGEMEN|lawrence.choe@soros.com)" <l.choe@bloomberg.net>, "SOPHALA CHHOENG (|WESTERN ASSET MANAGE|schhoeng@westernasset.com)" <schhoeng1@bloomberg.net>, "PRATYOOSH PRATYOOSH (3617|NOMURA SECURITIES IN|12335|6333539|Pratyoosh@nomura.com||)" <ppratyoosh@bloomberg.net>, "JAMES WHITTICOM (3617|NOMURA SECURITIES IN|12335|6358896||)" <jwhitticom2@bloomberg.net>, "HERBERT LUST (3617|NOMURA SECURITIES IN|12335|6361019||)" <hlust4@bloomberg.net>, "ADAM YOUNG (|MACQUARIE CAPITAL)" <ayoung37@bloomberg.net>, "CHRISTOPHER OBARA (3617|NOMURA SECURITIES IN|12335|6362355|Christopher.Obara@Nomura.com||)" <cobara2@bloomberg.net>, "FRANK DINUCCI (3617|NOMURA SECURITIES IN|12335|6378632||)" <fdinucci1@bloomberg.net>, "JONATHAN RAIFF (3617|NOMURA SECURITIES IN|12335|6386003|jon.raiff@nomura.com||)" <jraiff@bloomberg.net>, "TYLER PETERS (3617|NOMURA SECURITIES IN|12335|6390562|tyler.peters@nomura.com||)" <tpeters11@bloomberg.net>, "RYOJI MASHIMA (|NOMURA SECURITIES CO)" <mashima@bloomberg.net>, "GEORGE COSTOW (|DW INVESTMENT MANAGE)" <gcostow1@bloomberg.net>, "RAJIV AMLANI (|NOMURA INTERNATIONAL)" <ramlani1@bloomberg.net>, "ANDREW HEALY (3617|NOMURA SECURITIES IN|12335|6416761||)" <ahealy4@bloomberg.net>, "SCOTT DEVINE (3617|NOMURA SECURITIES IN|12335|6421667||)" <sdevine8@bloomberg.net>, "AMEYA BENDRE (3617|NOMURA SECURITIES IN|12335|6421671||)" <abendre@bloomberg.net>, "SEAN WILSON (3617|NOMURA SECURITIES IN|12335|6432442||)" <swilson84@bloomberg.net>, "KEE CHAN (3617|NOMURA SECURITIES IN|12335|6438829|kchan1@nomura.com||)" <kchan173@bloomberg.net>, "SACHIN JHANGIANI (3617|NOMURA SECURITIES IN|12335|6443980|sachin.jhangiani@nomura.com||)" <sjhangiani4@bloomberg.net>, "LINDSEY SHELLEY (|BAUPOST GROUP L.L.C.|LAS@baupost.com)" <lshelley3@bloomberg.net>, "NATALIE CARRINGTON (3617|NOMURA SECURITIES IN|12335|6450438|ncarrin@us.nomura.com||)" <ncarrington1@bloomberg.net>, "MEHUL SHAH (3617|NOMURA SECURITIES IN|12335|6462145|mehul.shah@nomura.com||)" <mshah83@bloomberg.net>, "DAN ERLICHMAN (3617|NOMURA SECURITIES IN|12335|6464682||)" <derlichman@bloomberg.net>, "COLIN MCGAHREN (3617|NOMURA SECURITIES IN|12335|6464690|colin.mcgahren@nomura.com||)" <cmcgahren2@bloomberg.net>, "JOHN SCARRONE (3617|NOMURA SECURITIES IN|12335|6464694||)" <jscarrone1@bloomberg.net>, "ROBERT WUERTZ (3617|NOMURA SECURITIES IN|12335|6471415|robert.wuertz@nomura.com||)" <rwuertz1@bloomberg.net>, "ZAHID HASSAN (3617|NOMURA SECURITIES IN|12335|6471451||)" <zhassan4@bloomberg.net>, "CHARLIE WICKLIFFE (3617|NOMURA SECURITIES IN|30043759|6472595|charles.wickliffe@nomura.com||)" <wickliffe@bloomberg.net>, "MICHAEL ROMANELLI (3617|NOMURA SECURITIES IN|12335|6472603||)" <mromanelli1@bloomberg.net>, "CHARLES SPERO (3617|NOMURA SECURITIES IN|12335|6472619||)" <cspero3@bloomberg.net>, "ROSS SHAPIRO (3617|NOMURA SECURITIES IN|12335|6472723||)" <rshapiro17@bloomberg.net>, "MICHAEL GRAMINS (3617|NOMURA SECURITIES IN|12335|6474532|michael.gramins@nomura.com||)" <mgramins1@bloomberg.net>, "SUD YELESWARAPU (3617|NOMURA SECURITIES IN|12335|6474768||)" <syeleswarap1@bloomberg.net>, "GULPREET SINGH (3617|NOMURA SECURITIES IN|12335|6480959|gulpreet.singh@nomura.com||)" <gsingh39@bloomberg.net>, "NAGENDRA JAYANTY (|PIMCO|nagendra.jayanty@pimco.com)" <njayanty1@bloomberg.net>, "IBRAHIM INCOGLU (|BLACKROCK FINANCIAL|ibrahim.incoglu@blackrock.com)" <iincoglu1@bloomberg.net>, "TRACY GARRETT (3617|NOMURA SECURITIES IN|30043759|6483488|tracy.garrett@nomura.com||)" <tgarrett5@bloomberg.net>, "PATRICIA SULLIVAN (3617|NOMURA SECURITIES IN|12335|6483532|pasulliv@us.nomura.com||)" <pasulliv@bloomberg.net>, "JONATHAN SEBIRI (3617|NOMURA SECURITIES IN|12335|6485805|jonathan.sebiri@nomura.com||)" <jsebiri1@bloomberg.net>, "JAMES IM (3617|NOMURA SECURITIES IN|12335|6486725|james.im@nomura.com||)" <jim8@bloomberg.net>, "DAVID LINDLEY (3617|NOMURA SECURITIES IN|12335|6502776|david.lindley@nomura.com||)" <dlindley@bloomberg.net>, "JONATHAN P MARGOLIS (3617|NOMURA SECURITIES IN|12335|6502792|jon.margolis@nomura.com||)" <jmargolis7@bloomberg.net>, "JOSEPH ROZENGAUZ (3617|NOMURA SECURITIES IN|12335|6502812|joseph.rozengauz@nomura.com||)" <jrozengauz2@bloomberg.net>, "STEVE DIEKMANN (3617|NOMURA SECURITIES IN|397940|6502848|steve.diekmann@nomura.com||)" <sdiekmann1@bloomberg.net>, "JASON GEIGER (3617|NOMURA SECURITIES IN|12335|6523964|jason.geiger@nomura.com||)" <jgeiger7@bloomberg.net>, "MOHAMMED NOORALI (3617|NOMURA SECURITIES IN|12335|6523972||)" <mnoorali3@bloomberg.net>, "JOHN DENNING (3617|NOMURA SECURITIES IN|397940|6527923||)" <jdenning1@bloomberg.net>, "MATTHEW BRAUND (3617|NOMURA SECURITIES IN|397940|6529379|matthew.braund@nomura.com||)" <mbraund2@bloomberg.net>, "ERIK SIEGEL (|MOORE CAPITAL MANAGE)" <esiegel9@bloomberg.net>, "SONYA NATHS (3617|NOMURA SECURITIES IN|12335|6541151|sonaths@us.nomura.com||)" <snaths2@bloomberg.net>, "JERRARD ZIVE (|NOMURA INTERNATIONAL|jerrard.zive@nomura.com)" <jzive@bloomberg.net>, "ROY CANTU (|C12 CAPITAL MANAGEME|roy.cantu@c12capital.com)" <rcantu2@bloomberg.net>, "JOHN CAPUTO (|C12 CAPITAL MANAGEME|john.caputo@c12capital.com)" <saxatilis@bloomberg.net>, "HOGAN CHEN (|C12 CAPITAL MANAGEME|hogan.chen@c12capital.com)" <h-chen@bloomberg.net>, "CHRIS DOYLE (|C12 CAPITAL MANAGEME)" <cdoyle27@bloomberg.net>, "RAJAT MALHOTRA (|C12 CAPITAL MANAGEME|rajat.malhotra@c12capital.com)" <malhotra23@bloomberg.net>, "MONICA MEHRA (3617|NOMURA SECURITIES IN|12335|6552242|monica.mehra@nomura.com||)" <mmehra3@bloomberg.net>, "SEAN CONROY (3617|NOMURA SECURITIES IN|12335|6554423||)" <sconroy9@bloomberg.net>, "ALEXIS KNOPP (3617|NOMURA SECURITIES IN|12335|6556749|alexis.knopp@nomura.com||)" <aknopp1@bloomberg.net>, "LAUREN SELEVAN (3617|NOMURA SECURITIES IN|12335|6556777||)" <lselevan1@bloomberg.net>, "GAETAN CIAMPINI (3617|NOMURA SECURITIES IN|12335|6566772|gaetan.ciampini@nomura.com||)" <gciampini2@bloomberg.net>, "ALEXANDRA DACOSTA (3617|NOMURA SECURITIES IN|30045462|6567252|adacosta@us.nomura.com||)" <adacosta6@bloomberg.net>, "CHRISTOPHER DEL COL (3617|NOMURA SECURITIES IN|30045462|6567260|cdelcol@us.nomura.com||)" <cdelcol3@bloomberg.net>, "ALEJANDRO FEELY (3617|NOMURA SECURITIES IN|12335|6567288||)" <afeely2@bloomberg.net>, "HECTOR CORTES (3617|NOMURA SECURITIES

CONFIDENTIAL TREATMENT REQUESTED BY
NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00093380

IN|12335|6567300||)" <hcortes6@bloomberg.net>, "MCGAHREN/ GEIGER (3617|NOMURA SECURITIES IN|12335|6567396||)" <mgeiger4@bloomberg.net>, "MATTHEW LOMBARDI (3617|NOMURA SECURITIES IN|12335|6569941||)" <mlombardi10@bloomberg.net>, "AMIT RAMETRA (3617|NOMURA SECURITIES IN|12335|6570185|amit.rametra@nomura.com||)" <arametra2@bloomberg.net>, "DAVID SWIRNOW (3617|NOMURA SECURITIES IN|12335|6586209||)" <dswirnow1@bloomberg.net>, "BRETT OLSON (|NOMURA INTERNATIONAL|brett.olson@nomura.com)" <brettolson@bloomberg.net>, "DANA LEVENTHAL (|NOMURA INTERNATIONAL|dana.leventhal@nomura.com)" <dleventhal3@bloomberg.net>, "PETER MILNE ()" <p.milne@bloomberg.net>, "IGNACIO ALVAREZ-CARLON (|NOMURA INTL PLC (MAD|ignacio.alvarez-carlon@nomura.com)" <ialvarez-car@bloomberg.net>, "ENRIQUE MARIN (|NOMURA INTL PLC (MAD)" <emarin8@bloomberg.net>, "GREG IKHILOV (3617|NOMURA SECURITIES IN|12335|6609902|greg.ikhilov@nomura.com||)" <gikhilov2@bloomberg.net>, "PETER BUTLER (3617|NOMURA SECURITIES IN|30048208|6609942||)" <pbutler15@bloomberg.net>, "ROSS HELLER (3617|NOMURA SECURITIES IN|12335|6612175||)" <rheller7@bloomberg.net>, "JORDAN RIEGER (|MONARCH ALTERNATIVE|jordanErieger@gmail.com)" <jrieger8@bloomberg.net>, "EMILY BROWN (3617|NOMURA SECURITIES IN|30048208|6630467|emily.brown@nomura.com||)" <ebrown39@bloomberg.net>, "PETER WALLACH (|MOORE CAPITAL MANAGE|peter.wallach@moorecap.com)" <pwallach3@bloomberg.net>, "ANNIE LEE (3617|NOMURA SECURITIES IN|12335|6642120||)" <alee267@bloomberg.net>, "STEVEN AMMANN (3617|NOMURA SECURITIES IN|12335|6659761||)" <sammann1@bloomberg.net>, "JIN IM (3617|NOMURA SECURITIES IN|397940|6705694|jin.im@nomura.com||)" <jim11@bloomberg.net>, "KEN SHINODA (|DOUBLELINE LLC|ken.shinoda@doubleline.com)" <k.shinoda@bloomberg.net>, "SCOTT AUSTIN (|TRUST COMPANY OF THE|scott.austin@aya.yale.edu)" <saustin9@bloomberg.net>, "PATRICK AHN (|TRUST COMPANY OF THE|pat.ahn@tcw.com)" <pahn10@bloomberg.net>, "BRIAN LOO (|TRUST COMPANY OF THE|brian.loo@tcw.com)" <bloo11@bloomberg.net>, "MITCH FLACK (|TRUST COMPANY OF THE|MITCH.FLACK@TCW.COM)" <mflack4@bloomberg.net>, "HARRISON CHOI (|TRUST COMPANY OF THE|harrison.choi@tcw.com)" <hchoi39@bloomberg.net>, "JAE CHOI (|TRUST COMPANY OF THE|jae.choi@tcw.com)" <jchoi105@bloomberg.net>, "JASON HUEY (3617|NOMURA SECURITIES IN|12335|6726330||)" <jhuey2@bloomberg.net>, "ANKUR MEHTA (3617|NOMURA SECURITIES IN|12335|6726342|ankur.mehta@nomura.com||)" <amehta53@bloomberg.net>, "BRYAN WHALEN (|TRUST COMPANY OF THE|bryan.whalen@tcw.com)" <bwhalen1@bloomberg.net>, "CHRISTOPHER.FLYNN ()" <christopher.flynn@nomura.com>, "MORTGAGELISTS ()" <mortgagelists@magnetar.com>, "RESEARCH ()" <research@hvstrategies.com>, "RMBSOPPORTUNITIES ()" <rmbsopportunities@marathonfund.com>, "SCOTT.DEVINE ()" <scott.devine@nomura.com>, "ABS2 ()" <abs2@ohpny.com>, "YOUSSEF ABAWI (3617|NOMURA AUSTRALIA LTD|30025223|5970377|YOUSSEF.ABAWI@NOMURA.COM||)" <yabawi2@bloomberg.net>, "JIM SIMONSON (3617|NOMURA SECURITIES IN|397940|6576296||)" <jsimonson3@bloomberg.net>, "PAT PARROTTA (3617|NOMURA SECURITIES IN|12335|6593483||)" <pparrotta1@bloomberg.net>

Date:   Tue, 05 Jan 2010 17:46:42 -0500

---

AS THE MKT CONTINUED TO RALLY TODAY, WE BOUGHT/SOLD/TRADED....

OPTION ARMS          SUBPRIME
CWALT 2005-56 1A1    ABFC 2006-OPT3 A3B
WMALT 2007-OA3 4A1   POPLR 2005-5 MV1
LUM 2006-5 A1A
SAMI 2006-AR5 2A1
CWALT 2006-OA21 A1
AHMA 2007-1 A1

FOR OVER $150MM TOTAL VOLUME....

CONFIDENTIAL TREATMENT REQUESTED BY                                    NSISEC00093381
NOMURA SECURITIES INTERNATIONAL, INC.

Exhibit 2

| From: | NOMURA RMBS (3617|NOMURA SECURITIESIN|12335|6607861 |ross.shapiro@nomura.com|]) [nrmbs@bloomberg.net] |
|---|---|
| Sent: | Monday, March 07, 2011 5:28 PM |
| Subject: | *PRIME & ALTA ODDLOT OFFERS* |
| Attachments: | Nomura Prime and Alt-A Offerings -03-07-11_8.36.56.xls |

```
TRADED SO FAR TODAY:
SOLD:    $ 1.2MM   WFMBS 06-AR11 A6
SOLD:    $ 1.9MM   SARM 07-3 3A1
TRADED:  $ 3.2MM   WAMU 07-HY3 4A1
BOUGHT:  $ 1.0MM   WFMBS 06-AR10 5A6    REO @ 82-00
BOUGHT:  $  740M   WAMU 06-AR14 1A4    $ 6.1MM OFFERED @ 80-16
```

| Cusip | Bond Name | Orig /Curr | Clt | Cpn | CE | 60+ | Notes | Offer |
|---|---|---|---|---|---|---|---|---|
| 12667FRG2 | CWALT 04-J6 2A1 | 1.4/0.1 | Fix | 6.50 | 11.5 | 5 | Aaa/AAA/ | 103-00 |
| 92922FET1 | WAMU 03-S9 A6 | 0.2/0.2 | Fix | 5.25 | 16.9 | 2 | /AAA/AAA | 102-00 |
| 94979WAA7 | WFMBS 03-G A1 | 0.6/0.1 | 10/20 | 4.10 | 5.1 | 1 | Aaa/AAA/ | 101-08 |
| 12669ERJ7 | CWHL 03-26 1A6 | 2.0/0.5 | Fix | 3.50 | 6.3 | 6 | /AAA/AAA | 101-00 |
| 05948XYQ8 | BOAMS 03-J 4A1 | 6.5/1.4 | 7/23 | 3.22 | 8.8 | 4 | Aaa//AAA | 101-00 |
| 94984HAA3 | WFMBS 06-12 A1 | 3.0/0.2 | Fix | 6.00 | 6.7 | 9 | SHORT SEQ | 100-12 |
| 94980QAJ8 | WFMBS 04-W A9 | 3.8/3.8 | 5/25 | 2.76 | 9.9 | 5 | Aa1//AAA | 100-00 |
| 86359ARF2 | SASC 03-9A 2A2 | 67.0/3.3 | 5/25 | 2.75 | 17.5 | 5 | Baa1/AAA/ | 99-00 |
| 94983CAE7 | WFMBS 05-AR10 2A2 | 0.7/0.3 | 5/25 | 2.83 | 13.2 | 4 | /AAA/AAA | 98-00 |
| 94985JAA8 | WFMBS 07-7 A1 | 5.2/3.1 | Fix | 6.00 | 3.3 | 7 | SNR PT | 95-16 |
| 92990GAJ2 | WAMU 07-HY5 3A1 | 0.3/0.2 | 10/20 | 5.74 | 12.8 | 17 | SSNR PT | 95-00 |
| 12544MAA7 | CWHL 07-16 A1 | 4.1/2.4 | Fix | 6.50 | 5.8 | 18 | SSNR PT | 93-00 |
| 94983VAH8 | WFMBS 06-AR8 2A3 | 14.9/3.3 | 5/25 | 2.91 | 2.8 | 11 | FRONT SEQ | 93-16 |
| 32051GAA3 | FHAMS 04-AA4 A1 | 1.1/0.3 | 5/25 | 2.55 | 12.1 | 8 | /AA/AAA | 93-00 |
| 36228FW51 | GSR 04-5 2A1 | 2.3/0.5 | 5/25 | 2.90 | 10.8 | 14 | Aa2/AAA/ | 91-00 |
| 94981QAJ7 | WFMBS 05-AR16 4A2 | 0.2/0.2 | 5/25 | 2.89 | 9.0 | 11 | SSNR PT | 90-16 |
| 92922FG77 | WAMU 05-AR4 A5 | 0.4/0.4 | 5/25 | 2.72 | 7.8 | 11 | SNR PT | 90-16 |
| 05950HAA9 | BAFC 06-F 1A1 | 1.1/0.5 | 5/25 | 4.87 | 10.8 | 16 | SSNR PT | 90-16 |
| 78473WAC7 | STARM 07-4 2A1 | 3.6/2.2 | 5/25 | 5.76 | 11.5 | 9 | SSNR PT | 90-00 |
| 94983VAL9 | WFMBS 06-AR8 2A6 | 0.3/0.3 | 5/25 | 2.91 | 6.9 | 11 | SSNR PT | 89-16 |
| 94984CAF3 | WFMBS 06-AR11 A6 | 1.2/1.2 | 7/23 | 5.25 | 12.6 | 12 | SSNR LCF | 89-00 |
| 94984WAF9 | WFMBS 07-1 A6 | 2.7/2.7 | Fix | 5.50 | 4.2 | 12 | SSNR LCF | 89-00 |
| 92922F3N6 | WAMU 05-AR12 1A8 | 0.8/0.4 | 5/25 | 2.72 | 9.1 | 16 | *SOLD* | XX-XX |
| 933634AJ6 | WAMU 07-HY3 4A1 | 0.9/0.5 | 5/25 | 4.94 | 7.8 | 14 | SSNR PT | 89-00 |
| 058927AJ3 | BAFC 06-A 4A1 | 4.6/2.9 | 7/23 | 5.47 | 7.3 | 16 | SSNR PT | 88-00 |
| 576433A71 | MARM 05-6 5A1 | 1.5/0.6 | 5/25 | 2.77 | 6.0 | 14 | *SOLD* | XX-XX |
| 78473TAG5 | STARM 07-2 3A3 | 0.6/0.3 | 7/23 | 5.58 | 5.0 | 15 | SSNR PT | 86-16 |
| 46631NDB2 | JPMMT 07-S3 1A74 | 0.7/0.7 | Fix | 6.00 | 6.3 | 18 | SSNR MCF | 86-00 |
| 81744FFY8 | SEMT 04-12 A1 | 0.4/0.1 | Vnla | L+27 | 12.2 | 8 | A1/AAA/AAA | 86-00 |
| 933637AH3 | WAMU 06-AR18 3A2 | 3.0/3.0 | 10/20 | 5.37 | 5.8 | 20 | SSNR PT | 86-00 |
| 92925VAP5 | WAMU 07-HY1 5A1 | 2.3/1.6 | 7/23 | 5.52 | 8.0 | 25 | SSNR PT | 86-00 |
| 466247UG6 | JPMMT 05-A6 7A1 | 2.6/1.1 | 5/25 | 3.10 | 5.6 | 18 | SNR PT | 85-16 |
| 020908AD1 | CWALT 07-J2 2A1 | 1.8/1.2 | Fix | 6.00 | 6.1 | 26 | SSNR PT | 84-16 |
| 94984MAP9 | WFMBS 06-AR14 2A3 | 11.0/4.7 | 5/25 | 5.83 | 3.6 | 19 | SSNR PT | 84-00 |
| 93363EAA3 | WAMU 06-AR10 1A1 | 10.9/5.2 | 5/25 | 5.85 | 7.0 | 24 | SSNR PT | 83-16 |
| 93363NAH8 | WAMU 06-AR12 2A3 | 2.4/1.1 | 7/23 | 5.69 | 8.2 | 26 | SSNR PT | 83-00 |
| 92925VAM2 | WAMU 07-HY1 4A1 | 3.1/2.0 | 5/25 | 4.21 | 8.0 | 26 | SSNR PT | 81-16 |
| 45254NML8 | IMM 05-1 1A1 | 0.7/0.2 | 5/25 | L+26 | 20.6 | 9 | A1/AAA/ | 81-00 |
| 93363PAD2 | WAMU 06-AR14 1A4 | 5.4/2.8 | 5/25 | 5.47 | 7.6 | 27 | SSNR PT | 80-16 |

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00015434

```
92927XAA2   WAMU 07-HY6 1A1      5.7/3.5    5/25   5.39  5.1   29   SSNR PT    79-16
61745M4R1   MSM 05-3AR 3A        6.0/2.5    5/25   2.69 10.5   14   SNR PT     79-16
86363GAF1   SARM 07-3 3A1        1.9/1.1    7/23   5.39  5.1   28   *NEW*      78-00
863579FQ6   SARM 04-18 1A1       0.7/0.1    3/27   2.74 12.0   21   SNR PT     77-16
07387AFV2   BSARM 05-12 11A1     9.0/3.4    3/27   3.13  9.0   34   SSNR PT    73-16
46629SAH5   JPMMT 06-S4 A8       3.0/1.6    Fix    L+38  3.6   25   SNR PT     73-16
761118NB0   RALI 05-QA12 NB4     6.3/2.6    5/25   4.15  0.0   13   SNR PT     68-00
125438AB7   CWHL 07-HYB2 3A1     0.9/0.6    5/25   5.00  9.3   38   SSNR PT    65-00
073868BE0   BALTA 06-6 32A1      1.4/0.7    5/25   5.20 23.8   44   SSNR PT    64-16
07386HL66   BALTA 06-3 23A1     11.4/3.6    5/25   4.80  5.7   37   SSNR PT    63-16
05946XJ79   BAFC 05-H 7A1       10.0/5.2    5/25   2.80  6.8   29   SSNR PT    63-00
3622EUAC0   GSAA 07-2 AF3        1.5/1.4    Fix    5.92        37   SNR PT     62-00
```

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00015435

Exhibit 3

**From:** NOMURA RMBS (3617|NOMURA SECURITIES
IN|12335|6607861|ross.shapiro@nomura.com||) <nrmbs@bloomberg.net>

**Sent:** Wednesday, December 21, 2011 2:58 PM

**To:**

**Bcc:**

PETER DION (|GOLDMAN SACHS ASSET) <dion@bloomberg.net>; TIM ROWE
(|SMITH BREEDEN ASSOCI <timrowe@bloomberg.net>; CAROLYN
BECKEDORFF (|BAUPOST GROUP L.L.C.) <tonybeck@bloomberg.net>;
INVESTMENTS GORDIAN (|GORDIAN KNOT LIMITED)
<gordiank@bloomberg.net>; TED SULGER (3617|NOMURA
SECURITIESIN|30048208|43705|TED.SULGER@nomura.com||)
<sulger@bloomberg.net>; GABE SUNSHINE (|BRACEBRIDGE CAPITAL,)
<gbs@bloomberg.net>; BRIAN HUGHES (|SWISS RE FINANCIAL P)
<bhughes@bloomberg.net>; RONALD A FREYDBERG (|MFA FINANCIAL INC)
<americafirst@bloomberg.net>; ERIK WREDENHAGEN (|DZ BANK AG)
<ewredenhagen@bloomberg.net>; CRAIG ARMSTRONG (|CUTWATER ASSET
MANAG) <carmstrong@bloomberg.net>; STEVE JERACI (|MKP CAPITAL
MANAGEME) <sjeraci@bloomberg.net>; JON GRENZKE (|BRACEBRIDGE
CAPITAL, ) <grenzke@bloomberg.net>; ROBERT KINDERMAN (|ELLINGTON
MANAGEMENT) <rkinderman@bloomberg.net>; MICHAEL SOLLOTT
(|EIDESIS CAPITAL) <sollott@bloomberg.net>; BRIAN DIRGINS (|HARTFORD
INVESTMENT|brian.dirgins@himco.com) <bdirg@bloomberg.net>; WILSON AU
(|UBS SECURITIES LLC|wilson.au@ubs.com) <wau@bloomberg.net>; ARTHUR
SQUILLANTE (|UBS FINANCIAL SERVIC|arthur.squillante@ubs.com)
<asquillante@bloomberg.net>; JENNIFER BOWERS (|DECLARATION
MANAGEME) <jbowers@bloomberg.net>; GORDIAN INVESTMENTS
(|GORDIAN KNOT LIMITED) <gordian3@bloomberg.net>; KAUSIK BARUA
(|CHARTER ATLANTIC COR|kbarua@fftw.com) <kbarua@bloomberg.net>;
JULIET JONES (|BARCLAYS CAPITAL INC|juliet.jones@barcap.com)
<jewelsj@bloomberg.net>; JEAN-MARC ALEXIS (|NOMURA
INTERNATIONAL|jeanmarc.alexis@nomura.com) <jmalexis@bloomberg.net>;
CHRISTIAN ADLER (|DEUTSCHE BANK AG,LO|christian.adler@db.com)
<adlech.ffdb@bloomberg.net>; FAHAD ROUMANI (|JPMORGAN ASSET
MANAG) <froumani@bloomberg.net>; GREG RICHTER (|CANDLEWOOD
INVESTMEN) <grichter@bloomberg.net>; NANCY MUELLER
(|METROPOLITAN LIFE) <nmueller@bloomberg.net>; LISA REED (|INVESCO
ADVISERS, IN) <ljreed@bloomberg.net>; MATTHEW SMITH (|FIDELITY
MANAGEMENT) <msmith25@bloomberg.net>; ANGELIKA GROB (|DZ BANK
AG) <agrob1@bloomberg.net>; HOLGER SCHAD (|DZ BANK AG)
<hschad@bloomberg.net>; JUERGEN BECKER (|DZ BANK AG)
<jubec@bloomberg.net>; PHILIP RIO (|NEW YORK LIFE INVEST)
<prio1@bloomberg.net>; MARCO GRIMALDI (|COMMERZBANK
AG|marco.grimaldi@drkw.com) <mgrimaldi@bloomberg.net>; CHRISTOPHER
CREED (|GOLDMAN SACHS ASSET) <creedc@bloomberg.net>; JOHN
MCCALLUM (3617|NOMURA
SECURITIESIN|12335|1194716|john.mccallum@nomura.com||)
<jmccallum3@bloomberg.net>; ALEX WEI (|DELAWARE
MANAGEMENT|Alex.Wei@delinvest.com) <alexwei@bloomberg.net>; NIKOLAS
TSIOULLIS (|DZ BANK AG) <tsioullis@bloomberg.net>; JACKIE POLAK
(|LANDESBANK BADEN-WUE> <jpolak@bloomberg.net>; DAVID COVEY
(|NOMURA INTERNATIONAL|dcovey@lehman.com) <dcovey@bloomberg.net>;

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00088654

GUNTHER ADAM (|UNICREDIT GROUP) <gadam@bloomberg.net>; KATE
GRANT (|LLOYDS TSB BANK PLC) <kategrant1@bloomberg.net>; ALFRED
MURATA (|PIMCO) <atmurata@bloomberg.net>; DANIEL HOFFMANN
(|LANDESBANK BADEN-WUE) <d_hoffmann@bloomberg.net>; ANTHONY
CONTESSA (|SWISS RE FINANCIAL P) <acontessa@bloomberg.net>; HOI M. LI
(3617|NOMURA SECURITIESIN|12335|1350275|HOI.LI@nomura.com||)
<hoimingli@bloomberg.net>; MICHAEL YILMAZ (|ELLIOTT MANAGEMENT
C) <myilmaz1@bloomberg.net>; SYLVIE KICHENIN (|SOCIETE GENERALE)
<skichenin@bloomberg.net>; MARK STOUT (|KBC CREDIT INV. NV)
<markstout@bloomberg.net>; BRIAN BURNS (|UBS SECURITIES
LLC|brian.burns@ubs.com) <burnsbr@bloomberg.net>; SERJ WALIA (|KBC
INVESTMENTS LIMI) <swalia1@bloomberg.net>; DAVID BETANZOS
(|CAPITAL GROUP COMPAN) <betanzos@bloomberg.net>; PETER SHEPHERD
(|LLOYDS TSB BANK PLC) <shephpet@bloomberg.net>; KEN O'DONNELL
(|CHARTER ATLANTIC COR) <kjodonnell@bloomberg.net>; KAY LEONG
KHOO (|FIG LLC|kkhoo@fortress.com) <klkhoo@bloomberg.net>; ANDREW
JACKSON (|HSBC,TSY & CAP MKTS|andrew1.jackson@hsbc.com)
<ajackson9@bloomberg.net>; JANE SONG (|CHARTER ATLANTIC COR)
<jesong@bloomberg.net>; BRIAN CHOI (|REDWOOD TRUST, INC.)
<byjchoi@bloomberg.net>; SOTARO KATO (|NOMURA SECURITIES
CO|sotaro.kato@nomura.com) <sotarokato@bloomberg.net>; WOUTER
VANASSCHE (|LLOYDS TSB BANK PLC) <woutva@bloomberg.net>; NATHAN
GESKE (|VARDE PARTNERS, INC.) <ngeske@bloomberg.net>; CHRISTIAN
OBERMAIER (|KA FINANZ AG) <cobermaier@bloomberg.net>; PATRICE WAN
(|JPMORGAN ASSET MANAG) <sikop4t@bloomberg.net>; DAVID GOODSON
(|ING INVESTMENT MANAG) <dgoodson@bloomberg.net>; ANDREW
THOMPSON (|LLOYDS TSB BANK PLC) <athompson9@bloomberg.net>; JULIO
MACEIRA (|KORE ADVISORS LP) <jmaceira1@bloomberg.net>; JOSHUA
ANDERSON (|PIMCO) <anderjo44@bloomberg.net>; ARTHUR CHU (|QVT
FINANCIAL, LP) <arthurchu@bloomberg.net>; NAOYA TAKAHASHI
(|NOMURA SECURITIESCO|takahashi-09fq@jp.nomura.com)
<n.taka@bloomberg.net>; TADASHI NOGUCHI (|NOMURA SECURITIES
CO|noguchi-0f0p@jp.nomura.com) <noguchit@bloomberg.net>; JOHANNES
WUNDSAM (|UNIQA FINANZ-SERVICE) <jwundsam@bloomberg.net>;
ANDREW TENCZAR (|STATE STREET CORPORA) <atenczar@bloomberg.net>;
JAKE HENDRICKSON (|DEXIA FINANCIAL PROD) <jdhmjr@bloomberg.net>;
MICHAEL PENROSE (|CREDIT SUISSE SECURI) <mpenrose@bloomberg.net>;
MARTIN CHRIST (|UNICREDIT BANK AUSTR) <mchrist4@bloomberg.net>;
MARKUS WEBER (3617|NOMURA
SECURITIESIN|12335|2301670|markus.weber@nomura.com||)
<markusweber6@bloomberg.net>; CEDRIC TCHABAN (|HSBC,TSY & CAP
MKTS|cedric.tchaban@hsbc.com) <tchaban1@bloomberg.net>; AIDAN
MACSWEENEY (|DEXIA DUBLIN) <amacsweeney@bloomberg.net>; AKIHIRO
SHIBATA (|NOMURA SECURITIES CO|shibata-0gj3@jp.nomura.com)
<akshibata@bloomberg.net>; MARK BENNETT (|REDWOOD
TRUST,INC.|MARK.BENNETT@REDWOODTRUST.COM)
<marktb@bloomberg.net>; TONKO GAST (|DYNAMIC CREDIT
PARTN|TGAST@DYNAMICCREDIT.COM) <tgast2@bloomberg.net>; JILL
SADLIER (|DEXIA DUBLIN|JILL.KAVANAGH@IE.DEXIA.BE)
<kavaj@bloomberg.net>; NANLAN YE (|TRUST COMPANY OF
THE|NANLAN.YE@TCW.COM) <nye@bloomberg.net>; SHAYAN

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00088655

SALAHUDDIN (|FANNIE MAE|SHAYAN_SALAHUDDIN@FANNIEMAE.COM) <shayanzs@bloomberg.net>; SETH ROBBINS (|BRACEBRIDGE CAPITAL,|SETH@BRCAP.COM) <srobbins@bloomberg.net>; ARNAUD TURQUIER (|CREDIT AGRICOLE CIB) <aturquier@bloomberg.net>; MAJHARUL HAQUE (|KBC INVESTMENTS LIMI|MAJHARUL.HAQUE@KBCFP.COM) <mhaque3@bloomberg.net>; BRIAN RIGERT (|UBS SECURITIES LLC|BRIAN.RIGERT@UBS.COM) <brigert@bloomberg.net>; GEORGE GEOTES (3617|NOMURA SECURITIESIN|12335|2840353|george.geotes@nomura.com||) <ggeotes@bloomberg.net>; ALEXANDER SCHAEFER (|COMMERZBANK AG|alexander.schaefer@dkib.com) <aschaefer8@bloomberg.net>; NILAM PATEL (|MKP CAPITAL MANAGEME|npatel@mkpcap.com) <nilamrpatel@bloomberg.net>; ZACHARY HARRISON (|PUTNAM INVESTMENTS L) <zharrison@bloomberg.net>; BRAD ROSENBERG (|PAULSON & CO. INC.|brad.rosenberg@paulsonco.com) <bsrosenberg@bloomberg.net>; JOEL WOLLMAN (|QVT FINANCIAL,LP|joel.wollman@qvt.com) <joelwollman@bloomberg.net>; GUILLAUME PIARD (|BANQUE NOMURA FRANCE|guillaume.piard@nomura.com) <gupiard@bloomberg.net>; AARON WERTENTHEIL (|ETON PARK CAPITALMA|AARON.WERTENTHEIL@ETONPARK.COM) <awe@bloomberg.net>; JAN GEBHARDT (|UNICREDIT BANK AUSTR) <jgebhardt@bloomberg.net>; NICK VENTHAM (|HSBC,TSY & CAP MKTS|nick.ventham@hsbcib.com) <nventham@bloomberg.net>; ALEX CIGOLLE (|STRATEGOS CAPITAL MA|ACIGOLLE@COHEN-BROS.COM) <apcigolle@bloomberg.net>; MICHAEL FINNEGAN (|ZAIS GROUP,LLC|Michael.Finnegan@ZAISGroup.com) <finneganm@bloomberg.net>; SIMON JONES (|CITIGROUP GLOBAL MAR|simon.d.jones@citi.com) <sjones32@bloomberg.net>; FRED TY (|REDWOOD TRUST,INC.|FRED.TY@REDWOODTRUST.COM) <fty@bloomberg.net>; BILL MARTIN (|TIAA OF AMERICA|BXMartin@tiaa-cref.org) <billkmartin@bloomberg.net>; DAVID SCHWARTZ (|DUFF & PHELPS,LLC) <dschwartz9@bloomberg.net>; JOHN MERCER (|NATIONWIDE MUTUAL IN|MERCERJ2@NATIONWIDE.COM) <mercerj2@bloomberg.net>; BOB BAGGOTT (|CAPITAL GROUP COMPAN|BOBB@CAPGROUP.COM) <bagger91@bloomberg.net>; EILEEN SHAY (|DAVIDSON KEMPNER CAP|ESHAY@DKPARTNERS.COM) <eshay2@bloomberg.net>; CHAD KLINGHOFFER (|GLENVIEW CAPITALMAN|CKLINGHOFFER@GLENVIEWCAPITAL.COM) <cklinghoffer@bloomberg.net>; GREG SCHWAB (|MARINER INVESTMENT|GSCHWAB@MARINERCAPITAL.COM) <gschwab2@bloomberg.net>; JUSTIN LO (|HSBC,TSY & CAP MKTS|JUSTIN.LO@HSBCIB.COM) <jlo8@bloomberg.net>; XAVIER GOSS (|BLACKROCK ADVISORS,|xavier_goss@ml.com) <xgoss@bloomberg.net>; USMAN NAEEM (|JPMORGAN ASSET MANAG|USMAN.NAEEM@JPMORGAN.COM) <unaeem1@bloomberg.net>; ROBERT BOELSTLER (|COMMERZBANK AG) <rboel@bloomberg.net>; DAVID KESSLER (|KORE ADVISORS LP|DKessler@korecapital.com) <dhkessler@bloomberg.net>; MAYUMI ARAI (|NOMURA SECURITIES CO|arai-1n8r@jp.nomura.com) <marai8@bloomberg.net>; BING ZHU (3617|NOMURA

SECURITIESIN|12335|3505536|bing.zhu@nomura.com||)
<bingzhu@bloomberg.net>; KEVIN J FINNERTY (|MARINER INVESTMENT
G|kevinj@marinerficap.com) <kevinjf@bloomberg.net>; LAURENCE DANA
(|CREDIT AGRICOLE CIB|laurence.dana@uk.calyon.com)
<ldana1@bloomberg.net>; KAUSHAL THAKKAR (|HSBC GROUP
INVESTMEN|kaushal.thakkar@halbis.com) <kthakkar1@bloomberg.net>; COLIN
VANCE (|DEXIA DUBLIN|COLIN.VANCE@IE.DEXIA.BE)
<cvance3@bloomberg.net>; SHARAD BANSAL
(|PIMCO|sharad.bansal@pimco.com) <sharadbansal@bloomberg.net>; GAVIN
WILSON (|LLOYDS TSB BANK PLC|GAVIN.WILSON1@LLOYDSTSB.CO.UK)
<gavinwilson@bloomberg.net>; JEFF WHEELER (|SMITH BREEDEN
ASSOCI|JWHEELER@SMITHBREEDEN.COM) <jwheels1@bloomberg.net>;
PAUL MASHIKIAN (|BRACEBRIDGE
CAPITAL,|PAUL.MASHIKIAN@BRCAP.COM) <pmashikian@bloomberg.net>;
JANE CHEN (|MKP CAPITAL MANAGEME|JCHEN@MKPCAP.COM)
<jchen129@bloomberg.net>; TAMMY JIANG (|BROOKFIELD
INVESTMEN|t.jiang@hyperioncapital.com) <t.jiang@bloomberg.net>; MIKE
HUANG (|HSBC,TSY & CAP MKTS|mike.huang@hsbcib.com)
<mihuang@bloomberg.net>; JOHN WRIGHT (|SANKATY ADVISORS
LLC|JWRIGHT@SANKATYADVISORS.COM) <jwright14@bloomberg.net>;
RICHARD ZENTKO (|RBS SECURITIES INC|RICHARD.ZENTKO@GCM.COM)
<rzentko@bloomberg.net>; BIN HE (3617|NOMURA
SECURITIESIN|12335|3873563|bin.he@nomura.com||) <binhee@bloomberg.net>;
ED CONG (|MARATHON ASSET MANAG|econg@marathonfund.com)
<econg@bloomberg.net>; AARON MALIK (|CQS (UK)
LLP|AARON.MALIK@CQSM.COM) <a_malik@bloomberg.net>; STUART
GOLDBERG (|MARATHON ASSET
MANAG|SGOLDBERG@MARATHONFUND.COM)
<sgoldberg5@bloomberg.net>; STEFANO LORETI (|CAIRN
CAPITALLIMITE|STEFANO.LORETI@CAIRNCAPITAL.COM)
<sloreti3@bloomberg.net>; JIM IRVINE (|HENDERSON GLOBAL
INV|jim.irvine@henderson.com) <jfirvine@bloomberg.net>; WYATT WACHTEL
(|YORK CAPITAL MGMT (U|wwachtel@yorkcapital.com)
<wjwachtel@bloomberg.net>; ACHIM HILLEN (|HSH NORDBANK
AG|ACHIM.HILLEN@HSHN-SECURITIES.COM) <achillen@bloomberg.net>;
VICTOR BHAGAT
(|ALLIANCEBERNSTEINL.|VICTOR.BHAGAT@ALLIANCEBERNSTEIN.COM)
<vbhagat2@bloomberg.net>; REGINA RICHARDSON (|EJF CAPITAL
LLC|rrichardson@harboram.com) <rrichardson5@bloomberg.net>; JOHN
O'CONNELL (|LLOYDS TSB BANK PLC|JOCONNELL@LLOYDSTSB-
USA.COM) <joconn@bloomberg.net>; VIMAL SHAH (|TRICADIA CAPITAL
LLC|VSHAH@TRICADIACAPITAL.COM) <vdshah@bloomberg.net>;
CHRISTIAN ROHDE (|IKB DEUTSCHE
INDUSTR|CHRISTIAN.ROHDE@IKB.DE) <crohde@bloomberg.net>; POOJA
PATHAK (|BROOKFIELD INVESTMEN|ppathak@hyperionbrookfield.com)
<ppathak1@bloomberg.net>; RANDY FABIAN (|TRICADIA CAPITAL
LLC|RFABIAN@TRICADIACAPITAL.COM) <rfabian1@bloomberg.net>; DAVID
GREGORY (|STRATEGOS CAPITAL MA|DGREGORY@COHEN-BROS.COM)
<dgregory10@bloomberg.net>; EDWARD REILLY (|MORGAN
STANLEY|EDWARD.REILLY@MORGANSTANLEY.COM)
<edreilly3@bloomberg.net>; DAVID O'FLAHERTY (|ALLCAP

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

ASSETMANAGEM|DAVID.OFLAHERTY@ACCAPITALPARTNERS.COM)
<dofac@bloomberg.net>; MARC LAUWERS (|LANDESBANK BADEN
WUE|MARC.LAUWERS@LBBWUK.COM) <marclauwers@bloomberg.net>;
THOMAS ZMUGG (|UNIQA FINANZ-
SERVICE|THOMAS.ZMUGG@UNIQA.AT) <tzmugg@bloomberg.net>;
ALISTAIR LUMSDEN (|CQS (UK) LLP|alistair.lumsden@cqsm.com)
<alumsden2@bloomberg.net>; VISHAAL CHUDASAMA
(|BNPPARIBAS|vishaal.chudasama@uk.bnpparibas.com)
<vishaalc@bloomberg.net>; ANISH KUMAR (|ZAIS
GROUP,LLC|ANISH.KUMAR@ZAISGROUP.COM)
<anishkumar@bloomberg.net>; DMITRI MIROVITSKI (|HBK
INVESTMENTS,LP|dmirovitski@hbk.com) <dmitrimir@bloomberg.net>;
ANDREW SCHLEIGER (|PPM
AMERICA,INC.|ANDY.SCHLEIGER@PPMAMAMERICA.COM)
<aschleiger1@bloomberg.net>; AMY KO-TANG (3617|NOMURA
SECURITIESIN|12335|4251686|ako@us.nomura.com||) <ako5@bloomberg.net>;
SEAN LAWLER (|UBS SECURITIES LLC|sean.lawler@ubs.com)
<sean.lawler@bloomberg.net>; JONATHAN MIZRACHI (|VARADERO
CAPITALLP|JONATHAN.MIZRACHI@NIBCAPITAL.COM)
<jmizrachi1@bloomberg.net>; DAVID DEBIASE (|FIDELITY
MANAGEMENT|DAVID.DEBIASE@FMR.COM) <ddebiase2@bloomberg.net>;
KEN HEARD (|ALLSTATE INSURANCE C|kheard@allstate.com)
<kheard@bloomberg.net>; MICHAEL PRZYGODA (|STATE STREET CORPORA)
<mprzygoda@bloomberg.net>; BRIAN HERR (|CANDLEWOOD
INVESTMEN|Brian.Herr@credit-suisse.com) <bherr1@bloomberg.net>; JOSEPH
AUTH (|HARVARD MANAGEMENT C|authj@hmc.harvard.edu)
<authj@bloomberg.net>; JUAN QUINTAS (|NOMURA
INTERNATIONAL|JQUINTAS@LEHMAN.COM) <quintas@bloomberg.net>;
NAEL WAHAIDI (|DELAWARE MANAGEMENT|Nael.Wahaidi@delinvest.com)
<nwahaidi1@bloomberg.net>; JING YANG (|PIMCO|jing.yang@pimco.com)
<jyang38@bloomberg.net>; SARAH PASCIUCCO (|BRACEBRIDGE
CAPITAL,|SARAH@BRCAP.COM) <spasciucco@bloomberg.net>; CRISTINA
CARDENAS THORLUND
(|NOMURAINTERNATIONAL|cristina.cardenas@nomura.com)
<cardenasc@bloomberg.net>; JEAN-MICHEL TRICOT (|AXA INVESTMENT
MANAG) <jmtricot@bloomberg.net>; ALEX TERVOOREN (|TRICADIA
CAPITAL LLC|atervooren@tricadiacapital.com) <atervooren@bloomberg.net>; JIM
GALOWSKI (|STONE TOWER
CAPITAL|JGALOWSKI@STONETOWERCAPITAL.COM)
<jgalowski1@bloomberg.net>; CHRISTOPHER MULLER (|MKP CAPITAL
MANAGEME|CMULLER@MKPCAP.COM) <cmuller6@bloomberg.net>; OLGA
DADAMATOVA (|STONE
TOWERCAPITAL|ODADAMATOVA@STONETOWERCAPITAL.COM)
<odadamatova1@bloomberg.net>; JULIEN THEZE (|CREDIT AGRICOLE
CIB|JULIEN.THEZE@UK.CALYON.COM) <jtheze4@bloomberg.net>; BILL
DREW (|HARBINGER CAPITAL PA|BDREW@HARBINGERCAP.NET)
<bdrew7@bloomberg.net>; CENTRAL BANKS NOMURA
(|NOMURAINTERNATIONAL|GLENN.ANSON@UK.NOMURA.COM)
<nomuracbks@bloomberg.net>; ANISH MATHUR (|DEUTSCHE BANK
AG,LO|ANISH.MATHUR@DB.COM) <mathani.lndb@bloomberg.net>; CHRIS
GRAVES (|E*TRADE GLOBAL ASSET|christopher.graves@etrade.com)

<cjgraves@bloomberg.net>; BOND GRIFFIN (|DECLARATION
MANAGEME|BGRIFFIN@DECLARATION.COM) <bgriffin00@bloomberg.net>;
JASPAUL(PAUL) SINGH (|REGIMENT
CAPITALADV|PSINGH@REGIMENTCAPITAL.COM)
<jsingh01@bloomberg.net>; ELIZABETH VANGUNDY (|PRINCIPAL
CAPITALMA|guns.elizabeth@principal.com) <eguns@bloomberg.net>; ERIC
MARKS (|ELLINGTON MANAGEMENT|EMARKS@ELLINGTON.COM)
<ericmarks@bloomberg.net>; MATTHEW SHULMAN (|MARINER
INVESTMENT|mshulman@marinercapital.com) <mshulman3@bloomberg.net>;
DAN CASTALINE (|STONE TOWERCAPITAL|dcastaline@stonetowercapital.com)
<dcastaline2@bloomberg.net>; ADAM SKLAR (|MONARCH
ALTERNATIVE|adam.sklar@quadranglegroup.com) <asklar3@bloomberg.net>;
ERIKA ISLEY (|PRINCIPAL CAPITAL MA|isley.erika@principal.com)
<eisley1@bloomberg.net>; ZINEB RAMADANE (|STRATEGOS
CAPITALMA|zramadane@cohenandcompany.com) <zramadane@bloomberg.net>;
ANUP AGARWAL (|STARK & ROTH
LLC|AAGARWAL@STARKINVESTMENTS.COM)
<aagarwal22@bloomberg.net>; NOBEL D. KAMBERI
(|PRUDENTIALINVESTMEN|nobel.kamberi@prudential.com)
<nkamberi@bloomberg.net>; JAMES CONNOLLY (|ETON PARK CAPITAL
MA|james.connolly@etonpark.com) <jconnolly8@bloomberg.net>; VINCENT
MAYOT (|BNP PARIBAS|vincent.mayot@bnpparibas.com)
<vmayot@bloomberg.net>; JAVIER FERNANDEZ LOBATO (|JPMORGAN
CHASE BANK,|javier.fernandezlobato@jpmorgan.com)
<jfernandezlo@bloomberg.net>; IAN BETTNEY (|HENDERSON GLOBAL
INV|ian.bettney@henderson.com) <ibettney@bloomberg.net>; STEVE POWELL
(|HSH NORDBANK AG) <spowell6@bloomberg.net>; WESLEY BARNES
(|CITIGROUP GLOBAL MAR|wesley.barnes@citi.com)
<wbarnes5@bloomberg.net>; BYRON MIMS (|SMITH BREEDEN
ASSOCI|bmims@smithbreeden.com) <bmims@bloomberg.net>; BRANDON
KUFRIN (|MAGNETAR CAPITAL LLC) <bkufrin@bloomberg.net>; MICHAEL
RIEGER (|SEIX ADVISORS|mrieger@seixadvisors.com)
<mrieger1@bloomberg.net>; BIJU THURUTHIMATTAM (|BLACKROCK
ADVISORS,|biju.thuruthimattam@blackrock.com) <bthuruth@bloomberg.net>;
FLORIN TELEANU (|BLACKROCK ADVISORS,|Florin.Teleanu@blackrock.com)
<f.teleanu@bloomberg.net>; DANIEL KLUGE (|IKB DEUTSCHE
INDUSTR|daniel.kluge@ikb-cam.de) <dkluge@bloomberg.net>; BRETT ROTH
(|TRUST COMPANY OF THE|brett.roth@tcw.com) <broth4@bloomberg.net>;
KEVIN FISHER (|DEUTSCHE BANK AG|kevin.fisher@db.com)
<kfisher13@bloomberg.net>; SAGAR PARIKH (|TRUST COMPANY OF
THE|cmbstmp14@tcw.com) <sparikh7@bloomberg.net>; CHRISTIAN VOSS (|DG
HYPOTHEKENBANK AG|christian.voss@dghyp.de) <cvoss2@bloomberg.net>;
MICHAEL HSU (|TRUST COMPANY OF THE|michael.hsu@tcw.com)
<mhsu18@bloomberg.net>; WILLIAM O'BRIEN
(|NOMURAINTERNATIONAL|william.o'brien@uk.nomura.com)
<wobrien2@bloomberg.net>; MICHAEL FANIA (|METROPOLITAN LIFE)
<mfania@bloomberg.net>; BRENDAN OWENS (|DEXIA DUBLIN)
<bowens3@bloomberg.net>; CHARLIE PETTINATO (|STONE
TOWERCAPITAL|cpettinato@stonetowercapital.com)
<cpettinato1@bloomberg.net>; STEPHEN VIRGILIO (|TEACHERS INSURANCE
&|svirgilio@tiaa-cref.org) <svirgilio@bloomberg.net>; ZACH GASSMANN

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

(|PRINCIPAL CAPITAL MA|gassmann.zach@principal.com)
<zgassmann1@bloomberg.net>; ALFONSO PORTILLO (|CHARLES SCHWAB
&CO.|alfonso.portillo@schwab.com) <aportillo2@bloomberg.net>; COLIN
FLEURY (|HENDERSON GLOBAL INV|colin.fleury@henderson.com)
<cfleury3@bloomberg.net>; GEORGE JIKOVSKI (|CANYON PARTNERS
LLC|gjikovski@canyonpartners.com) <gjikovski1@bloomberg.net>; ALEKSEY
LEKSANOV (|STONE TOWER CAPITAL) <aleksanov1@bloomberg.net>;
RAGHU JANGALAPALLI (|CREDIT
AGRICOLECIB|Raghu.Jangalapalli@us.calyon.com)
<rjangalapall@bloomberg.net>; HAHN KANG (|MILLENNIUM FIXED
INC|hkang@mlp.com) <hkang10@bloomberg.net>; KATHERINE COSTANZO
(|YORK CAPITAL MGMT(U|kcostanzo@yorkcapital.com)
<kcostanzo@bloomberg.net>; KYOUNG KANG (|MILLENNIUM FIXED
INC|kkang@mlp.com) <kkang13@bloomberg.net>; JOSHUA KUROPATKIN
(|MORGANSTANLEY|joshua.kuropatkin@morganstanley.com)
<jkuropatkin1@bloomberg.net>; MEI KOK (|NATIONAL AUSTRALIA
B|mkok@nabny.com) <mkok7@bloomberg.net>; HAROON SHAIKH (|GAM (UK)
LTD|haroon.shaikh@augustus.co.uk) <hshaikh2@bloomberg.net>; JONATHAN
GAW (|RBC CAPITAL MARKETS|jonathan.gaw@rbccm.com)
<jgaw1@bloomberg.net>; JUDITH SCIAMMA-SABBAH (|WYETREE/SCR)
<jsab-sciam@bloomberg.net>; HAIDI GU (|PIMCO|hgu@pimco.com)
<hgu08@bloomberg.net>; AUSTIN BRADY (|DEXIA DUBLIN|austin.brady@clf-
dexia.com) <abrady8@bloomberg.net>; PETE ROBINSON (|CHALLENGER
GROUPHOL|probinson@challengergroup.co.uk) <probinson28@bloomberg.net>;
PALNA PATEL (|NOMURA INTERNATIONAL|palna.patel@lehman.com)
<palna@bloomberg.net>; NIKI CHONA (|DEUTSCHE BANK
AG,LO|niki.chona@db.com) <chonnik.lndb@bloomberg.net>; JASON CALLAN
(|COLUMBIA MANAGEMENT|jason.j.callan@ampf.com)
<jcallan4@bloomberg.net>; PETER NOWELL (|BNP
PARIBAS|peter.nowell@uk.bnpparibas.com) <pnowell3@bloomberg.net>; CHRIS
AMES (|SCHRODER INVESTMENT|chris.ames@schroders.com)
<cames3@bloomberg.net>; ADAM SCHWARTZ (|FIR
TREE,INC.|aschwartz@firtree.com) <aschwartz22@bloomberg.net>; NAVID
HAZEGHI (|SG AMERICAS SECURITI|navid.hazeghi@sgcib.com)
<nhazeghi@bloomberg.net>; PETER FONTAINE (|KBC CREDIT INV.
NV|peter.fontaine@ci.kbc.be) <pfontaine4@bloomberg.net>; SARAH BARTON
(|GLG PARTNERS LP|sarah.barton@glgpartners.com) <sbarton5@bloomberg.net>;
THOMAS VANNATTA (|MJX ASSET
MANAGEMENT|THOMAS.VANNATTA@MJXAM.COM)
<tvannatta1@bloomberg.net>; TOBIAS ROSENKRANZ
(|COMMERZBANKAG|Tobias.Rosenkranz@commerzbank.com)
<trosenkranz@bloomberg.net>; MATTHEW WHALEN (|MARINER
INVESTMENT G|mwhalen@marinerficap.com) <mwhalen4@bloomberg.net>;
ANNE RUBIN (|TACONIC CAPITAL ADVI|acherniack@taconic.com)
<acherniack1@bloomberg.net>; PETER VAN GELDEREN (|STARK &
ROTHLLC|pvangelderen@starkinvestments.com) <pvangelderen@bloomberg.net>;
J RICHARD BLEWITT (|BLACKROCK ADVISORS,|dblewitt@lehman.com)
<dblewitt@bloomberg.net>; SUNIL YADAV (|MFA FINANCIAL
INC|syadav@mfa-reit.com) <syadav6@bloomberg.net>; DAVID HARRINGTON
(|MJX ASSET MANAGEMENT|David.Harrington@mjxam.com)
<dharrington9@bloomberg.net>; NADINE SOETAERT (|KBC BANK

N.V.|nadine.soetaert@ci.kbc.be) <nsoetaert1@bloomberg.net>; LILY WANG
(|BAYVIEW FINANCIAL|lilywang@bayviewfinancial.com)
<lwang87@bloomberg.net>; EDWARD PANEK (|HENDERSON GLOBAL
INV|edward.panek@henderson.com) <epanek2@bloomberg.net>; PAUL PARK
(|MARINER INVESTMENT G) <ppark6@bloomberg.net>; ALAN CHAN
(|MARINER INVESTMENT G) <achan114@bloomberg.net>; JEFFREY HINKLE
(|EJF CAPITAL LLC|jhinkle@barriercapital.com) <jhinkle4@bloomberg.net>;
VICTOR SANSONE (|HUDSON ADVISORS) <vsansone@bloomberg.net>; ROB
PYNE (|GOLDMAN SACHS ASSET|rob.pyne@gs.com) <rpyne2@bloomberg.net>;
MICHAEL O'SHEA (|WMD CAPITAL MARKETS|moshea@wmdcapital.com)
<moshea5@bloomberg.net>; TODD SHERER (|DALTON INVESTMENTS L)
<t.sherer@bloomberg.net>; TIMO KOST (|DEUTSCHE BANK
AG,LO|timo.kost@db.com) <tkost1@bloomberg.net>; CRAIG KNUTSON (|MFA
FINANCIAL INC|craig@mfa-reit.com) <cknutson4@bloomberg.net>; NICHOLAS
MAH (|OAK HILL ADVISORS,L|nmah@ohpny.com) <nmah5@bloomberg.net>;
JASON SERRANO (|OAK HILL ADVISORS,L|jserrano@ohpny.com)
<jserrano8@bloomberg.net>; MATTHEW ZIFFER (|ONE WILLIAM STREET C)
<mziffer1@bloomberg.net>; DOMENIC TRIPODI (|ONE WILLIAM
STREETC|dtripodi@onewilliamstreet.com) <dtripodi1@bloomberg.net>; SRINIVAS
MODUKURI (|ONE WILLIAM
STREETC|SMODUKURI@ONEWILLIAMSTREET.COM)
<smodukuri1@bloomberg.net>; TOM DUDA (|ONE WILLIAM STREET
C|tduda@onewilliamstreet.com) <tduda4@bloomberg.net>; DAVID SHERR (|ONE
WILLIAM STREET C|DSHERR@ONEWILLIAMSTREET.COM)
<dsherr1@bloomberg.net>; KHALIL KANAAN (|ONE WILLIAM STREET
C|kkanaan@onewilliamstreet.com) <kkanaan1@bloomberg.net>; ANDREW
ULMER (|DW
INVESTMENTMANAGE|Andrew.Ulmer@dwinvestmentmanagement.com)
<aulmer1@bloomberg.net>; DAVID HAYNIE (|DALTON INVESTMENTS L)
<d.haynie@bloomberg.net>; HONG ZHANG (|PAULSON & CO.
INC.|hong.zhang@paulsonco.com) <hzpc@bloomberg.net>; JOSH BIRNBAUM
(|TILDEN PARK CAPITAL|joshua.birnbaum@gmail.com)
<j.birnbaum@bloomberg.net>; LINDSAY HAVIG (|PPM AMERICA,INC.)
<lhavig1@bloomberg.net>; WILLIAM MURRAY (|CQS (UK)
LLP|Bill.Murray@cqsm.com) <wmurray2@bloomberg.net>; ANTHONY BROWN
(|JPMORGAN CHASE BANK,|anthony.m.brown@jpmorgan.com)
<abrown78@bloomberg.net>; ALLISON AREST (|PERRY
CORP|aarest@perrycap.com) <aarest@bloomberg.net>; JOHN VIBERT
(|BLACKROCK ADVISORS,|john.vibert@blackrock.com)
<jvibert5@bloomberg.net>; TIEU-Y NGUYEN (|PIMCO)
<tnguyen80@bloomberg.net>; JONATHAN ROSNER (|ZAIS GROUP, LLC)
<jrosner5@bloomberg.net>; EDWARD BAKER (|LLOYDS TSB BANK
PLC|Edward.Baker@lloydstsb.co.uk) <ebaker9@bloomberg.net>; DREW CASINO
(|APPALOOSA MANAGEMENT|a.casino@amlp.com) <dcasino2@bloomberg.net>;
JEFF HALEEN (|UBS GLOBAL ASSET MGM|jeff.haleen@ubs.com)
<jhaleen5@bloomberg.net>; ABHAYAD KAMAT (|HUDSON
ADVISORS|akamat@hudson-advisors.com) <akamat6@bloomberg.net>; RICHARD
SKEET (|CITIGROUP GLOBAL MAR|richard.skeet@citi.com)
<rskeet1@bloomberg.net>; RYAN HETHERINGTON (|DALTON
INVESTMENTSL|rhetherington@daltoninvestments.com)
<rhetheringto@bloomberg.net>; SCOTT YEDID (|CERBERUS CAPITAL

MAN|syedid@cerberuscapital.com) <syedid1@bloomberg.net>; SCOTT MOTTA (|PRUDENTIAL INVESTMEN|scott.motta@prudential.com) <smotta1@bloomberg.net>; PETER FREITAG (|PRUDENTIAL INVESTMEN|peter.freitag@prudential.com) <pfreitag2@bloomberg.net>; SUDIBYO PRADONO (|STARK & ROTH LLC|spradono@starkinvestments.com) <s.pradono2@bloomberg.net>; PAUL CARTMILL (|MP SECURITIZED CREDI|pcartmill@fppartners.com) <pcartmill1@bloomberg.net>; MAHESH ASSOMULL (|NATIONAL AUSTRALIA B|MASSOMULL@NABNY.COM) <massomull4@bloomberg.net>; WESLEY BONEWELL (|GOV'T OF SINGAPORE I|wesbonewell@gic.com.sg) <bonewell@bloomberg.net>; GYAN SINHA (|KLS DIVERSIFIED) <gsinha5@bloomberg.net>; VINCENT ILLIANO (|FIG LLC|villiano@fortress.com) <villiano1@bloomberg.net>; THOMAS DURKIN (|ANGELO,GORDON & CO.|tdurkin@angelogordon.com) <tdurkin3@bloomberg.net>; TONY HUANG (|PRINCETON ADVISORY G|thuang@princetonadvisory.com) <thuang39@bloomberg.net>; DANIEL KIMMONS (|HSH NORDBANK AG|Daniel.kimmons@hsh-nordbank.co.uk) <dkimmons@bloomberg.net>; DOMINIC SWAN (|HSBC,TSY & CAP MKTS|dominic.swan@hsbcgroup.com) <dswan1@bloomberg.net>; RAM WOO (|SANKATY ADVISORS LLC) <rwoo6@bloomberg.net>; DOMINIQUE MORNET (|CITIGROUP GLOBAL MAR|dominique.mornet@citi.com) <dmornet@bloomberg.net>; KARAN CHABBA (|KLS DIVERSIFIED) <kpschabba7@bloomberg.net>; TRAVIS CRUMLEY (|BRANDYWINE GLOBALIN|travis.crumley@brandywineglobal.com) <tcrumley@bloomberg.net>; CHRIS WOODS (|MEAG NEW YORK CORPOR|cwoods@meag-ny.com) <cwoods7@bloomberg.net>; BRENDAN GARVEY (|CERBERUS CAPITAL MAN|bgarvey@cerberuscapital.com) <b.garvey1@bloomberg.net>; TODD KOPSTEIN (|CENTERBRIDGE PARTNER) <tkopstein1@bloomberg.net>; DOUG HAMILTON (|HUDSON ADVISORS|dhamilton@hudson-advisors.com) <dhamilton13@bloomberg.net>; JACOB STEPHEN (|ONE WILLIAM STREET C) <jstephen2@bloomberg.net>; BENJAMIN BOUCHET (|CREDIT AGRICOLECIB|benjamin.bouchet@uk.calyon.com) <bbouchet@bloomberg.net>; ESAD RUHANI (|ELLINGTON MANAGEMENT|eruhani@ellington.com) <eruhani@bloomberg.net>; ROCKY KURITA (|D E SHAW & CO.,L.P.|rocky.kurita@deshaw.com) <rkurita1@bloomberg.net>; KEITH RAMSDEN (|FIVE MILE CAPITAL PA|kramsden@fmcp.com) <kramsden@bloomberg.net>; JUSTIN BAE (|QVT FINANCIAL,LP|JUSTIN.BAE@QVT.COM) <jbae17@bloomberg.net>; SCOTT DOLAN (|UBS GLOBAL ASSET MGM|scott.dolan@ubs.com) <sdolan6@bloomberg.net>; THOMAS SIEDLER (|JPMORGAN ASSETMANAG|thomas.x.siedler@jpmorgan.com) <tsiedler1@bloomberg.net>; JAE KWON (|OZ MANAGEMENT LP|jae.kwon@ozcap.com) <jkwon18@bloomberg.net>; BEN SHIM (|BLACKROCK ADVISORS,|ben.shim@blackrock.com) <bshim4@bloomberg.net>; TRACY CHEN (|BRANDYWINE GLOBAL IN|trchen91@yahoo.com) <tchen59@bloomberg.net>; SHEILA HUANG (|MORGAN STANLEY INVES|Sheila.Huang@ms.com) <shuang70@bloomberg.net>; ADAM AUGUST (|MORGAN STANLEY INVES|adam.august@morganstanley.com) <aaugust@bloomberg.net>; MARCO FISCHER (|HSH NORDBANK AG|MARCO.FISCHER@HSHN-SECURITIES.COM) <mfischer31@bloomberg.net>; RICK NICKLAS (|ZAIS GROUP,LLC|rick.nicklas@zaisgroup.com) <rnicklas1@bloomberg.net>; MISHA RENDA (|KLS DIVERSIFIED) <mrenda2@bloomberg.net>; EMMA KUZMINA

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

(|HUDSON ADVISORS|ekuzmina@hudson-advisors.com)
<ekuzmina1@bloomberg.net>; IAN SAMSON (|LLOYDS TSB BANK
PLC|ian.samson@lloydstsb.co.uk) <isamson4@bloomberg.net>; DAVID MENERET
(|MACQUARIE CAPITAL|david.meneret@macquarie.com)
<dmeneret1@bloomberg.net>; PETER MCMULLIN (|REDTOP INVESTORS
LLC|mcmullin.peter@gmail.com) <p.mcmullin@bloomberg.net>; ILAN STERN
(|SOROS FUND MANAGEMEN) <istern3@bloomberg.net>; FENG TIAN
(|JPMORGAN ASSET MANAG|feng.x.tian@jpmorgan.com)
<ftian6@bloomberg.net>; SHIKHA GUPTA (|DEUTSCHE BANK
AG,LO|SHIKHA.GUPTA@DB.COM) <gupshik.mbdb@bloomberg.net>; JAMES
HARRINGTON (|FIG LLC|jharrington@fortress.com)
<jharringto17@bloomberg.net>; BRENDAN MCALLISTER (|PINE RIVER
CAPITALM|brendan.mcallister@pinerivercapital.com)
<bmcallister4@bloomberg.net>; DAVID WILLIAMS (|CQS (US)
LLC|david.williams@cqsus.com) <dwilliams73@bloomberg.net>; KAI
PFLUGHAUPT (|HSH NORDBANK AG|kai.pflughaupt@hsh-nordbank.co.uk)
<kpflughaupt@bloomberg.net>; RAHUL SABARWAL (|SOROS FUND
MANAGEMEN|rahulsabarwal@gmail.com) <rsabarwal1@bloomberg.net>; AKHIL
MAGO (|OZ MANAGEMENT LP|akhil.mago@ozcap.com)
<amago2@bloomberg.net>; MAYUR MADKAIKAR (|CITADEL
LLC|mayur.madkaikar@citadelgroup.com) <mmadkaikar1@bloomberg.net>; TK
NARAYAN (|OAK HILL ADVISORS,L|tNARAYAN@OHPNY.COM)
<tnarayan4@bloomberg.net>; GREG FINCK (|FIG LLC|gfinck@fortressinv.com)
<gfinck@bloomberg.net>; VLADIMIR LEMIN (|MAGNETAR
CAPITALLLC|vladimir.lemin@magnetarcapital.com) <vlemin1@bloomberg.net>;
VIKAS SHILPIEKANDULA (|POINTSTATE CAPITAL L|vikas@duquesne.com)
<vshilpiekand@bloomberg.net>; OLGA GORODETSKY (|POINTSTATE
CAPITAL L|olga@duquesne.com) <ogorodetsky1@bloomberg.net>; MADHURI
IYER (|POINTSTATE CAPITAL L|madhuri@duquesne.com)
<miyer7@bloomberg.net>; NOMURA ABS (|NOMURA INTERNATIONAL)
<nabs@bloomberg.net>; JONATHAN PEREZ (|CITADEL
LLC|perez.jonathan@gmail.com) <jperez38@bloomberg.net>; MAKOTO YOSHII
(|NOMURA SECURITIES CO|yoshii-284n@jp.nomura.com)
<myoshii3@bloomberg.net>; ATSUSHI SUGIMOTO (|NOMURA
SECURITIESCO|sugimoto-2848@jp.nomura.com) <asugimoto2@bloomberg.net>;
ABHISHEK KALRA (|LAMCO LLC|akalra@lehman.com)
<akalra8@bloomberg.net>; NAHO WATANABE (|NOMURA SECURITIES CO)
<nwatanabe9@bloomberg.net>; NAOHIRO KURODA (|NOMURA SECURITIES
CO) <nkuroda3@bloomberg.net>; MANABU HIMEDA (|NOMURA SECURITIES
CO) <mhimeda2@bloomberg.net>; SHIGEKI HASUIKE (|NOMURA SECURITIES
CO) <shasuike1@bloomberg.net>; MASAHIKO MATSUI (|NOMURA
SECURITIES CO) <mmatsui4@bloomberg.net>; TOSHINARI AKAGI (|NOMURA
SECURITIES CO) <takagi7@bloomberg.net>; SHIGEYUKI TAKAHASHI
(|NOMURA SECURITIES CO) <stakahashi24@bloomberg.net>; TIM RATHBUN
(3617|NOMURA AUSTRALIALTD|30025223|5983219|trathbun@nomura.com||)
<trathbun1@bloomberg.net>; ANNE GOH (|NOMURA
INTERNATIONAL|anne.goh@nomura.com) <agoh17@bloomberg.net>; JORDAN
H ROTHSTEIN (|REDTOP
INVESTORSLLC|Jordan.Rothstein@redtopinvestors.com)
<jrothstein5@bloomberg.net>; GEORGE SUN (|NOMURA
INTERNATIONAL|GEORGE.SUN@NOMURA.COM) <sun3@bloomberg.net>;

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00088663

SORAPONG SRISUMA (|NOMURA
SINGAPORELIM|sorapong.srisuma@nomura.com) <ssrisuma1@bloomberg.net>;
MEI LING LIM (|NOMURA SINGAPORE LIM|meiling.lim@nomura.com)
<mllim99@bloomberg.net>; PECK-CHAO LEO (|NOMURA
INTERNATIONAL|peckchao.leo@nomura.com) <leopc2@bloomberg.net>;
ROBERTO SELLA (|PERMIT CAPITAL,LLC|roberto.sella@permitcap.com)
<r.sella2@bloomberg.net>; SANDEEP BHARATWAJ (|D E SHAW & CO., L.P.)
<sbharatwaj1@bloomberg.net>; RAHUL VERMA (|NOMURA
INTERNATIONAL|RAHUL.VERMA@NOMURA.COM)
<rverma16@bloomberg.net>; KIM NGUYEN (|PIMCO|kim.nguyen@pimco.com)
<knguyen27@bloomberg.net>; ADAM HAGFORS (|UBS SECURITIES
LLC|adam.hagfors@ubs.com) <ahagfors1@bloomberg.net>; KERI ANISGARTEN
(|THIRD POINT LLC|kanisgarten@thirdpoint.com) <k.anisgarten@bloomberg.net>;
ROBERT SCHMIDT (|NOMURA BANK (DEUTSCH|robert.schmidt@nomura.com)
<robschmidt2@bloomberg.net>; BEN MELKMAN (|BREVAN HOWARD
INVEST|ben.melkman@brevanhoward.com) <bmelkman1@bloomberg.net>;
AKIVA DICKSTEIN (|BLACKROCK
ADVISORS,|akiva.dickstein@blackrock.com) <adickstein@bloomberg.net>;
JAEJUN LEE (|NOMURA INTERNATIONAL|jaejun.lee@nomura.com)
<jlee560@bloomberg.net>; JAE KIM (|BLACKROCK ADVISORS,)
<jkim368@bloomberg.net>; GARY LITT (|SOROS FUND MANAGEMEN)
<glitt2@bloomberg.net>; DIANA WEINSTEIN (|MFA FINANCIAL INC)
<dweinstein10@bloomberg.net>; RJ MADDEN (|ANGELO, GORDON & CO.)
<rmadden6@bloomberg.net>; LAWRENCE CHOE (|SOROS FUND
MANAGEMEN|lawrence.choe@soros.com) <l.choe@bloomberg.net>; JAMES
WHITTICOM (3617|NOMURA
SECURITIESIN|12335|6358896|james.whitticom@nomura.com||)
<jwhitticom2@bloomberg.net>; ADAM YOUNG (|MACQUARIE
CAPITAL|Adam.Young@macquarie.com) <ayoung37@bloomberg.net>; ARANG
VARADHACHARY (3617|NOMURA
SECURITIESIN|12335|6362343|arang.varadhachary@nomura.com|)
<avaradhachar@bloomberg.net>; FRANK DINUCCI (3617|NOMURA
SECURITIESIN|12335|6378632|frank.dinucci@nomura.com|)
<fdinucci1@bloomberg.net>; JONATHAN RAIFF (3617|NOMURA
SECURITIESIN|12335|6386003|jonathan.raiff@nomura.com|)
<jraiff@bloomberg.net>; TYLER PETERS (3617|NOMURA
SECURITIESIN|12335|6390562|tyler.peters@nomura.com|)
<tpeters11@bloomberg.net>; RYOJI MASHIMA (|NOMURA SECURITIES CO)
<rmashima@bloomberg.net>; GEORGE COSTOW (|DW INVESTMENT
MANAGE) <gcostow1@bloomberg.net>; ANDREW HEALY (3617|NOMURA
SECURITIESIN|12335|6416761|andrew.healy@nomura.com|)
<ahealy4@bloomberg.net>; SHINJIT GHOSH (|AURORA BANK
FSB|shinjit.ghosh@alservices.com) <sghosh43@bloomberg.net>; SCOTT
LECHNER (3617|NOMURA
SECURITIESIN|12335|6421655|scott.lechner@nomura.com|)
<slechner1@bloomberg.net>; KEE CHAN (3617|NOMURA
SECURITIESIN|12335|6438829|kee.chan@nomura.com|)
<kchan173@bloomberg.net>; SACHIN JHANGIANI (3617|NOMURA
SECURITIESIN|12335|6443980|sachin.jhangiani@nomura.com|)
<sjhangiani4@bloomberg.net>; LINDSEY SHELLEY (|BAUPOST GROUP
L.L.C.|LAS@baupost.com) <lshelley3@bloomberg.net>; PAUL THOMPSON

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

(|PERMIT CAPITAL,LLC|paul.thompson@LLFunds.com)
<pthompson33@bloomberg.net>; BURT WEISS (|BTG PACTUAL US
ASSET|burt.weiss@btginvest.com) <bweiss15@bloomberg.net>; SCOTT
WATERSTREDT (|METROPOLITAN LIFE|swaterstredt@metlife.com)
<swaterstredt@bloomberg.net>; UDAI BISHNOI (|OZ MANAGEMENT
LP|udai.bishnoi@ozcap.com) <ubishnoi1@bloomberg.net>; MEHUL SHAH
(3617|NOMURA SECURITIESIN|12335|6462145|mehul.shah@nomura.com||)
<mshah83@bloomberg.net>; JOHN SCARRONE (3617|NOMURA
SECURITIESIN|12335|6464694|john.scarrone@nomura.com||)
<jscarrone1@bloomberg.net>; ZAHID HASSAN (3617|NOMURA
SECURITIESIN|12335|6471451|zahid.hassan@nomura.com||)
<zhassan4@bloomberg.net>; CHARLIE WICKLIFFE (3617|NOMURA
SECURITIESIN|30043759|6472595|charles.wickliffe@nomura.com||)
<wickliffe@bloomberg.net>; MICHAEL ROMANELLI (3617|NOMURA
SECURITIESIN|12335|6472603|michael.romanelli@nomura.com||)
<mromanelli1@bloomberg.net>; CHARLES SPERO (3617|NOMURA
SECURITIESIN|12335|6472619|charles.spero@nomura.com||)
<cspero3@bloomberg.net>; ROSS SHAPIRO (3617|NOMURA
SECURITIESIN|12335|6472723|ross.shapiro@nomura.com||)
<rshapiro17@bloomberg.net>; MICHAEL GRAMINS (3617|NOMURA
SECURITIESIN|12335|6474532|michael.gramins@nomura.com||)
<mgramins1@bloomberg.net>; SUD YELESWARAPU (3617|NOMURA
SECURITIESIN|12335|6474768|Sudarsana.Yeleswarapu@nomura.com||)
<syeleswarap1@bloomberg.net>; GULPREET SINGH (3617|NOMURA
SECURITIESIN|12335|6480959|gulpreet.singh@nomura.com||)
<gsingh39@bloomberg.net>; NAGENDRA JAYANTY
(|PIMCO|nagendra.jayanty@pimco.com) <njayanty1@bloomberg.net>; IBRAHIM
INCOGLU (|BLACKROCK ADVISORS,|ibrahim.incoglu@blackrock.com)
<iincoglu1@bloomberg.net>; TRACY GARRETT (3617|NOMURA
SECURITIESIN|30043759|6483488|tracy.garrett@nomura.com||)
<tgarrett5@bloomberg.net>; JONATHAN SEBIRI (3617|NOMURA
SECURITIESIN|12335|6485805|jonathan.sebiri@nomura.com||)
<jsebiri1@bloomberg.net>; JAMES IM (3617|NOMURA
SECURITIESIN|12335|6486725|james.im@nomura.com||) <jim8@bloomberg.net>;
BENJAMIN UFER (3617|NOMURA
SECURITIESIN|12335|6489362|benjamin.ufer@nomura.com||)
<bufer1@bloomberg.net>; BRETT PERLMUTTER (3617|NOMURA
SECURITIESIN|12335|6502680|BRETT.PERLMUTTER@nomura.com||)
<bperlmutter2@bloomberg.net>; DAVID LINDLEY (3617|NOMURA
SECURITIESIN|12335|6502776|david.lindley@nomura.com||)
<dlindley@bloomberg.net>; JONATHAN P MARGOLIS (3617|NOMURA
SECURITIESIN|12335|6502792|jon.margolis@nomura.com||)
<jmargolis7@bloomberg.net>; STEVE DIEKMANN (3617|NOMURA
SECURITIESIN|397940|6502848|steve.diekmann@nomura.com||)
<sdiekmann1@bloomberg.net>; BRUCE JIN (3617|NOMURA
SECURITIESIN|12335|6502936|bruce.jin@nomura.com||) <bjin3@bloomberg.net>;
SWEN NICOLAUS (|MORGAN (J.P.)|swen.d.nicolaus@jpmchase.com)
<snicolaus2@bloomberg.net>; JASON GEIGER (3617|NOMURA
SECURITIESIN|12335|6523964|jason.geiger@nomura.com||)
<jgeiger7@bloomberg.net>; JOHN DENNING (3617|NOMURA
SECURITIESIN|397940|6527923|john.denning@nomura.com||)

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

<jdenning1@bloomberg.net>; MATTHEW BRAUND (3617|NOMURA SECURITIESIN|397940|6529379|matthew.braund@nomura.com|) <mbraund2@bloomberg.net>; ERIK SIEGEL (|MOORE CAPITAL MANAGE) <esiegel9@bloomberg.net>; JOHN MURRAY (|ARLINGTON ASSET INVE|jmurray@arlingtonasset.com) <jmurray44@bloomberg.net>; TIM HODGSON (|ARLINGTON ASSET INVE|thodgson@arlingtonasset.com) <thodgson6@bloomberg.net>; SONYA NATHS (3617|NOMURA SECURITIESIN|30078917|6541151|SONYA.NATHS@nomura.com|) <snaths2@bloomberg.net>; JERRARD ZIVE (|NOMURA INTERNATIONAL|jerrard.zive@nomura.com) <jzive@bloomberg.net>; ROY CANTU (|C12 CAPITAL MANAGEME|roy.cantu@c12capital.com) <rcantu2@bloomberg.net>; HOGAN CHEN (|C12 CAPITAL MANAGEME|hogan.chen@c12capital.com) <h-chen@bloomberg.net>; CHRIS DOYLE (|C12 CAPITAL MANAGEME) <cdoyle27@bloomberg.net>; RYAN BABCOCK (|C12 CAPITAL MANAGEME|ryan.babcock@c12capital.com) <rbabcock9@bloomberg.net>; ALEXIS KNOPP (3617|NOMURA SECURITIESIN|12335|6556749|ALEXIS.KNOPP@nomura.com|) <aknopp1@bloomberg.net>; LAUREN SELEVAN (3617|NOMURA SECURITIESIN|12335|6556777|LAUREN.SELEVAN@nomura.com|) <lselevan1@bloomberg.net>; STERLING RICE (|HUDSON ADVISORS) <srice14@bloomberg.net>; GAETAN CIAMPINI (3617|NOMURA SECURITIESIN|30078917|6566772|gaetan.ciampini@nomura.com|) <gciampini2@bloomberg.net>; ALEXANDRA DACOSTA (3617|NOMURA SECURITIESIN|30045462|6567252|adacosta@us.nomura.com|) <adacosta6@bloomberg.net>; CHRISTOPHER DEL COL (3617|NOMURA SECURITIESIN|30045462|6567260|CHRISTOPHER.DELCOL@nomura.com|) <cdelcol3@bloomberg.net>; ALEJANDRO FEELY (3617|NOMURA SECURITIESIN|12335|6567288|alejandro.feely@nomura.com|) <afeely2@bloomberg.net>; NOMURA/ GEIGER (3617|NOMURA SECURITIES IN|12335|6567396|) <mgeiger4@bloomberg.net>; AMIT RAMETRA (3617|NOMURA SECURITIESIN|12335|6570185|amit.rametra@nomura.com|) <arametra2@bloomberg.net>; BOB BURNS (|GLENVIEW CAPITAL MAN|bburns@glenviewcapital.com) <bburns14@bloomberg.net>; BRETT OLSON (|NOMURA INTERNATIONAL|brett.olson@nomura.com) <brettolson@bloomberg.net>; DANA LEVENTHAL (|NOMURA INTERNATIONAL|dana.leventhal@nomura.com) <dleventhal3@bloomberg.net>; ENRIQUE MARIN (|NOMURA INTL PLC (MAD) <emarin8@bloomberg.net>; ROB RILEY (|HSBC GLOBAL ASSET MA|rob.riley@halbis.com) <rriley6@bloomberg.net>; DIEGE DORSEY (|PIMCO|DIEGEKDORSEY@YAHOO.COM) <ddorsey1@bloomberg.net>; MOHAMMED JAMAL (|RESOURCE EUROPE MANA|MJamal@RESOURCEAMERICA.COM) <mjamal8@bloomberg.net>; PETER BUTLER (3617|NOMURA SECURITIESIN|30048208|6609942|Peter.Butler.1@nomura.com|) <pbutler15@bloomberg.net>; ROSS HELLER (3617|NOMURA SECURITIESIN|12335|6612175|ross.heller@nomura.com|) <rheller7@bloomberg.net>; JORDAN RIEGER (|MONARCH ALTERNATIVE|jordanErieger@gmail.com) <jrieger8@bloomberg.net>; BH ABS (|DW INVESTMENTMANAGE|george.konaris@dwinvestmentmanagement.com) <bhabs@bloomberg.net>; ANNIE LEE (3617|NOMURA SECURITIESIN|12335|6642120|Hyeannie.Lee@nomura.com|)

<alee267@bloomberg.net>; STEVEN AMMANN (3617|NOMURA
SECURITIESIN|12335|6659761|STEVEN.AMMANN@nomura.com||)
<sammann1@bloomberg.net>; ROBERT ARSLANIAN (3617|NOMURA
SECURITIESIN|12335|6664680|ROBERT.ARSLANIAN@nomura.com||)
<rarslanian@bloomberg.net>; BRENT HERBERT (3617|NOMURA
SECURITIESIN|12335|6687037|BRENT.HERBERT@nomura.com||)
<bherbert4@bloomberg.net>; ADAM HENICK (|ANGELO,GORDON &
CO.|ahenick@angelogordon.com) <ahenick2@bloomberg.net>; JIN IM
(3617|NOMURA SECURITIESIN|397940|6705694|jin.im@nomura.com||)
<jim11@bloomberg.net>; TOM MOWL
(|WYETREE/SCR|tmowl@structuredcredit.challengergroup.co.uk)
<tmowl@bloomberg.net>; OHMSATYA RAVI (3617|NOMURA
SECURITIESIN|30078917|6715795|OHMSATYA.RAVI@nomura.com||)
<rohmsatya@bloomberg.net>; KEN SHINODA (|DOUBLELINE CAPITAL
L|ken.shinoda@doubleline.com) <k.shinoda@bloomberg.net>; SCOTT AUSTIN
(|TRUST COMPANY OF THE|scott.austin@aya.yale.edu)
<saustin9@bloomberg.net>; PATRICK AHN (|TRUST COMPANY OF
THE|pat.ahn@tcw.com) <pahn10@bloomberg.net>; BRIAN LOO (|TRUST
COMPANY OF THE|brian.loo@tcw.com) <bloo11@bloomberg.net>; MITCH
FLACK (|TRUST COMPANY OF THE|MITCH.FLACK@TCW.COM)
<mflack4@bloomberg.net>; HARRISON CHOI (|TRUST COMPANY OF
THE|harrison.choi@tcw.com) <hchoi39@bloomberg.net>; MICHAEL LEE
(|DOUBLELINE CAPITAL L|michael.lee@doubleline.com)
<m.lee6@bloomberg.net>; ANKUR MEHTA (3617|NOMURA
SECURITIESIN|30078917|6726342|ankur.mehta@nomura.com||)
<amehta53@bloomberg.net>; BRYAN WHALEN (|TRUST COMPANY OF
THE|bryan.whalen@tcw.com) <bwhalen1@bloomberg.net>; PHILLIP
DOMINGUEZ (|TRUST COMPANY OF THE|phil.dominguez@tcw.com)
<pdominguez7@bloomberg.net>; DHIVYA KRISHNA (3617|NOMURA
SECURITIESIN|30078917|6743064|DHIVYA.KRISHNA@nomura.com||)
<dkrishna5@bloomberg.net>; PAUL SIBIANU (|IKB DEUTSCHE
INDUSTR|paul.suciu-sibianu@ikb.de) <psibianu1@bloomberg.net>; KOEN
WEEMAES (|ROYAL
PARKINVESTMEN|koen.weemaes@royalparkinvestments.com)
<kweemaes1@bloomberg.net>; JOE STEFANIK (3617|NOMURA
SECURITIESIN|12335|6788738|Joe.Stefanik@nomura.com||)
<jstef2@bloomberg.net>; MAHESH RAGHAVENDRA (3617|NOMURA
SECURITIESIN|12335|6805329|Mahesh.Raghavendra@nomura.com||)
<mraghavendr2@bloomberg.net>; JAMES BALLENTINE (|RIVER
BIRCHCAPITAL|jballentine@riverbirchcap.com) <jmb3@bloomberg.net>; BRYAN
WULFSOHN (|MFA FINANCIAL INC|bwulf@mfa-reit.com)
<bwulfsohn1@bloomberg.net>; MICHAEL PASCUMA (3617|NOMURA
SECURITIESIN|12335|6867572|Michael.Pascuma@nomura.com||)
<mpascuma1@bloomberg.net>; JERZY BURMICZ (|BARCLAYS CAPITAL
SER|jerzy.burmicz@barcap.com) <jburmicz@bloomberg.net>; NOMURA MTGS
(3617|NOMURA SECURITIESIN|12335|6907690|Jason.Huey@nomura.com||)
<stefanik-hue@bloomberg.net>; RUIQI WANG (|NOMURA
INTERNATIONAL|ruiqi.wang@nomura.com) <rwang90@bloomberg.net>;
MICHAEL MURRAY (3617|NOMURA
SECURITIESIN|12335|6929059|Michael.Murray@nomura.com||)
<mmurray40@bloomberg.net>; SEAN XIE (3617|NOMURA

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

SECURITIESIN|30078917|6929123|sean.xie@nomura.com||)
<sexie@bloomberg.net>; MICHAEL BELLINI (3617|NOMURA
SECURITIESIN|12335|6940763|michael.bellini@nomura.com||)
<mbellini6@bloomberg.net>; ERIC HOROWITZ (3617|NOMURA
SECURITIESIN|12335|6940823|Eric.Horowitz@nomura.com||)
<ehorowitz5@bloomberg.net>; WILL BOARDMAN (3617|NOMURA
SECURITIESIN|30097387|6951283|WILL.BOARDMAN@nomura.com||)
<wboardman1@bloomberg.net>; AHSIM KHAN (|BREVAN HOWARD
INVEST|ahsim.khan@brevanhoward.com) <akhan112@bloomberg.net>; PAUL
NIKODEM (3617|NOMURA
SECURITIESIN|30078917|6979566|PAUL.NIKODEM@nomura.com||)
<pnikodem2@bloomberg.net>; JACK KATTAN (3617|NOMURA
SECURITIESIN|12335|6982475|jack.kattan@nomura.com||)
<jkattan5@bloomberg.net>; SCOTT TATE (|CITIGROUP GLOBAL
MAR|scott.tate@citi.com) <state5@bloomberg.net>; KUSHAGRA PANT
(|NOMURA SINGAPORE LIM|kushagra.pant@nomura.com)
<kpant2@bloomberg.net>; MICHAEL S MILLER (3617|NOMURA
SECURITIESIN|12335|7009170|michael.miller@nomura.com||)
<mmiller117@bloomberg.net>; JUSTIN WEINBERG (3617|NOMURA
SECURITIESIN|12335|7022990|Justin.Weinberg@nomura.com||)
<jweinberg7@bloomberg.net>; JORDAN MILMAN (|LIBREMAX CAPITAL
LLC|jmilman@libremax.com) <j.milman@bloomberg.net>; EDWARD CHAI
(|HENDERSON GLOBAL INV|edward.chai@henderson.com)
<echai3@bloomberg.net>; F GREG HERTRICH (3617|NOMURA
SECURITIESIN|12335|7028874|Greg.Hertrich@nomura.com||)
<fhertrich1@bloomberg.net>; YEW CHUAN SIM (|NOMURA SINGAPORE
LIM|yewchuan.sim@nomura.com) <ycsim@bloomberg.net>; TOM DVORAK
(3617|NOMURA SECURITIESIN|30048208|7039006|tom.dvorak@nomura.com||)
<tdvorak6@bloomberg.net>; EUGENE XU (|LIBREMAX CAPITAL
LLC|exu@libremax.com) <e.xu@libremax.com>; ROBERT SHUGRUE (|REDTOP
INVESTORSLLC|robert.shugrue@retopinvestors.com)
<rshugrue2@bloomberg.net>; WALTER RICARDO (3617|NOMURA
SECURITIESIN|30078297|7056196|Santos.Ricardo@nomura.com||)
<sricardo@bloomberg.net>; ELI GOLDSCHMIEDT (3617|NOMURA
SECURITIESIN|12335|7072738|ELI.GOLDSCHMIEDT@NOMURA.COM||)
<egold10@bloomberg.net>; GREG LIPPMANN (|LIBREMAX CAPITAL LLC)
<g.lippmann@bloomberg.net>; SHIKA SARAF (|HUDSON
ADVISORS|ssaraf@hudson-advisors.com) <ssaraf11@bloomberg.net>; TSUTOMU
GOTO (|NOMURA SECURITIES CO|tsutomu.goto@nomura.com)
<tgoto18@bloomberg.net>; GINO RAMADI (|TILDEN PARK
CAPITAL|gramadi@tildenparkcapital.com) <gramadi3@bloomberg.net>; NED
HARE (3617|NOMURA
SECURITIESIN|30045462|7117319|Edward.Hare@nomura.com||)
<ehare1@bloomberg.net>; ISHA SINWER (3617|NOMURA
SECURITIESIN|12335|7155576|Isha.Sinwer@nomura.com||)
<isinwer@bloomberg.net>; SRIRAM SUMAITHANGI (|AURORA
BANKFSB|sriram.sumaithangi@aurorabankfsb.com)
<ssumaithang1@bloomberg.net>; NATE WEBER (3617|NOMURA
SECURITIESIN|12335|7166155|Nathaniel.Weber@nomura.com||)
<nweber11@bloomberg.net>; SERENE SEAH (|NOMURA SINGAPORE
LIM|SERENE.SEAH@NOMURA.COM) <sseah20@bloomberg.net>; JUSTIN

RYAN (|CQS (UK) LLP|Justin.Ryan@cqsm.com) <jryan78@bloomberg.net>;
JASON RAYMAN (3617|NOMURA
SECURITIESIN|12335|7178466|Jason.Rayman@nomura.com||)
<jrayman3@bloomberg.net>; JOHN FLEISHER (3617|NOMURA
SECURITIESIN|12335|7181223|john.fleisher@nomura.com||)
<jfleisher2@bloomberg.net>; JIMMY YE (|NOMURA
INTERNATIONAL|jimmy.ye@nomura.com) <jye23@bloomberg.net>; PATRICK
QUINN (3617|NOMURA
SECURITIESIN|12335|7196497|PATRICK.QUINN@nomura.com||)
<pquinn34@bloomberg.net>; MICHAEL PAPA (3617|NOMURA
SECURITIESIN|12335|7196549|michael.papa@nomura.com||)
<mpapa5@bloomberg.net>; DESHAW ABS D E SHAW & CO.,L.P. (|D E SHAW &
CO., L.P.) <dd e shaw &@bloomberg.net>; SAKAE ISHII (|NOMURA
SECURITIES CO|sakae.ishii.1@nomura.com) <sishii8@bloomberg.net>; JEFFRY
TESSIATORE (3617|NOMURA
SECURITIESIN|30048208|7210044|jeffry.tessiatore@nomura.com||)
<jtessiatore4@bloomberg.net>; MATTHEW MARION (3617|NOMURA
SECURITIESIN|30043759|7210092|matthew.marion@nomura.com||)
<mmarion4@bloomberg.net>; LUNA FEDERICI (|GLENVIEW CAPITAL
MAN|luna@glenviewcapital.com) <lfederici@bloomberg.net>; LOUISE
WALEWSKA (|HSBC,TSY & CAP MKTS|louise.walewska@halbis.com)
<lwalewska1@bloomberg.net>; GREGORY CIGNARELLA (3617|NOMURA
SECURITIESIN|12335|7235071|gregory.cignarella@nomura.com||)
<gcignarella@bloomberg.net>; JUSTIN KAYSE (3617|NOMURA
SECURITIESIN|30048208|7264067|JUSTIN.KAYSE@nomura.com||)
<jkayse2@bloomberg.net>; SATYA CHAKRAVARTY (|BLACKROCK
ADVISORS,|satya.chakravarty@blackrock.com) <chakravarty@bloomberg.net>;
MICHAEL JONES (3617|NOMURA
SECURITIESIN|12335|7276719|MICHAEL.JONES@nomura.com||)
<michaeljones@bloomberg.net>; SCOTT BURG (|DEER PARK ROAD
CORP|sburg@deerparkrd.com) <sburg1@bloomberg.net>; CRAIG SEDAKA
(|LIBREMAX CAPITAL LLC) <c.sedaka@bloomberg.net>; CONOR
O'CALLAGHAN (3617|NOMURA
SECURITIESIN|12335|7292581|Conor.Ocallaghan@nomura.com||)
<cocallaghan3@bloomberg.net>; MANISH POTTI (|ONE WILLIAM STREET
C|mpotti@owslp.com) <mpotti2@bloomberg.net>; VINAY KHANDELWAL
(|HUDSON ADVISORS|vkhandelwal@hudson-advisors.com)
<vkhandelwal7@bloomberg.net>; FRED BRETTSCHNEIDER (|LIBREMAX
CAPITAL LLC) <f.brett@bloomberg.net>; CALEB CHAO (3617|NOMURA
SECURITIESIN|12335|7321155|caleb.chao@nomura.com||)
<ccaleb@bloomberg.net>; CHARLES WALSH (3617|NOMURA
SECURITIESIN|12335|7321179|CHARLES.WALSH@nomura.com||)
<cwalsh31@bloomberg.net>; BRENDAN MCNAMARA (3617|NOMURA
SECURITIESIN|12335|7321211|Brendan.McNamara@nomura.com||)
<bmcnamara8@bloomberg.net>; MARK LEVECK (3617|NOMURA
SECURITIESIN|12335|7321287|mark.leveck@nomura.com||)
<mleveck3@bloomberg.net>; ARUN MANOHAR (3617|NOMURA
SECURITIESIN|30078917|7322852|ARUN.MANOHAR@nomura.com||)
<amanohar1@bloomberg.net>; SHANGZHENG CHEN (|LIBREMAX CAPITAL
LLC|schen@libremax.com) <s.chen12@bloomberg.net>; TIMOTHY WILKINSON
(|AURORA BANKFSB|timothy.wilkinson@aurorabankfsb.com)

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

<twilkinson12@bloomberg.net>; NICOLAS BORREMAN (|ROYAL
PARKINVESTMEN|nicolas.borreman@royalparkinvestments.com)
<nborreman@bloomberg.net>; SONIA BENAROUCH (|BANQUE NOMURA
FRANCE|sonia.benarouch@nomura.com) <sbenarouch1@bloomberg.net>; KEVIN
MERRICK (|NATIONAL AUSTRALIA B|KEVIN.MERRICK@NABNY.COM)
<kmerrick3@bloomberg.net>; STEVE YANG (3617|NOMURA
SECURITIESIN|12335|7517459|steve.yang@nomura.com||)
<syang134@bloomberg.net>; NIRAV VYAS (3617|NOMURA
SECURITIESIN|12335|7517475|nirav.vyas@nomura.com||)
<nvyas5@bloomberg.net>; PORTER ORLIN ABS PORTER ORLIN LLC
(|PORTER ORLIN LLC) <pporterorli@bloomberg.net>; AMIT SENAPATY
(|GOLDENTREE ASSET MAN|asenapaty@goldentree.com)
<asenapaty2@bloomberg.net>; COLIN GROSHONG (|MARINER
INVESTMENT|cgroshong@marinercapital.com) <cgroshong@bloomberg.net>;
HAYMAN ADVISORS (|HAYMAN CAPITAL MANAG)
<haymancap@bloomberg.net>; JEREMY ANDREW SHOR (|PAMLI
CAPITALMANAGE|jeremy.shor@pamlicapital.com) <jshor5@bloomberg.net>;
DENIS STRUC (|HENDERSON GLOBAL INV|denis.struc@henderson.com)
<dstruc1@bloomberg.net>; BOGDAN LUPU (|BLACKROCK ADVISORS,)
<blupu@bloomberg.net>; PIETER BOLLAERTS (|ROYAL
PARKINVESTMEN|pieter.bollaerts@royalparkinvestments.com)
<pbollaerts1@bloomberg.net>; AUGUSTUS ODENA (|MILLENNIUM FIXED
INC|aodena@mlp.com) <aodena@bloomberg.net>; CHEN CHEN (|MARATHON
ASSET MANAG|cchen@marathonfund.com) <cchen287@bloomberg.net>;
MATTHEW JACOBSON (3617|NOMURA
SECURITIESIN|30097387|7768654|Matthew.jacobson@nomura.com||)
<mjacobson15@bloomberg.net>; SANDOR HAU (3617|NOMURA
SECURITIESIN|12335|7768666|sandor.hau@nomura.com||)
<shau10@bloomberg.net>; MARTIN DAVIES (|CQS (UK)
LLP|martin.davies@cqsm.com) <mdavies37@bloomberg.net>; MARK HANNAN
(|HUDSON ADVISORS UK L|mhannan@hudson-advisors.co.uk)
<mhannan1@bloomberg.net>; FORTRESSABS FIG LLC (|FIG LLC)
<ffigllc@bloomberg.net>; AARON PAS (|AMERICAN CAPITAL
LTD|aaron.pas@agnc.com) <apas1@bloomberg.net>; ROBERT MORO (|REDTOP
INVESTORS LLC|robert.moro@me.com) <rmoro3@bloomberg.net>; TARA
VENKATESH (|ANGELO,GORDON & CO.|tvenkatesh@angelogordon.com)
<tvenkatesh5@bloomberg.net>; RAJAT ROHAILLA (|RESOURCE EUROPE
MANA|rrohailla@resourceamerica.com) <rrohailla3@bloomberg.net>; DAVID
KASHETTA (3617|NOMURA
SECURITIESIN|12335|8005025|david.kashetta@nomura.com||)
<dkashetta2@bloomberg.net>; RICHARD LANDREMAN (3617|NOMURA
SECURITIESIN|30078917|8012661|richard.landreman@nomura.com||)
<rlandreman2@bloomberg.net>; JEFF WINKLER (|AMERICAN CAPITAL
LTD|jeffrey.winkler@agnc.com) <jwinkler15@bloomberg.net>; IAN GLASTEIN
(|MONARCH ALTERNATIVE|ian.glastein@monarchlp.com)
<iglastein2@bloomberg.net>; VIVIEN HUANG (|JP MORGAN CHASE
BANK|vivien.huang@jpmorgan.com) <vhuang22@bloomberg.net>; FORCHI CHEN
(|MILLENNIUM FIXED INC|forchi.chen@mlp.com) <fchen64@bloomberg.net>;
SOOHUCK CHUN (|HUDSON ADVISORS|Schun@hudson-advsiors.com)
<schun16@bloomberg.net>; DAVID ALBRYCHT (|NEWFLEET ASSET
MANAG|david.albrycht@newfleet.com) <dalbrycht@bloomberg.net>; NICK

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

RINALDI (|NEWFLEET ASSET MANAG|nick.rinaldi@newfleet.com)
<nrinaldi1@bloomberg.net>; ANDREW SZABO (|NEWFLEET ASSET MANAG)
<aszabo7@bloomberg.net>; PETER WALLACH (|OZ MANAGEMENT
LP|peter.wallach@ozcap.com) <pwallach5@bloomberg.net>; RAJAT MALHOTRA
(|ONE WILLIAM STREET C|rmalhotra@owslp.com)
<malhotraraj@bloomberg.net>; JESS WANG (|MKP CAPITAL
MANAGEME|jwang@mkpcap.com) <jwang522@bloomberg.net>; NAMIT SINHA
(3617|NOMURA SECURITIESIN|12335|8092157|namit.sinha@nomura.com||)
<nsinha13@bloomberg.net>; ED LEE (3617|NOMURA
SECURITIESIN|12335|8106681|Edwin.Lee@nomura.com||)
<elee292@bloomberg.net>; TAPISH KUSHWAHA (|ANGELO,GORDON &
CO.|tapishkushwaha@gmail.com) <tkushwaha1@bloomberg.net>; PRASHANT
SWAMINATHAN (|LIBREMAX CAPITALLLC|pswaminathan@libremax.com)
<pswaminatha3@bloomberg.net>; KAIZAD JEHANGIR (|HUDSON
ADVISORS|kjehangir@hudson-advisors.com) <kjehangir2@bloomberg.net>;
ANKIT-K GARG (|DEUTSCHE CIB CENTRE|ANKIT-K.GARG@DB.COM)
<gargank.mbdb@bloomberg.net>; SIDDHARTH JOSHI (3617|NOMURA
SECURITIESIN|12335|8264777|Siddharth.Joshi1@nomura.com||)
<sjoshi57@bloomberg.net>; JACKIE WONG (|NOMURA
INTERNATIONAL|jackie.wong@nomura.com) <jackiewong@bloomberg.net>;
WEI JIN (|JP MORGAN CHASE BANK|wei.jin@jpmorgan.com)
<wjin12@bloomberg.net>; DANIEL HE (|PIMCO|daniel.he@pimco.com)
<dhe16@bloomberg.net>; SAMUEL OHER (3617|NOMURA
SECURITIESIN|12335|8318513|Samuel.Oher@nomura.com||)
<soher@bloomberg.net>; JOHN LAMENDOLA (3617|NOMURA
SECURITIESIN|12335|8333845|john.lamendola@nomura.com||)
<jlamendola4@bloomberg.net>; SALMAN KHAN (3617|NOMURA
SECURITIESIN|12335|8344809|Salman.Khan@nomura.com||)
<skhan110@bloomberg.net>; CHELSEA ANDREWS (3617|NOMURA
SECURITIESIN|12335|8360454|Chelsea.Andrews@nomura.com||)
<candrews22@bloomberg.net>; CHRISTY PALUF (3617|NOMURA
SECURITIESIN|12335|8362762|christen.paluf@nomura.com||)
<cpaluf2@bloomberg.net>; KRISTIN MCNELIS (3617|NOMURA
SECURITIESIN|12335|8369811|Kristin.McNelis@nomura.com||)
<kmcnelis@bloomberg.net>; ALAR RANDMERE (|STORMHARBOUR
SECURIT|Alar.Randmere@stormharbour.com) <arandmere3@bloomberg.net>;
ERIC SCHNEIDER (|OMEGA ADVISORS INC.|eschneider@omega-advisors.com)
<eschneider15@bloomberg.net>; ADAM PAGH (3617|NOMURA
SECURITIESIN|30048208|8439673|adam.pagh@nomura.com||)
<apagh2@bloomberg.net>; KUNAL SINGAL (3617|NOMURA
SECURITIESIN|12335|8448297|Kunal.Singal@nomura.com||)
<ksingal1@bloomberg.net>; NICHOLAS MENZIES (|H2 CAPITAL
PARTNERS|nmenzies@h2cp.com) <nmenzies2@bloomberg.net>; LEWIS
MEYERS (3617|NOMURA
SECURITIESIN|12335|8574465|Lewis.Meyers@nomura.com||)
<lmeyers9@bloomberg.net>; BROOKE BUSHEY (|FREE
TRIAL|brookeabushey@hotmail.com) <bbushey1@bloomberg.net>; PAXTON
FLESHER (|HUDSON ADVISORS|pflesher@hudson-advisors.com)
<pwflesher@bloomberg.net>; ANDREW.SZABO ()
<andrew.szabo@newfleet.com>; BONDS () <bonds@credentiagroup.com>;
CIO.STRUCTURED.PRODUCTS () <cio.structured.products@jpmchase.com>;

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

KIM.NGUYEN () <kim.nguyen@pimco.com>; MCHACOS ()
<mchacos@challengergroup.co.uk>; NICK.RINALDI ()
<nick.rinaldi@newfleet.com>; RESEARCH () <research@hvstrategies.com>;
RMBSOPPORTUNITIES () <rmbsopportunities@marathonfund.com>;
STRUCTURED-BIDOFFERS () <structured-bidoffers@union-investment.de>;
THOMAS.JONDEAU () <thomas.jondeau@axa-im.com>;
THORSTEN.WINGENROTH () <thorsten.wingenroth@lbbw.de>; TPCMLISTS ()
<tpcmlists@tildenparkcapital.com>; TRADING () <trading@onewilliamstreet.com>;
MBSTA () <mbsta@nomura.com>; ABS () <abs2@ohpny.com>; JEREMY
SHEAN (3617|NOMURA
SECURITIESIN|12335|7321207|Jeremy.Shean@nomura.com||)
<jshean@bloomberg.net>; JOSEPH SIKOSCOW (3617|NOMURA
SECURITIESIN|12335|7011010|joseph.sikoscow@nomura.com||)
<jsikoscow3@bloomberg.net>; FRANK BRUZESE (3617|NOMURA
SECURITIESIN|12335|7941020|frank.bruzese@nomura.com||)
<fbruzese1@bloomberg.net>; MICHAEL CUDZIL (3617|NOMURA
SECURITIESIN|12335|6564555|michael.cudzil@nomura.com||)
<mcudzil2@bloomberg.net>; ANDREW KENT (3617|NOMURA
SECURITIESIN|12335|8218014|Andrew.Kent@nomura.com||)
<akent15@bloomberg.net>; MICHELLE WILLIAMSON (3617|NOMURA
SECURITIESIN|12335|8370723|Michelle.Williamson@nomura.com||)
<mwilliamso30@bloomberg.net>; STEPHANO DUBUC (3617|NOMURA
SECURITIESIN|12335|8374908|stephano.dubuc@nomura.com||)
<sdubuc4@bloomberg.net>; EDWARD WALSH (3617|NOMURA
SECURITIESIN|12335|6502592|EDWARD.WALSH@nomura.com||)
<ewalsh14@bloomberg.net>; JACK KILEY (3617|NOMURA
SECURITIESIN|397940|6665704|JACK.KILEY@nomura.com||)
<jkiley2@bloomberg.net>; NOMURA CMO (3617|NOMURA
SECURITIESIN|12335|6635474|gulpreet.singh@nomura.com||)
<ncmo@bloomberg.net>; NOMURA MBS DERIV (3617|NOMURA
SECURITIESIN|12335|7013115|David.Lindley@nomura.com||)
<nmbsderiv@bloomberg.net>; ERICH HAMEL (3617|NOMURA
SECURITIESIN|397940|7055320|Erich.Hamel@nomura.com||)
<ehamel6@bloomberg.net>; TREVOR NEDERLOF (3617|NOMURA
SECURITIESIN|397940|8363074|trevor.nederlof@nomura.com||)
<tnederlof1@bloomberg.net>; THOMAS HAWKINS (3617|NOMURA
SECURITIESIN|12335|8369835|Thomas.Hawkins@nomura.com||)
<thawkins13@bloomberg.net>; SAM OBRIEN (3617|NOMURA
SECURITIESIN|12335|8344789|Samuel.Obrien@nomura.com||)
<sobrien33@bloomberg.net>; JASON PELLETIER (3617|NOMURA
SECURITIESIN|12335|8369823|Jason.Pelletier@nomura.com||)
<jpelletier9@bloomberg.net>; MONICA ONISICK (3617|NOMURA
SECURITIESIN|30078297|7973095|Monica.Onisick@nomura.com||)
<monisick2@bloomberg.net>; CLAIRE STEINGLASS (3617|NOMURA
SECURITIESIN|12335|8147845|Claire.Steinglass@nomura.com||)
<csteinglass1@bloomberg.net>; TARA DOYLE (3617|NOMURA
SECURITIESIN|12335|8338980|Tara.Doyle@nomura.com||)
<tdoyle17@bloomberg.net>

**Subject:**    **ALT-A TRADE POST**

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00088672

\*\*ALT-A TRADE POST\*\*

TRADING 16+MM  JPALT 07-A2 2A1 OUT OF COMP

STILL WORKING HERE, LET US KNOW IF WE CAN HELP!

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSISEC00088673

Exhibit 4

| | |
|---|---|
| **From:** | NOMURA RMBS (3617\|NOMURA SECURITIES IN\|12335\|6607861\|ross.shapiro@nomura.com\|) <nrmbs@bloomberg.net> |
| **Sent:** | Thursday, March 8, 2012 9:37 AM |
| **To:** | |
| **Bcc:** | |

PETER DION (\|GOLDMAN SACHS ASSET) <dion@bloomberg.net>; TIM ROWE (\|SMITH BREEDEN ASSOCI <timrowe@bloomberg.net>; CAROLYN BECKEDORFF (\|BAUPOST GROUP L.L.C.) <tonybeck@bloomberg.net>; INVESTMENTS GORDIAN (\|GORDIAN KNOT LIMITED) <gordiank@bloomberg.net>; TED SULGER (3617\|NOMURA SECURITIES IN\|30048208\|43705\|TED.SULGER@nomura.com\|) <sulger@bloomberg.net>; GABE SUNSHINE (\|BRACEBRIDGE CAPITAL, ) <gbs@bloomberg.net>; ALBERT SOHN (\|CREDIT SUISSE SECURI) <asohn@bloomberg.net>; BRIAN HUGHES (\|SWISS RE FINANCIAL P) <bhughes@bloomberg.net>; RONALD A FREYDBERG (\|MFA FINANCIAL INC\|RFREYDBERG@MFA-REIT.COM) <americafirst@bloomberg.net>; ERIK WREDENHAGEN (\|DZ BANK AG) <ewredenhagen@bloomberg.net>; CRAIG ARMSTRONG (\|CUTWATER ASSET MANAG) <carmstrong@bloomberg.net>; STEVE JERACI (\|MKP CAPITAL EUROPE L) <sjeraci@bloomberg.net>; JON GRENZKE (\|BRACEBRIDGE CAPITAL, ) <grenzke@bloomberg.net>; ROBERT KINDERMAN (\|ELLINGTON MANAGEMENT) <rkinderman@bloomberg.net>; MICHAEL SOLLOTT (\|EIDESIS CAPITAL) <sollott@bloomberg.net>; BRIAN DIRGINS (\|HARTFORD INVESTMENT\|brian.dirgins@himco.com) <bdirg@bloomberg.net>; WILSON AU (\|UBS SECURITIES LLC\|wilson.au@ubs.com) <wau@bloomberg.net>; ARTHUR SQUILLANTE (\|UBS FINANCIAL SERVIC\|arthur.squillante@ubs.com) <asquillante@bloomberg.net>; MATTHEW CHUA (\|UBS AG\|matthew.chua@ubs.com) <mchua@bloomberg.net>; JENNIFER BOWERS (\|DECLARATION MANAGEME) <jbowers@bloomberg.net>; GORDIAN INVESTMENTS (\|GORDIAN KNOT LIMITED) <gordian3@bloomberg.net>; KAUSIK BARUA (\|CHARTER ATLANTIC COR\|kbarua@fftw.com) <kbarua@bloomberg.net>; JULIET JONES (\|BARCLAYS CAPITAL INC\|juliet.jones@barcap.com) <jewelsj@bloomberg.net>; JEAN-MARC ALEXIS (\|NOMURA INTERNATIONAL\|jeanmarc.alexis@nomura.com) <jmalexis@bloomberg.net>; CHRISTIAN ADLER (\|DEUTSCHE BANK AG, LO\|christian.adler@db.com) <adlech.ffdb@bloomberg.net>; FAHAD ROUMANI (\|JPMORGAN ASSET MANAG) <froumani@bloomberg.net>; GREG RICHTER (\|CANDLEWOOD INVESTMEN) <grichter@bloomberg.net>; NANCY MUELLER (\|METROPOLITAN LIFE) <nmueller@bloomberg.net>; LISA REED (\|INVESCO ADVISERS, IN) <ljreed@bloomberg.net>; MATTHEW SMITH (\|FIDELITY MANAGEMENT) <msmith25@bloomberg.net>; ANGELIKA GROB (\|DZ BANK AG) <agrob1@bloomberg.net>; HOLGER SCHAD (\|DZ BANK AG) <hschad@bloomberg.net>; JUERGEN BECKER (\|DZ BANK AG) <jubec@bloomberg.net>; PHILIP RIO (\|NEW YORK LIFE INVEST) <prio1@bloomberg.net>; MARCO GRIMALDI (\|COMMERZBANK AG\|marco.grimaldi@drkw.com) <mgrimaldi@bloomberg.net>; CHRISTOPHER CREED (\|GOLDMAN SACHS ASSET) <creedc@bloomberg.net>; JOHN MCCALLUM (3617\|NOMURA SECURITIES IN\|12335\|1194716\|john.mccallum@nomura.com\|) <jmccallum3@bloomberg.net>; ALEX WEI (\|DELAWARE

FOIA CONFIDENTIAL TREATMENT REQUESTED BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024634

MANAGEMENT|Alex.Wei@delinvest.com) <alexwei@bloomberg.net>;
NIKOLAS TSIOULLIS (|DZ BANK AG) <tsioullis@bloomberg.net>; JACKIE
POLAK (|LANDESBANK BADEN-WUE) <jpolak@bloomberg.net>; DAVID
COVEY (|NOMURA INTERNATIONAL|dcovey@lehman.com)
<dcovey@bloomberg.net>; GUNTHER ADAM (|UNICREDIT GROUP)
<gadam@bloomberg.net>; KATE GRANT (|LLOYDS TSB BANK PLC)
<kategrant1@bloomberg.net>; ALFRED MURATA (|PIMCO)
<atmurata@bloomberg.net>; ANTHONY CONTESSA (|SWISS RE
FINANCIAL P) <acontessa@bloomberg.net>; HOI M. LI (3617|NOMURA
SECURITIES IN|12335|1350275|HOI.LI@nomura.com|)
<hoimingli@bloomberg.net>; MICHAEL YILMAZ (|ELLIOTT
MANAGEMENT C) <myilmaz1@bloomberg.net>; SYLVIE KICHENIN
(|SOCIETE GENERALE) <skichenin@bloomberg.net>; MARK STOUT (|KBC
CREDIT INV. NV) <markstout@bloomberg.net>; BRIAN BURNS (|UBS
SECURITIES LLC|brian.burns@ubs.com) <burnsbr@bloomberg.net>; DAVID
BETANZOS (|CAPITAL GROUP COMPAN) <betanzos@bloomberg.net>;
PETER SHEPHERD (|LLOYDS TSB BANK PLC) <shephpet@bloomberg.net>;
KEN O'DONNELL (|CHARTER ATLANTIC COR)
<kjodonnell@bloomberg.net>; KAY LEONG KHOO (|FIG
LLC|kkhoo@fortress.com) <klkhoo@bloomberg.net>; ANDREW JACKSON
(|HSBC, TSY & CAP MKTS|andrew1.jackson@hsbc.com)
<ajackson9@bloomberg.net>; JANE SONG (|CHARTER ATLANTIC COR)
<jesong@bloomberg.net>; BRIAN CHOI (|REDWOOD TRUST, INC.)
<byjchoi@bloomberg.net>; SOTARO KATO (|NOMURA SECURITIES
CO|sotaro.kato@nomura.com) <sotarokato@bloomberg.net>; WOUTER
VANASSCHE (|LLOYDS TSB BANK PLC) <woutva@bloomberg.net>;
NATHAN GESKE (|VARDE PARTNERS, INC.) <ngeske@bloomberg.net>;
CHRISTIAN OBERMAIER (|KA FINANZ AG) <cobermaier@bloomberg.net>;
PATRICE WAN (|JPMORGAN ASSET MANAG) <sikop4t@bloomberg.net>;
DAVID GOODSON (|ING INVESTMENT MANAG)
<dgoodson@bloomberg.net>; ANDREW THOMPSON (|LLOYDS TSB BANK
PLC) <athompson9@bloomberg.net>; JULIO MACEIRA (|KORE ADVISORS
LP) <jmaceira1@bloomberg.net>; JOSHUA ANDERSON (|PIMCO)
<anderjo44@bloomberg.net>; ARTHUR CHU (|QVT FINANCIAL, LP)
<arthurchu@bloomberg.net>; NAOYA TAKAHASHI (|NOMURA
SECURITIES CO|takahashi-09fq@jp.nomura.com) <n.taka@bloomberg.net>;
TADASHI NOGUCHI (|NOMURA SECURITIES CO|noguchi-
0f0p@jp.nomura.com) <noguchit@bloomberg.net>; JOHANNES WUNDSAM
(|UNIQA FINANZ-SERVICE) <jwundsam@bloomberg.net>; JAKE
HENDRICKSON (|DEXIA FINANCIAL PROD) <jdhmjr@bloomberg.net>;
MARTIN CHRIST (|UNICREDIT BANK AUSTR) <mchrist4@bloomberg.net>;
KEVIN LYNN (|JP MORGAN SECURITIES) <kevinlynn@bloomberg.net>;
CEDRIC TCHABAN (|HSBC, TSY & CAP MKTS|cedric.tchaban@hsbc.com)
<tchaban1@bloomberg.net>; AIDAN MACSWEENEY (|DEXIA DUBLIN)
<amacsweeney@bloomberg.net>; AKIHIRO SHIBATA (|NOMURA
SECURITIES CO|shibata-0gj3@jp.nomura.com) <akshibata@bloomberg.net>;
MARK BENNETT (|REDWOOD TRUST,
INC.|MARK.BENNETT@REDWOODTRUST.COM)
<marktb@bloomberg.net>; TONKO GAST (|DYNAMIC CREDIT
PARTN|TGAST@DYNAMICCREDIT.COM) <tgast2@bloomberg.net>; JILL
SADLIER (|DEXIA DUBLIN|JILL.KAVANAGH@IE.DEXIA.BE)

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

<kavaj@bloomberg.net>; NANLAN YE (|TRUST COMPANY OF THE|NANLAN.YE@TCW.COM) <nye@bloomberg.net>; SHAYAN SALAHUDDIN (|FANNIE MAE|SHAYAN_SALAHUDDIN@FANNIEMAE.COM) <shayanzs@bloomberg.net>; SETH ROBBINS (|BRACEBRIDGE CAPITAL, |SETH@BRCAP.COM) <srobbins@bloomberg.net>; ARNAUD TURQUIER (|CREDIT AGRICOLE CIB) <aturquier@bloomberg.net>; BRIAN RIGERT (|UBS SECURITIES LLC|BRIAN.RIGERT@UBS.COM) <brigert@bloomberg.net>; GEORGE GEOTES (3617|NOMURA SECURITIES IN|12335|2840353|george.geotes@nomura.com|) <ggeotes@bloomberg.net>; ALEXANDER SCHAEFER (|COMMERZBANK AG|alexander.schaefer@dkib.com) <aschaefer8@bloomberg.net>; NILAM PATEL (|MKP CAPITAL MANAGEME|npatel@mkpcap.com) <nilamrpatel@bloomberg.net>; ZACHARY HARRISON (|PUTNAM INVESTMENTS L) <zharrison@bloomberg.net>; BRAD ROSENBERG (|PAULSON & CO. INC.|brad.rosenberg@paulsonco.com) <bsrosenberg@bloomberg.net>; JOEL WOLLMAN (|QVT FINANCIAL, LP|joel.wollman@qvt.com) <joelwollman@bloomberg.net>; GUILLAUME PIARD (|BANQUE NOMURA FRANCE|guillaume.piard@nomura.com) <gupiard@bloomberg.net>; AARON WERTENTHEIL (|ETON PARK CAPITAL MA|AARON.WERTENTHEIL@ETONPARK.COM) <awe@bloomberg.net>; JAN GEBHARDT (|UNICREDIT BANK AUSTR) <jgebhardt@bloomberg.net>; NICK VENTHAM (|HSBC, TSY & CAP MKTS|nick.ventham@hsbcib.com) <nventham@bloomberg.net>; ALEX CIGOLLE (|STRATEGOS CAPITAL MA|ACIGOLLE@COHEN-BROS.COM) <apcigolle@bloomberg.net>; MICHAEL FINNEGAN (|ZAIS GROUP, LLC|Michael.Finnegan@ZAISGroup.com) <finneganm@bloomberg.net>; SIMON JONES (|CITIGROUP GLOBAL MAR|simon.d.jones@citi.com) <sjones32@bloomberg.net>; FRED TY (|REDWOOD TRUST, INC.|FRED.TY@REDWOODTRUST.COM) <fty@bloomberg.net>; BILL MARTIN (|TIAA OF AMERICA|BXMartin@tiaa-cref.org) <billkmartin@bloomberg.net>; DAVID SCHWARTZ (|DUFF & PHELPS, LLC) <dschwartz9@bloomberg.net>; JOHN MERCER (|NATIONWIDE MUTUAL IN|MERCERJ2@NATIONWIDE.COM) <mercerj2@bloomberg.net>; BOB BAGGOTT (|CAPITAL GROUP COMPAN|BOBB@CAPGROUP.COM) <bagger91@bloomberg.net>; EILEEN SHAY (|DAVIDSON KEMPNER CAP|ESHAY@DKPARTNERS.COM) <eshay2@bloomberg.net>; CHAD KLINGHOFFER (|GLENVIEW CAPITAL MAN|CKLINGHOFFER@GLENVIEWCAPITAL.COM) <cklinghoffer@bloomberg.net>; GREG SCHWAB (|MARINER INVESTMENT|GSCHWAB@MARINERCAPITAL.COM) <gschwab2@bloomberg.net>; JUSTIN LO (|HSBC, TSY & CAP MKTS|JUSTIN.LO@HSBCIB.COM) <jlo8@bloomberg.net>; GARY BUCHALTER (|CREDIT SUISSE SECURI|GARY.BUCHALTER@CSFB.COM) <gbuchalter@bloomberg.net>; XAVIER GOSS (|BLACKROCK ADVISORS, |xavier_goss@ml.com) <xgoss@bloomberg.net>; USMAN NAEEM (|JPMORGAN ASSET MANAG|USMAN.NAEEM@JPMORGAN.COM) <unaeem1@bloomberg.net>; ROBERT BOELSTLER (|COMMERZBANK AG) <rboel@bloomberg.net>; DAVID KESSLER (|KORE ADVISORS LP|DKessler@korecapital.com) <dhkessler@bloomberg.net>; MAYUMI ARAI (|NOMURA SECURITIES

CO|arai-1n8r@jp.nomura.com) <marai8@bloomberg.net>; BING ZHU
(3617|NOMURA SECURITIES IN|12335|3505536|bing.zhu@nomura.com|)
<bingzhu@bloomberg.net>; KEVIN J FINNERTY (|MARINER INVESTMENT
G|kevinj@marinerficap.com) <kevinjf@bloomberg.net>; LAURENCE DANA
(|CREDIT AGRICOLE CIB|laurence.dana@uk.calyon.com)
<ldana1@bloomberg.net>; KAUSHAL THAKKAR (|HSBC GROUP
INVESTMEN|kaushal.thakkar@halbis.com) <kthakkar1@bloomberg.net>;
COLIN VANCE (|DEXIA DUBLIN|COLIN.VANCE@IE.DEXIA.BE)
<cvance3@bloomberg.net>; SHARAD BANSAL
(|PIMCO|sharad.bansal@pimco.com) <sharadbansal@bloomberg.net>; DEVA
MISHRA (|GOLDMAN, SACHS & CO.|DEVA.MISHRA@GS.COM)
<dmishra1@bloomberg.net>; GAVIN WILSON (|LLOYDS TSB BANK
PLC|GAVIN.WILSON1@LLOYDSTSB.CO.UK)
<gavinwilson@bloomberg.net>; JEFF WHEELER (|SMITH BREEDEN
ASSOCI|JWHEELER@SMITHBREEDEN.COM) <jwheels1@bloomberg.net>;
PAUL MASHIKIAN (|BRACEBRIDGE CAPITAL,
|PAUL.MASHIKIAN@BRCAP.COM) <pmashikian@bloomberg.net>; JANE
CHEN (|MKP CAPITAL MANAGEME|JCHEN@MKPCAP.COM)
<jchen129@bloomberg.net>; TAMMY JIANG (|BROOKFIELD
INVESTMEN|t.jiang@hyperioncapital.com) <t.jiang@bloomberg.net>; MIKE
HUANG (|HSBC, TSY & CAP MKTS|mike.huang@hsbcib.com)
<mihuang@bloomberg.net>; JONATHAN DULMAN (|AURELIUS CAPITAL
MAN|JDULMAN@AURELIUSCAPITAL.COM) <jdulman0@bloomberg.net>;
JOHN WRIGHT (|SANKATY ADVISORS
LLC|JWRIGHT@SANKATYADVISORS.COM) <jwright14@bloomberg.net>;
RICHARD ZENTKO (|RBS SECURITIES
INC|RICHARD.ZENTKO@GCM.COM) <rzentko@bloomberg.net>; BIN HE
(3617|NOMURA SECURITIES IN|12335|3873563|bin.he@nomura.com|)
<binhee@bloomberg.net>; ED CONG (|MARATHON ASSET
MANAG|econg@marathonfund.com) <econg@bloomberg.net>; AARON
MALIK (|CQS (UK) LLP|AARON.MALIK@CQSM.COM)
<a_malik@bloomberg.net>; STUART GOLDBERG (|MARATHON ASSET
MANAG|SGOLDBERG@MARATHONFUND.COM)
<sgoldberg5@bloomberg.net>; STEFANO LORETI (|CAIRN CAPITAL
LIMITE|STEFANO.LORETI@CAIRNCAPITAL.COM)
<sloreti3@bloomberg.net>; JIM IRVINE (|HENDERSON GLOBAL
INV|jim.irvine@henderson.com) <jfirvine@bloomberg.net>; WYATT
WACHTEL (|YORK CAPITAL MGMT (U|wwachtel@yorkcapital.com)
<wjwachtel@bloomberg.net>; ACHIM HILLEN (|HSH NORDBANK
AG|ACHIM.HILLEN@HSHN-SECURITIES.COM) <achillen@bloomberg.net>;
REGINA RICHARDSON (|EJF CAPITAL LLC|rrichardson@harboram.com)
<rrichardson5@bloomberg.net>; JOHN O'CONNELL (|LLOYDS TSB BANK
PLC|JOCONNELL@LLOYDSTSB-USA.COM) <joconn@bloomberg.net>;
VIMAL SHAH (|TRICADIA CAPITAL
LLC|VSHAH@TRICADIACAPITAL.COM) <vdshah@bloomberg.net>;
CHRISTIAN ROHDE (|IKB DEUTSCHE
INDUSTR|CHRISTIAN.ROHDE@IKB.DE) <crohde@bloomberg.net>; POOJA
PATHAK (|BROOKFIELD INVESTMEN|ppathak@hyperionbrookfield.com)
<ppathak1@bloomberg.net>; RANDY FABIAN (|TRICADIA CAPITAL
LLC|RFABIAN@TRICADIACAPITAL.COM) <rfabian1@bloomberg.net>;
DAVID GREGORY (|STRATEGOS CAPITAL MA|DGREGORY@COHEN-

BROS.COM) <dgregory10@bloomberg.net>; EDWARD REILLY (|MORGAN STANLEY|EDWARD.REILLY@MORGANSTANLEY.COM) <edreilly3@bloomberg.net>; DAVID O'FLAHERTY (|ALLCAP ASSET MANAGEM|DAVID.OFLAHERTY@ACCAPITALPARTNERS.COM) <dofac@bloomberg.net>; MARC LAUWERS (|LANDESBANK BADEN WUE|MARC.LAUWERS@LBBWUK.COM) <marclauwers@bloomberg.net>; THOMAS ZMUGG (|UNIQA FINANZ-SERVICE|THOMAS.ZMUGG@UNIQA.AT) <tzmugg@bloomberg.net>; ALISTAIR LUMSDEN (|CQS (UK) LLP|alistair.lumsden@cqsm.com) <alumsden2@bloomberg.net>; VISHAAL CHUDASAMA (|BNP PARIBAS|vishaal.chudasama@uk.bnpparibas.com) <vishaalc@bloomberg.net>; ANISH KUMAR (|ZAIS GROUP, LLC|ANISH.KUMAR@ZAISGROUP.COM) <anishkumar@bloomberg.net>; DMITRI MIROVITSKI (|HBK INVESTMENTS, LP|dmirovitski@hbk.com) <dmitrimir@bloomberg.net>; ANDREW SCHLEIGER (|PPM AMERICA, INC.|ANDY.SCHLEIGER@PPMAMAMERICA.COM) <aschleiger1@bloomberg.net>; AMY KO-TANG (3617|NOMURA SECURITIES IN|12335|4251686|ako@us.nomura.com|) <ako5@bloomberg.net>; SEAN LAWLER (|UBS SECURITIES LLC|sean.lawler@ubs.com) <sean.lawler@bloomberg.net>; JONATHAN MIZRACHI (|VARADERO CAPITAL LP|JONATHAN.MIZRACHI@NIBCAPITAL.COM) <jmizrachi1@bloomberg.net>; DAVID DEBIASE (|FIDELITY MANAGEMENT|DAVID.DEBIASE@FMR.COM) <ddebiase2@bloomberg.net>; KEN HEARD (|ALLSTATE INSURANCE C|kheard@allstate.com) <kheard@bloomberg.net>; MICHAEL PRZYGODA (STATE STREET CORPORA) <mprzygoda@bloomberg.net>; BRIAN HERR (|CANDLEWOOD INVESTMEN|Brian.Herr@credit-suisse.com) <bherr1@bloomberg.net>; JOSEPH AUTH (|HARVARD MANAGEMENT C|authj@hmc.harvard.edu) <authj@bloomberg.net>; JUAN QUINTAS (|NOMURA INTERNATIONAL|JQUINTAS@LEHMAN.COM) <quintas@bloomberg.net>; NAEL WAHAIDI (|DELAWARE MANAGEMENT|Nael.Wahaidi@delinvest.com) <nwahaidi1@bloomberg.net>; JING YANG (|PIMCO|jing.yang@pimco.com) <jyang38@bloomberg.net>; SARAH PASCIUCCO (|BRACEBRIDGE CAPITAL, |SARAH@BRCAP.COM) <spasciucco@bloomberg.net>; CRISTINA CARDENAS THORLUND (|NOMURA INTERNATIONAL|cristina.cardenas@nomura.com) <cardenasc@bloomberg.net>; JEAN-MICHEL TRICOT (|AXA INVESTMENT MANAG) <jmtricot@bloomberg.net>; ALEX TERVOOREN (|TRICADIA CAPITAL LLC|atervooren@tricadiacapital.com) <atervooren@bloomberg.net>; JIM GALOWSKI (|STONE TOWER CAPITAL|JGALOWSKI@STONETOWERCAPITAL.COM) <jgalowski1@bloomberg.net>; CHRISTOPHER MULLER (|MKP CAPITAL MANAGEME|CMULLER@MKPCAP.COM) <cmuller6@bloomberg.net>; OLGA DADAMATOVA (|STONE TOWER CAPITAL|ODADAMATOVA@STONETOWERCAPITAL.COM) <odadamatova1@bloomberg.net>; JULIEN THEZE (|CREDIT AGRICOLE CIB|JULIEN.THEZE@UK.CALYON.COM) <jtheze4@bloomberg.net>; BILL DREW (|HARBINGER CAPITAL PA|BDREW@HARBINGERCAP.NET) <bdrew7@bloomberg.net>; CENTRAL BANKS NOMURA (|NOMURA INTERNATIONAL|GLENN.ANSON@UK.NOMURA.COM) <nomuracbks@bloomberg.net>; ANISH MATHUR (|DEUTSCHE BANK AG,

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

LO|ANISH.MATHUR@DB.COM) <mathani.lndb@bloomberg.net>; CHRIS
GRAVES (|E*TRADE GLOBAL ASSET|christopher.graves@etrade.com)
<cjgraves@bloomberg.net>; BOND GRIFFIN (|DECLARATION
MANAGEME|BGRIFFIN@DECLARATION.COM)
<bgriffin00@bloomberg.net>; JASPAUL(PAUL) SINGH (|REGIMENT
CAPITAL ADV|PSINGH@REGIMENTCAPITAL.COM)
<jsingh01@bloomberg.net>; ELIZABETH VANGUNDY (|PRINCIPAL
CAPITAL MA|guns.elizabeth@principal.com) <eguns@bloomberg.net>; ERIC
MARKS (|ELLINGTON MANAGEMENT|EMARKS@ELLINGTON.COM)
<ericmarks@bloomberg.net>; MATTHEW SHULMAN (|MARINER
INVESTMENT|mshulman@marinercapital.com) <mshulman3@bloomberg.net>;
DAN CASTALINE (|STONE TOWER
CAPITAL|dcastaline@stonetowercapital.com) <dcastaline2@bloomberg.net>;
ATTILIO DI MATTIA (|AURELIUS CAPITAL
MAN|ATTILIO.DIMATTIA@AURELIUS-CM.COM)
<dimattia@bloomberg.net>; ADAM SKLAR (|MONARCH
ALTERNATIVE|adam.sklar@quadranglegroup.com) <asklar3@bloomberg.net>;
ERIKA ISLEY (|PRINCIPAL CAPITAL MA|isley.erika@principal.com)
<eisley1@bloomberg.net>; ZINEB RAMADANE (|STRATEGOS CAPITAL
MA|zramadane@cohenandcompany.com) <zramadane@bloomberg.net>; ANUP
AGARWAL (|STARK & ROTH
LLC|AAGARWAL@STARKINVESTMENTS.COM)
<aagarwal22@bloomberg.net>; NOBEL D. KAMBERI (|PRUDENTIAL
INVESTMEN|nobel.kamberi@prudential.com) <nkamberi@bloomberg.net>;
JAMES CONNOLLY (|ETON PARK CAPITAL
MA|james.connolly@etonpark.com) <jconnolly8@bloomberg.net>; VINCENT
MAYOT (|BNP PARIBAS|vincent.mayot@bnpparibas.com)
<vmayot@bloomberg.net>; JAVIER FERNANDEZ LOBATO (|JPMORGAN
CHASE BANK, |javier.fernandezlobato@jpmorgan.com)
<jfernandezlo@bloomberg.net>; IAN BETTNEY (|HENDERSON GLOBAL
INV|ian.bettney@henderson.com) <ibettney@bloomberg.net>; WESLEY
BARNES (|CITIGROUP GLOBAL MAR|wesley.barnes@citi.com)
<wbarnes5@bloomberg.net>; BYRON MIMS (|SMITH BREEDEN
ASSOCI|bmims@smithbreeden.com) <bmims@bloomberg.net>; BRANDON
KUFRIN (|MAGNETAR CAPITAL LLC) <bkufrin@bloomberg.net>;
MICHAEL RIEGER (|SEIX ADVISORS|mrieger@seixadvisors.com)
<mrieger1@bloomberg.net>; BIJU THURUTHIMATTAM (|BLACKROCK
ADVISORS, |biju.thuruthimattam@blackrock.com) <bthuruth@bloomberg.net>;
FLORIN TELEANU (|BLACKROCK ADVISORS,
|Florin.Teleanu@blackrock.com) <f.teleanu@bloomberg.net>; DANIEL KLUGE
(|IKB DEUTSCHE INDUSTR|daniel.kluge@ikb-cam.de)
<dkluge@bloomberg.net>; BRETT ROTH (|TRUST COMPANY OF
THE|brett.roth@tcw.com) <broth4@bloomberg.net>; KEVIN FISHER
(|DEUTSCHE BANK AG|kevin.fisher@db.com) <kfisher13@bloomberg.net>;
SAGAR PARIKH (|TRUST COMPANY OF THE|cmbstmp14@tcw.com)
<sparikh7@bloomberg.net>; CHRISTIAN VOSS (|DG HYPOTHEKENBANK
AG|christian.voss@dghyp.de) <cvoss2@bloomberg.net>; MICHAEL HSU
(|TRUST COMPANY OF THE|michael.hsu@tcw.com)
<mhsu18@bloomberg.net>; WILLIAM O'BRIEN (|NOMURA
INTERNATIONAL|william.o'brien@uk.nomura.com)
<wobrien2@bloomberg.net>; MICHAEL FANIA (|METROPOLITAN LIFE)

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024639

<mfania@bloomberg.net>; BRENDAN OWENS (|DEXIA DUBLIN)
<bowens3@bloomberg.net>; CHARLIE PETTINATO (|STONE TOWER
CAPITAL|cpettinato@stonetowercapital.com) <cpettinato1@bloomberg.net>;
STEPHEN VIRGILIO (|TEACHERS INSURANCE &|svirgilio@tiaa-cref.org)
<svirgilio@bloomberg.net>; ZACH GASSMANN (|PRINCIPAL CAPITAL
MA|gassmann.zach@principal.com) <zgassmann1@bloomberg.net>; ALFONSO
PORTILLO (|CHARLES SCHWAB & CO.|alfonso.portillo@schwab.com)
<aportillo2@bloomberg.net>; COLIN FLEURY (|HENDERSON GLOBAL
INV|colin.fleury@henderson.com) <cfleury3@bloomberg.net>; GEORGE
JIKOVSKI (|CANYON PARTNERS LLC|gjikovski@canyonpartners.com)
<gjikovski1@bloomberg.net>; ALEKSEY LEKSANOV (|STONE TOWER
CAPITAL) <aleksanov1@bloomberg.net>; RAGHU JANGALAPALLI
(|CREDIT AGRICOLE CIB|Raghu.Jangalapalli@us.calyon.com)
<rjangalapall@bloomberg.net>; JOSHUA MENDEL (|MILLENNIUM FIXED
INC|jmendel@mlp.com) <jmendel@bloomberg.net>; HAHN KANG
(|MILLENNIUM FIXED INC|hkang@mlp.com) <hkang10@bloomberg.net>;
KATHERINE COSTANZO (|YORK CAPITAL MGMT
(U|kcostanzo@yorkcapital.com) <kcostanzo@bloomberg.net>; KYOUNG
KANG (|MILLENNIUM FIXED INC|kkang@mlp.com)
<kkang13@bloomberg.net>; JOSHUA KUROPATKIN (|MORGAN
STANLEY|joshua.kuropatkin@morganstanley.com)
<jkuropatkin1@bloomberg.net>; MEI KOK (|NATIONAL AUSTRALIA
B|mkok@nabny.com) <mkok7@bloomberg.net>; VIJAY DARJI (|MKP
CAPITAL MANAGEME|vdarji@mkpcap.com) <vdarji1@bloomberg.net>;
HAROON SHAIKH (|GAM (UK) LTD|haroon.shaikh@augustus.co.uk)
<hshaikh2@bloomberg.net>; JONATHAN GAW (|RBC CAPITAL
MARKETS|jonathan.gaw@rbccm.com) <jgaw1@bloomberg.net>; JUDITH
SCIAMMA-SABBAH (|CHALLENGER GROUP SER) <jsab-
sciam@bloomberg.net>; HAIDI GU (|PIMCO|hgu@pimco.com)
<hgu08@bloomberg.net>; AUSTIN BRADY (|DEXIA
DUBLIN|austin.brady@clf-dexia.com) <abrady8@bloomberg.net>; PETE
ROBINSON (|CHALLENGER GROUP HOL|probinson@challengergroup.co.uk)
<probinson28@bloomberg.net>; PALNA PATEL (|NOMURA
INTERNATIONAL|palna.patel@lehman.com) <palna@bloomberg.net>; NIKI
CHONA (|DEUTSCHE BANK AG, LO|niki.chona@db.com)
<chonnik.lndb@bloomberg.net>; JASON CALLAN (|COLUMBIA
MANAGEMENT|jason.j.callan@ampf.com) <jcallan4@bloomberg.net>; PETER
NOWELL (|BNP PARIBAS|peter.nowell@uk.bnpparibas.com)
<pnowell3@bloomberg.net>; CHRIS AMES (|SCHRODER
INVESTMENT|chris.ames@schroders.com) <cames3@bloomberg.net>; ADAM
SCHWARTZ (|FIR TREE, INC.|aschwartz@firtree.com)
<aschwartz22@bloomberg.net>; NAVID HAZEGHI (|SG AMERICAS
SECURITI|navid.hazeghi@sgcib.com) <nhazeghi@bloomberg.net>; PETER
FONTAINE (|KBC CREDIT INV. NV|peter.fontaine@ci.kbc.be)
<pfontaine4@bloomberg.net>; SARAH BARTON (|GLG PARTNERS
LP|sarah.barton@glgpartners.com) <sbarton5@bloomberg.net>; THOMAS
VANNATTA (|MJX ASSET
MANAGEMENT|THOMAS.VANNATTA@MJXAM.COM)
<tvannatta1@bloomberg.net>; TOBIAS ROSENKRANZ (|COMMERZBANK
AG|Tobias.Rosenkranz@commerzbank.com) <trosenkranz@bloomberg.net>;
MATTHEW WHALEN (|MARINER INVESTMENT

G|mwhalen@marinerficap.com) <mwhalen4@bloomberg.net>; ANNE RUBIN
(|TACONIC CAPITAL ADVI|acherniack@taconic.com)
<acherniack1@bloomberg.net>; PETER VAN GELDEREN (|STARK & ROTH
LLC|pvangelderen@starkinvestments.com) <pvangelderen@bloomberg.net>; J
RICHARD BLEWITT (|BLACKROCK ADVISORS, |dblewitt@lehman.com)
<dblewitt@bloomberg.net>; SUNIL YADAV (|MFA FINANCIAL
INC|syadav@mfa-reit.com) <syadav6@bloomberg.net>; DAVID
HARRINGTON (|MJX ASSET
MANAGEMENT|David.Harrington@mjxam.com)
<dharrington9@bloomberg.net>; NADINE SOETAERT (|KBC BANK
N.V.|nadine.soetaert@ci.kbc.be) <nsoetaert1@bloomberg.net>; LILY WANG
(|BAYVIEW FINANCIAL|lilywang@bayviewfinancial.com)
<lwang87@bloomberg.net>; EDWARD PANEK (|HENDERSON GLOBAL
INV|edward.panek@henderson.com) <epanek2@bloomberg.net>; PAUL PARK
(|MARINER INVESTMENT G) <ppark6@bloomberg.net>; ALAN CHAN
(|MARINER INVESTMENT G) <achan114@bloomberg.net>; JEFFREY
HINKLE (|EJF CAPITAL LLC|jhinkle@barriercapital.com)
<jhinkle4@bloomberg.net>; VICTOR SANSONE (|HUDSON ADVISORS)
<vsansone@bloomberg.net>; ROB PYNE (|GOLDMAN SACHS
ASSET|rob.pyne@gs.com) <rpyne2@bloomberg.net>; MICHAEL O'SHEA
(|WMD CAPITAL MARKETS|moshea@wmdcapital.com)
<moshea5@bloomberg.net>; TODD SHERER (|DALTON INVESTMENTS L)
<t.sherer@bloomberg.net>; TIMO KOST (|DEUTSCHE BANK AG,
LO|timo.kost@db.com) <tkost1@bloomberg.net>; CRAIG KNUTSON (|MFA
FINANCIAL INC|craig@mfa-reit.com) <cknutson4@bloomberg.net>;
NICHOLAS MAH (|OAK HILL ADVISORS, L|nmah@ohpny.com)
<nmah5@bloomberg.net>; JASON SERRANO (|OAK HILL ADVISORS,
L|jserrano@ohpny.com) <jserrano8@bloomberg.net>; MATTHEW ZIFFER
(|ONE WILLIAM STREET C) <mziffer1@bloomberg.net>; DOMENIC
TRIPODI (|ONE WILLIAM STREET C|dtripodi@onewilliamstreet.com)
<dtripodi1@bloomberg.net>; SRINIVAS MODUKURI (|ONE WILLIAM
STREET C|SMODUKURI@ONEWILLIAMSTREET.COM)
<smodukuri1@bloomberg.net>; TOM DUDA (|ONE WILLIAM STREET
C|tduda@onewilliamstreet.com) <tduda4@bloomberg.net>; DAVID SHERR
(|ONE WILLIAM STREET C|DSHERR@ONEWILLIAMSTREET.COM)
<dsherr1@bloomberg.net>; KHALIL KANAAN (|ONE WILLIAM STREET
C|kkanaan@onewilliamstreet.com) <kkanaan1@bloomberg.net>; ANDREW
ULMER (|DW INVESTMENT
MANAGE|Andrew.Ulmer@dwinvestmentmanagement.com)
<aulmer1@bloomberg.net>; DAVID HAYNIE (|DALTON INVESTMENTS L)
<d.haynie@bloomberg.net>; HONG ZHANG (|PAULSON & CO.
INC.|hong.zhang@paulsonco.com) <hzpc@bloomberg.net>; JOSH BIRNBAUM
(|TILDEN PARK CAPITAL|joshua.birnbaum@gmail.com)
<j.birnbaum@bloomberg.net>; LINDSAY HAVIG (|PPM AMERICA, INC.)
<lhavig1@bloomberg.net>; WILLIAM MURRAY (|CQS (UK)
LLP|Bill.Murray@cqsm.com) <wmurray2@bloomberg.net>; ANTHONY
BROWN (|JPMORGAN CHASE BANK, |anthony.m.brown@jpmorgan.com)
<abrown78@bloomberg.net>; ALLISON AREST (|PERRY
CORP|aarest@perrycap.com) <aarest@bloomberg.net>; JOHN VIBERT
(|BLACKROCK ADVISORS, |john.vibert@blackrock.com)
<jvibert5@bloomberg.net>; TIEU-Y NGUYEN (|PIMCO)

<tnguyen80@bloomberg.net>; JONATHAN ROSNER (|ZAIS GROUP, LLC)
<jrosner5@bloomberg.net>; EDWARD BAKER (|LLOYDS TSB BANK
PLC|Edward.Baker@lloydstsb.co.uk) <ebaker9@bloomberg.net>; DREW
CASINO (|APPALOOSA MANAGEMENT|a.casino@amlp.com)
<dcasino2@bloomberg.net>; JEFF HALEEN (|UBS GLOBAL ASSET
MGM|jeff.haleen@ubs.com) <jhaleen5@bloomberg.net>; ABHAYAD KAMAT
(|HUDSON ADVISORS|akamat@hudson-advisors.com)
<akamat6@bloomberg.net>; RICHARD SKEET (|CITIGROUP GLOBAL
MAR|richard.skeet@citi.com) <rskeet1@bloomberg.net>; RYAN
HETHERINGTON (|DALTON INVESTMENTS
L|rhetherington@daltoninvestments.com) <rhetheringto@bloomberg.net>;
SCOTT YEDID (|CERBERUS CAPITAL MAN|syedid@cerberuscapital.com)
<syedid1@bloomberg.net>; SCOTT MOTTA (|PRUDENTIAL
INVESTMEN|scott.motta@prudential.com) <smotta1@bloomberg.net>; PETER
FREITAG (|PRUDENTIAL INVESTMEN|peter.freitag@prudential.com)
<pfreitag2@bloomberg.net>; SUDIBYO PRADONO (|STARK & ROTH
LLC|spradono@starkinvestments.com) <s.pradono2@bloomberg.net>; MAHESH
ASSOMULL (|NATIONAL AUSTRALIA B|MASSOMULL@NABNY.COM)
<massomull4@bloomberg.net>; WESLEY BONEWELL (|GOV'T OF
SINGAPORE I|wesbonewell@gic.com.sg) <bonewell@bloomberg.net>; GYAN
SINHA (|KLS DIVERSIFIED) <gsinha5@bloomberg.net>; VINCENT ILLIANO
(|FIG LLC|villiano@fortress.com) <villiano1@bloomberg.net>; THOMAS
DURKIN (|ANGELO, GORDON & CO.|tdurkin@angelogordon.com)
<tdurkin3@bloomberg.net>; TONY HUANG (|PRINCETON ADVISORY
G|thuang@princetonadvisory.com) <thuang39@bloomberg.net>; DANIEL
KIMMONS (|HSH NORDBANK AG|Daniel.kimmons@hsh-nordbank.co.uk)
<dkimmons@bloomberg.net>; DOMINIC SWAN (|HSBC, TSY & CAP
MKTS|dominic.swan@hsbcgroup.com) <dswan1@bloomberg.net>; RAM WOO
(|SANKATY ADVISORS LLC) <rwoo6@bloomberg.net>; DOMINIQUE
MORNET (|CITIGROUP GLOBAL MAR|dominique.mornet@citi.com)
<dmornet@bloomberg.net>; KARAN CHABBA (|KLS DIVERSIFIED)
<kpschabba7@bloomberg.net>; TRAVIS CRUMLEY (|BRANDYWINE
GLOBAL IN|travis.crumley@brandywineglobal.com)
<tcrumley@bloomberg.net>; CHRIS WOODS (|MEAG NEW YORK
CORPOR|cwoods@meag-ny.com) <cwoods7@bloomberg.net>; BRENDAN
GARVEY (|CERBERUS CAPITAL MAN|bgarvey@cerberuscapital.com)
<b.garvey1@bloomberg.net>; TODD KOPSTEIN (|CENTERBRIDGE
PARTNER) <tkopstein1@bloomberg.net>; DOUG HAMILTON (|HUDSON
ADVISORS|dhamilton@hudson-advisors.com) <dhamilton13@bloomberg.net>;
JACOB STEPHEN (|ONE WILLIAM STREET C) <jstephen2@bloomberg.net>;
BENJAMIN BOUCHET (|CREDIT AGRICOLE
CIB|benjamin.bouchet@uk.calyon.com) <bbouchet@bloomberg.net>; ESAD
RUHANI (|ELLINGTON MANAGEMENT|eruhani@ellington.com)
<eruhani@bloomberg.net>; ROCKY KURITA (|D E SHAW & CO.,
L.P.|rocky.kurita@deshaw.com) <rkurita1@bloomberg.net>; KEITH RAMSDEN
(|FIVE MILE CAPITAL PA|kramsden@fmcp.com)
<kramsden@bloomberg.net>; JUSTIN BAE (|QVT FINANCIAL,
LP|JUSTIN.BAE@QVT.COM) <jbae17@bloomberg.net>; SCOTT DOLAN
(|UBS GLOBAL ASSET MGM|scott.dolan@ubs.com)
<sdolan6@bloomberg.net>; THOMAS SIEDLER (|JPMORGAN ASSET
MANAG|thomas.x.siedler@jpmorgan.com) <tsiedler1@bloomberg.net>; JAE

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

KWON (|OZ MANAGEMENT LP|jae.kwon@ozcap.com)
<jkwon18@bloomberg.net>; BEN SHIM (|BLACKROCK ADVISORS,
|ben.shim@blackrock.com) <bshim4@bloomberg.net>; TRACY CHEN
(|BRANDYWINE GLOBAL IN|trchen91@yahoo.com)
<tchen59@bloomberg.net>; SHEILA HUANG (|MORGAN STANLEY
INVES|Sheila.Huang@ms.com) <shuang70@bloomberg.net>; ADAM AUGUST
(|MORGAN STANLEY INVES|adam.august@morganstanley.com)
<aaugust@bloomberg.net>; MARCO FISCHER (|HSH NORDBANK
AG|MARCO.FISCHER@HSHN-SECURITIES.COM)
<mfischer31@bloomberg.net>; RICK NICKLAS (|ZAIS GROUP,
LLC|rick.nicklas@zaisgroup.com) <rnicklas1@bloomberg.net>; MISHA
RENDA (|KLS DIVERSIFIED) <mrenda2@bloomberg.net>; EMMA
KUZMINA (|HUDSON ADVISORS|ekuzmina@hudson-advisors.com)
<ekuzmina1@bloomberg.net>; IAN SAMSON (|LLOYDS TSB BANK
PLC|ian.samson@lloydstsb.co.uk) <isamson4@bloomberg.net>; DAVID
MENERET (|MACQUARIE US TRADING|david.meneret@macquarie.com)
<dmeneret1@bloomberg.net>; PETER MCMULLIN (|REDTOP INVESTORS
LLC|mcmullin.peter@gmail.com) <p.mcmullin@bloomberg.net>; ILAN STERN
(|SOROS FUND MANAGEMEN) <istern3@bloomberg.net>; FENG TIAN
(|JPMORGAN ASSET MANAG|feng.x.tian@jpmorgan.com)
<ftian6@bloomberg.net>; SHIKHA GUPTA (|DEUTSCHE BANK AG,
LO|SHIKHA.GUPTA@DB.COM) <gupshik.mbdb@bloomberg.net>; JAMES
HARRINGTON (|FIG LLC|jharrington@fortress.com)
<jharringto17@bloomberg.net>; BRENDAN MCALLISTER (|PINE RIVER
CAPITAL M|brendan.mcallister@pinerivercapital.com)
<bmcallister4@bloomberg.net>; DAVID WILLIAMS (|CQS (US)
LLC|david.williams@cqsus.com) <dwilliams73@bloomberg.net>; RAHUL
SABARWAL (|SOROS FUND MANAGEMEN|rahulsabarwal@gmail.com)
<rsabarwal1@bloomberg.net>; AKHIL MAGO (|OZ MANAGEMENT
LP|akhil.mago@ozcap.com) <amago2@bloomberg.net>; MAYUR
MADKAIKAR (|CITADEL LLC|mayur.madkaikar@citadelgroup.com)
<mmadkaikar1@bloomberg.net>; TK NARAYAN (|OAK HILL ADVISORS,
L|tNARAYAN@OHPNY.COM) <tnarayan4@bloomberg.net>; GREG FINCK
(|FIG LLC|gfinck@fortressinv.com) <gfinck@bloomberg.net>; VLADIMIR
LEMIN (|MAGNETAR CAPITAL LLC|vladimir.lemin@magnetarcapital.com)
<vlemin1@bloomberg.net>; VIKAS SHILPIEKANDULA (|POINTSTATE
CAPITAL L|vikas@duquesne.com) <vshilpiekand@bloomberg.net>; OLGA
GORODETSKY (|POINTSTATE CAPITAL L|olga@duquesne.com)
<ogorodetsky1@bloomberg.net>; MADHURI IYER (|POINTSTATE CAPITAL
L|madhuri@duquesne.com) <miyer7@bloomberg.net>; ANDREW MILLER
(|FIG LLC|AMILLER@FORTRESS.COM) <amiller54@bloomberg.net>;
NOMURA ABS (|NOMURA INTERNATIONAL) <nabs@bloomberg.net>;
JONATHAN PEREZ (|CITADEL LLC|perez.jonathan@gmail.com)
<jperez38@bloomberg.net>; MAKOTO YOSHII (|NOMURA SECURITIES
CO|yoshii-284n@jp.nomura.com) <myoshii3@bloomberg.net>; ATSUSHI
SUGIMOTO (|NOMURA SECURITIES CO|sugimoto-2848@jp.nomura.com)
<asugimoto2@bloomberg.net>; ABHISHEK KALRA (|LAMCO
LLC|akalra@lehman.com) <akalra8@bloomberg.net>; NAHO WATANABE
(|NOMURA SECURITIES CO) <nwatanabe9@bloomberg.net>; NAOHIRO
KURODA (|NOMURA SECURITIES CO) <nkuroda3@bloomberg.net>;
MANABU HIMEDA (|NOMURA SECURITIES CO)

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024643

<mhimeda2@bloomberg.net>; SHIGEKI HASUIKE (|NOMURA SECURITIES CO) <shasuike1@bloomberg.net>; MASAHIKO MATSUI (|NOMURA SECURITIES CO) <mmatsui4@bloomberg.net>; TOSHINARI AKAGI (|NOMURA SECURITIES CO) <takagi7@bloomberg.net>; SHIGEYUKI TAKAHASHI (|NOMURA SECURITIES CO) <stakahashi24@bloomberg.net>; TIM RATHBUN (3617|NOMURA AUSTRALIA LTD|30025223|5983219|trathbun@nomura.com|) <trathbun1@bloomberg.net>; ANNE GOH (|NOMURA INTERNATIONAL|anne.goh@nomura.com) <agoh17@bloomberg.net>; JORDAN H ROTHSTEIN (|REDTOP INVESTORS LLC|Jordan.Rothstein@redtopinvestors.com) <jrothstein5@bloomberg.net>; GEORGE SUN (|NOMURA INTERNATIONAL|GEORGE.SUN@NOMURA.COM) <sun3@bloomberg.net>; SORAPONG SRISUMA (|NOMURA SINGAPORE LIM|sorapong.srisuma@nomura.com) <ssrisuma1@bloomberg.net>; MEI LING LIM (|NOMURA SINGAPORE LIM|meiling.lim@nomura.com) <mllim99@bloomberg.net>; PECK-CHAO LEO (|NOMURA INTERNATIONAL|peckchao.leo@nomura.com) <leopc2@bloomberg.net>; ROBERTO SELLA (|PERMIT CAPITAL, LLC|roberto.sella@permitcap.com) <r.sella2@bloomberg.net>; SANDEEP BHARATWAJ (|D E SHAW & CO., L.P.) <sbharatwaj1@bloomberg.net>; RAHUL VERMA (|NOMURA INTERNATIONAL|RAHUL.VERMA@NOMURA.COM) <rverma16@bloomberg.net>; KIM NGUYEN (|PIMCO|kim.nguyen@pimco.com) <knguyen27@bloomberg.net>; ADAM HAGFORS (|UBS SECURITIES LLC|adam.hagfors@ubs.com) <ahagfors1@bloomberg.net>; KERI ANISGARTEN (|THIRD POINT LLC|kanisgarten@thirdpoint.com) <k.anisgarten@bloomberg.net>; ROBERT SCHMIDT (|NOMURA BANK (DEUTSCH|robert.schmidt@nomura.com) <robschmidt2@bloomberg.net>; BEN MELKMAN (|BREVAN HOWARD INVEST|ben.melkman@brevanhoward.com) <bmelkman1@bloomberg.net>; AKIVA DICKSTEIN (|BLACKROCK ADVISORS, |akiva.dickstein@blackrock.com) <adickstein@bloomberg.net>; JAEJUN LEE (|NOMURA INTERNATIONAL|jaejun.lee@nomura.com) <jlee560@bloomberg.net>; JAE KIM (|BLACKROCK ADVISORS, ) <jkim368@bloomberg.net>; GARY LITT (|SOROS FUND MANAGEMEN) <glitt2@bloomberg.net>; RJ MADDEN (|ANGELO, GORDON & CO.) <rmadden6@bloomberg.net>; LAWRENCE CHOE (|SOROS FUND MANAGEMEN|lawrence.choe@soros.com) <l.choe@bloomberg.net>; JAMES WHITTICOM (3617|NOMURA SECURITIES IN|12335|6358896|james.whitticom@nomura.com|) <jwhitticom2@bloomberg.net>; ARANG VARADHACHARY (3617|NOMURA SECURITIES IN|12335|6362343|arang.varadhachary@nomura.com|) <avaradhachar@bloomberg.net>; FRANK DINUCCI (3617|NOMURA SECURITIES IN|12335|6378632|frank.dinucci@nomura.com|) <fdinucci1@bloomberg.net>; JONATHAN RAIFF (3617|NOMURA SECURITIES IN|12335|6386003|jonathan.raiff@nomura.com|) <jraiff@bloomberg.net>; TYLER PETERS (3617|NOMURA SECURITIES IN|12335|6390562|tyler.peters@nomura.com|) <tpeters11@bloomberg.net>; RYOJI MASHIMA (|NOMURA SECURITIES CO) <rmashima@bloomberg.net>; GEORGE COSTOW (|DW INVESTMENT MANAGE) <gcostow1@bloomberg.net>; ANDREW HEALY (3617|NOMURA SECURITIES IN|12335|6416761|andrew.healy@nomura.com|)

<ahealy4@bloomberg.net>; SHINJIT GHOSH (|AURORA BANK
FSB|shinjit.ghosh@alservices.com) <sghosh43@bloomberg.net>; SCOTT
LECHNER (3617|NOMURA SECURITIES
IN|12335|6421655|scott.lechner@nomura.com|) <slechner1@bloomberg.net>;
KEE CHAN (3617|NOMURA SECURITIES
IN|12335|6438829|kee.chan@nomura.com|) <kchan173@bloomberg.net>;
SACHIN JHANGIANI (3617|NOMURA SECURITIES
IN|12335|6443980|sachin.jhangiani@nomura.com|)
<sjhangiani4@bloomberg.net>; LINDSEY SHELLEY (|BAUPOST GROUP
L.L.C.|LAS@baupost.com) <lshelley3@bloomberg.net>; PAUL THOMPSON
(|PERMIT CAPITAL, LLC|paul.thompson@LLFunds.com)
<pthompson33@bloomberg.net>; BURT WEISS (|BTG PACTUAL US
ASSET|burt.weiss@btginvest.com) <bweiss15@bloomberg.net>; SCOTT
WATERSTREDT (|METROPOLITAN LIFE|swaterstredt@metlife.com)
<swaterstredt@bloomberg.net>; UDAI BISHNOI (|OZ MANAGEMENT
LP|udai.bishnoi@ozcap.com) <ubishnoi1@bloomberg.net>; MEHUL SHAH
(3617|NOMURA SECURITIES IN|12335|6462145|mehul.shah@nomura.com|)
<mshah83@bloomberg.net>; JOHN SCARRONE (3617|NOMURA
SECURITIES IN|12335|6464694|john.scarrone@nomura.com|)
<jscarrone1@bloomberg.net>; ZAHID HASSAN (3617|NOMURA
SECURITIES IN|12335|6471451|zahid.hassan@nomura.com|)
<zhassan4@bloomberg.net>; CHARLIE WICKLIFFE (3617|NOMURA
SECURITIES IN|30043759|6472595|charles.wickliffe@nomura.com|)
<wickliffe@bloomberg.net>; MICHAEL ROMANELLI (3617|NOMURA
SECURITIES IN|12335|6472603|michael.romanelli@nomura.com|)
<mromanelli1@bloomberg.net>; CHARLES SPERO (3617|NOMURA
SECURITIES IN|12335|6472619|charles.spero@nomura.com|)
<cspero3@bloomberg.net>; ROSS SHAPIRO (3617|NOMURA SECURITIES
IN|12335|6472723|ross.shapiro@nomura.com|) <rshapiro17@bloomberg.net>;
MICHAEL GRAMINS (3617|NOMURA SECURITIES
IN|12335|6474532|michael.gramins@nomura.com|)
<mgramins1@bloomberg.net>; SUD YELESWARAPU (3617|NOMURA
SECURITIES IN|12335|6474768|Sudarsana.Yeleswarapu@nomura.com|)
<syeleswarap1@bloomberg.net>; GULPREET SINGH (3617|NOMURA
SECURITIES IN|12335|6480959|gulpreet.singh@nomura.com|)
<gsingh39@bloomberg.net>; NAGENDRA JAYANTY
(|PIMCO|nagendra.jayanty@pimco.com) <njayanty1@bloomberg.net>;
IBRAHIM INCOGLU (|BLACKROCK ADVISORS,
|ibrahim.incoglu@blackrock.com) <iincoglu1@bloomberg.net>; TRACY
GARRETT (3617|NOMURA SECURITIES
IN|30043759|6483488|TRACY.GARRETT@nomura.com|)
<tgarrett5@bloomberg.net>; JONATHAN SEBIRI (3617|NOMURA
SECURITIES IN|12335|6485805|jonathan.sebiri@nomura.com|)
<jsebiri1@bloomberg.net>; JAMES IM (3617|NOMURA SECURITIES
IN|12335|6486725|james.im@nomura.com|) <jim8@bloomberg.net>;
BENJAMIN UFER (3617|NOMURA SECURITIES
IN|12335|6489362|BENJAMIN.UFER@nomura.com|) <bufer1@bloomberg.net>;
BRETT PERLMUTTER (3617|NOMURA SECURITIES
IN|12335|6502680|BRETT.PERLMUTTER@nomura.com|)
<bperlmutter2@bloomberg.net>; DAVID LINDLEY (3617|NOMURA
SECURITIES IN|12335|6502776|DAVID.LINDLEY@nomura.com|)

<dlindley@bloomberg.net>; JONATHAN P MARGOLIS (3617|NOMURA SECURITIES IN|12335|6502792|jon.margolis@nomura.com|) <jmargolis7@bloomberg.net>; STEVE DIEKMANN (3617|NOMURA SECURITIES IN|397940|6502848|steve.diekmann@nomura.com|) <sdiekmann1@bloomberg.net>; BRUCE JIN (3617|NOMURA SECURITIES IN|12335|6502936|BRUCE.JIN@nomura.com|) <bjin3@bloomberg.net>; SWEN NICOLAUS (|MORGAN (J.P.)|swen.d.nicolaus@jpmchase.com) <snicolaus2@bloomberg.net>; JASON GEIGER (3617|NOMURA SECURITIES IN|12335|6523964|JASON.GEIGER@nomura.com|) <jgeiger7@bloomberg.net>; JOHN DENNING (3617|NOMURA SECURITIES IN|397940|6527923|john.denning@nomura.com|) <jdenning1@bloomberg.net>; MATTHEW BRAUND (3617|NOMURA SECURITIES IN|397940|6529379|matthew.braund@nomura.com|) <mbraund2@bloomberg.net>; ERIK SIEGEL (|MOORE CAPITAL MANAGE) <esiegel9@bloomberg.net>; JOHN MURRAY (|ARLINGTON ASSET INVE|jmurray@arlingtonasset.com) <jmurray44@bloomberg.net>; TIM HODGSON (|ARLINGTON ASSET INVE|thodgson@arlingtonasset.com) <thodgson6@bloomberg.net>; SONYA NATHS (3617|NOMURA SECURITIES IN|30078917|6541151|SONYA.NATHS@nomura.com|) <snaths2@bloomberg.net>; JERRARD ZIVE (|NOMURA INTERNATIONAL|jerrard.zive@nomura.com) <jzive@bloomberg.net>; ROY CANTU (|C12 CAPITAL MANAGEME|roy.cantu@c12capital.com) <rcantu2@bloomberg.net>; HOGAN CHEN (|C12 CAPITAL MANAGEME|hogan.chen@c12capital.com) <h-chen@bloomberg.net>; CHRIS DOYLE (|C12 CAPITAL MANAGEME) <cdoyle27@bloomberg.net>; RYAN BABCOCK (|C12 CAPITAL MANAGEME|ryan.babcock@c12capital.com) <rbabcock9@bloomberg.net>; ALEXIS KNOPP (3617|NOMURA SECURITIES IN|12335|6556749|ALEXIS.KNOPP@nomura.com|) <aknopp1@bloomberg.net>; LAUREN SELEVAN (3617|NOMURA SECURITIES IN|12335|6556777|LAUREN.SELEVAN@nomura.com|) <lselevan1@bloomberg.net>; STERLING RICE (|HUDSON ADVISORS) <srice14@bloomberg.net>; GAETAN CIAMPINI (3617|NOMURA SECURITIES IN|30078917|6566772|GAETAN.CIAMPINI@nomura.com|) <gciampini2@bloomberg.net>; ALEXANDRA DACOSTA (3617|NOMURA SECURITIES IN|30045462|6567252|adacosta@us.nomura.com|) <adacosta6@bloomberg.net>; CHRISTOPHER DEL COL (3617|NOMURA SECURITIES IN|30045462|6567260|CHRISTOPHER.DELCOL@nomura.com|) <cdelcol3@bloomberg.net>; ALEJANDRO FEELY (3617|NOMURA SECURITIES IN|12335|6567288|alejandro.feely@nomura.com|) <afeely2@bloomberg.net>; NOMURA/ GEIGER (3617|NOMURA SECURITIES IN|12335|6567396|) <mgeiger4@bloomberg.net>; AMIT RAMETRA (3617|NOMURA SECURITIES IN|12335|6570185|AMIT.RAMETRA@nomura.com|) <arametra2@bloomberg.net>; BOB BURNS (|GLENVIEW CAPITAL MAN|bburns@glenviewcapital.com) <bburns14@bloomberg.net>; BRETT OLSON (|NOMURA INTERNATIONAL|brett.olson@nomura.com) <brettolson@bloomberg.net>; DANA LEVENTHAL (|NOMURA INTERNATIONAL|dana.leventhal@nomura.com) <dleventhal3@bloomberg.net>; ENRIQUE MARIN (|NOMURA INTL PLC (MAD) <emarin8@bloomberg.net>; ROB RILEY (|HSBC GLOBAL ASSET MA|rob.riley@halbis.com) <rriley6@bloomberg.net>; DIEGE DORSEY

(|PIMCO|DIEGEKDORSEY@YAHOO.COM) <ddorsey1@bloomberg.net>;
MOHAMMED JAMAL (|RESOURCE EUROPE
MANA|MJamal@RESOURCEAMERICA.COM) <mjamal8@bloomberg.net>;
PETER BUTLER (3617|NOMURA SECURITIES
IN|30048208|6609942|Peter.Butler.1@nomura.com|)
<pbutler15@bloomberg.net>; ROSS HELLER (3617|NOMURA SECURITIES
IN|12335|6612175|ross.heller@nomura.com|) <rheller7@bloomberg.net>;
JORDAN RIEGER (|MONARCH ALTERNATIVE|jordanErieger@gmail.com)
<jrieger8@bloomberg.net>; BH ABS (|DW INVESTMENT
MANAGE|george.konaris@dwinvestmentmanagement.com)
<bhabs@bloomberg.net>; STEVEN AMMANN (3617|NOMURA SECURITIES
IN|12335|6659761|STEVEN.AMMANN@nomura.com|)
<sammann1@bloomberg.net>; ROBERT ARSLANIAN (3617|NOMURA
SECURITIES IN|12335|6664680|ROBERT.ARSLANIAN@nomura.com|)
<rarslanian@bloomberg.net>; BRENT HERBERT (3617|NOMURA
SECURITIES IN|12335|6687037|BRENT.HERBERT@nomura.com|)
<bherbert4@bloomberg.net>; ADAM HENICK (|ANGELO, GORDON &
CO.|ahenick@angelogordon.com) <ahenick2@bloomberg.net>; JIN IM
(3617|NOMURA SECURITIES IN|397940|6705694|Jin.Im@nomura.com|)
<jim11@bloomberg.net>; TOM MOWL (|CHALLENGER GROUP
SER|tmowl@structuredcredit.challengergroup.co.uk) <tmowl@bloomberg.net>;
OHMSATYA RAVI (3617|NOMURA SECURITIES
IN|30078917|6715795|OHMSATYA.RAVI@nomura.com|)
<rohmsatya@bloomberg.net>; KEN SHINODA (|DOUBLELINE CAPITAL
L|ken.shinoda@doubleline.com) <k.shinoda@bloomberg.net>; VITALIY
LIBERMAN (|DOUBLELINE CAPITAL L|vitaliy.liberman@doubleline.com)
<v.liberman@bloomberg.net>; SCOTT AUSTIN (|TRUST COMPANY OF
THE|scott.austin@aya.yale.edu) <saustin9@bloomberg.net>; PATRICK AHN
(|TRUST COMPANY OF THE|pat.ahn@tcw.com) <pahn10@bloomberg.net>;
BRIAN LOO (|TRUST COMPANY OF THE|brian.loo@tcw.com)
<bloo11@bloomberg.net>; MITCH FLACK (|TRUST COMPANY OF
THE|MITCH.FLACK@TCW.COM) <mflack4@bloomberg.net>; HARRISON
CHOI (|TRUST COMPANY OF THE|harrison.choi@tcw.com)
<hchoi39@bloomberg.net>; VINCE FIORILLO (|DOUBLELINE CAPITAL
L|vincent.fiorillo@doubleline.com) <v.fiorillo@bloomberg.net>; MICHAEL LEE
(|DOUBLELINE CAPITAL L|michael.lee@doubleline.com)
<m.lee6@bloomberg.net>; ANKUR MEHTA (3617|NOMURA SECURITIES
IN|30078917|6726342|ANKUR.MEHTA@nomura.com|)
<amehta53@bloomberg.net>; ANDREW HSU (|DOUBLELINE CAPITAL
L|andrew.hsu@doubleline.com) <a.hsu1@bloomberg.net>; BRYAN WHALEN
(|TRUST COMPANY OF THE|bryan.whalen@tcw.com)
<bwhalen1@bloomberg.net>; PHILLIP DOMINGUEZ (|TRUST COMPANY OF
THE|phil.dominguez@tcw.com) <pdominguez7@bloomberg.net>; DHIVYA
KRISHNA (3617|NOMURA SECURITIES
IN|30078917|6743064|DHIVYA.KRISHNA@nomura.com|)
<dkrishna5@bloomberg.net>; PAUL SIBIANU (|IKB DEUTSCHE
INDUSTR|paul.suciu-sibianu@ikb.de) <psibianu1@bloomberg.net>; KOEN
WEEMAES (|ROYAL PARK
INVESTMEN|koen.weemaes@royalparkinvestments.com)
<kweemaes1@bloomberg.net>; JOE STEFANIK (3617|NOMURA SECURITIES
IN|12335|6788738|Joe.Stefanik@nomura.com|) <jstef2@bloomberg.net>;

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

MAHESH RAGHAVENDRA (3617|NOMURA SECURITIES
IN|12335|6805329|Mahesh.Raghavendra@nomura.com|)
<mraghavendr2@bloomberg.net>; JAMES BALLENTINE (|RIVER BIRCH
CAPITAL|jballentine@riverbirchcap.com) <jmb3@bloomberg.net>; KYLE
BRENNAN (|UBS SECURITIES LLC|kyle.brennan@ubs.com)
<kbrennan10@bloomberg.net>; BRYAN WULFSOHN (|MFA FINANCIAL
INC|bwulf@mfa-reit.com) <bwulfsohn1@bloomberg.net>; MICHAEL
PASCUMA (3617|NOMURA SECURITIES
IN|12335|6867572|Michael.Pascuma@nomura.com|)
<mpascuma1@bloomberg.net>; JERZY BURMICZ (|BARCLAYS CAPITAL
SER|jerzy.burmicz@barcap.com) <jburmicz@bloomberg.net>; NOMURA
MTGS (3617|NOMURA SECURITIES
IN|12335|6907690|Jason.Huey@nomura.com) <stefanik-hue@bloomberg.net>;
RUIQI WANG (|NOMURA INTERNATIONAL|ruiqi.wang@nomura.com)
<rwang90@bloomberg.net>; MICHAEL MURRAY (3617|NOMURA
SECURITIES IN|12335|6929059|Michael.Murray@nomura.com|)
<mmurray40@bloomberg.net>; SEAN XIE (3617|NOMURA SECURITIES
IN|30078917|6929123|SEAN.XIE@nomura.com|) <sexie@bloomberg.net>;
MICHAEL BELLINI (3617|NOMURA SECURITIES
IN|12335|6940763|Michael.Bellini@nomura.com|) <mbellini6@bloomberg.net>;
ERIC HOROWITZ (3617|NOMURA SECURITIES
IN|12335|6940823|Eric.Horowitz@nomura.com|) <ehorowitz5@bloomberg.net>;
WILL BOARDMAN (3617|NOMURA SECURITIES
IN|30097387|6951283|WILL.BOARDMAN@nomura.com|)
<wboardman1@bloomberg.net>; AHSIM KHAN (|BREVAN HOWARD
INVEST|ahsim.khan@brevanhoward.com) <akhan112@bloomberg.net>; PAUL
NIKODEM (3617|NOMURA SECURITIES
IN|30078917|6979566|PAUL.NIKODEM@nomura.com|)
<pnikodem2@bloomberg.net>; JACK KATTAN (3617|NOMURA SECURITIES
IN|12335|6982475|Jack.Kattan@nomura.com|) <jkattan5@bloomberg.net>;
SCOTT TATE (|CITIGROUP GLOBAL MAR|scott.tate@citi.com)
<state5@bloomberg.net>; KUSHAGRA PANT (|NOMURA SINGAPORE
LIM|kushagra.pant@nomura.com) <kpant2@bloomberg.net>; MICHAEL S
MILLER (3617|NOMURA SECURITIES
IN|12335|7009170|michael.miller@nomura.com|) <mmiller117@bloomberg.net>;
JUSTIN WEINBERG (3617|NOMURA SECURITIES
IN|12335|7022990|Justin.Weinberg@nomura.com|)
<jweinberg7@bloomberg.net>; JORDAN MILMAN (|LIBREMAX CAPITAL
LLC|jmilman@libremax.com) <j.milman@bloomberg.net>; EDWARD CHAI
(|HENDERSON GLOBAL INV|edward.chai@henderson.com)
<echai3@bloomberg.net>; F GREG HERTRICH (3617|NOMURA SECURITIES
IN|12335|7028874|Greg.Hertrich@nomura.com|) <fhertrich1@bloomberg.net>;
YEW CHUAN SIM (|NOMURA SINGAPORE
LIM|yewchuan.sim@nomura.com) <ycsim@bloomberg.net>; TOM DVORAK
(3617|NOMURA SECURITIES
IN|30048208|7039006|tom.dvorak@nomura.com|) <tdvorak6@bloomberg.net>;
EUGENE XU (|LIBREMAX CAPITAL LLC|exu@libremax.com)
<e.xu@bloomberg.net>; ROBERT SHUGRUE (|REDTOP INVESTORS
LLC|robert.shugrue@retopinvestors.com) <rshugrue2@bloomberg.net>;
WALTER RICARDO (3617|NOMURA SECURITIES
IN|30078297|7056196|Santos.Ricardo@nomura.com|)

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

<sricardo@bloomberg.net>; ELI GOLDSCHMIEDT (3617|NOMURA
SECURITIES IN|12335|7072738|Eli.Goldschmiedt@nomura.com|)
<egold10@bloomberg.net>; GREG LIPPMANN (|LIBREMAX CAPITAL LLC)
<g.lippmann@bloomberg.net>; SHIKA SARAF (|HUDSON
ADVISORS|ssaraf@hudson-advisors.com) <ssaraf11@bloomberg.net>;
TSUTOMU GOTO (|NOMURA SECURITIES CO|tsutomu.goto@nomura.com)
<tgoto18@bloomberg.net>; GINO RAMADI (|TILDEN PARK
CAPITAL|gramadi@tildenparkcapital.com) <gramadi3@bloomberg.net>;
KEJIAN WU (|AURELIUS CAPITAL MAN|kwu@aurelius-capital.com)
<kwu53@bloomberg.net>; NED HARE (3617|NOMURA SECURITIES
IN|30045462|7117319|Edward.Hare@nomura.com|) <ehare1@bloomberg.net>;
ISHA SINWER (3617|NOMURA SECURITIES
IN|12335|7155576|Isha.Sinwer@nomura.com|) <isinwer@bloomberg.net>;
SRIRAM SUMAITHANGI (|AURORA BANK
FSB|sriram.sumaithangi@aurorabankfsb.com) <ssumaithang1@bloomberg.net>;
NATE WEBER (3617|NOMURA SECURITIES
IN|12335|7166155|Nathaniel.Weber@nomura.com|)
<nweber11@bloomberg.net>; PATRICK BENNETT (|AURELIUS CAPITAL
MAN|pbennett@aurelius-capital.com) <pbennett23@bloomberg.net>; SERENE
SEAH (|NOMURA SINGAPORE LIM|SERENE.SEAH@NOMURA.COM)
<sseah20@bloomberg.net>; JUSTIN RYAN (|CQS (UK)
LLP|Justin.Ryan@cqsm.com) <jryan78@bloomberg.net>; SCOTT BAREK
(3617|NOMURA SECURITIES IN|12335|7178458|Scott.Barek@nomura.com|)
<sbarek1@bloomberg.net>; JASON RAYMAN (3617|NOMURA SECURITIES
IN|12335|7178466|Jason.Rayman@nomura.com|) <jrayman3@bloomberg.net>;
JOHN FLEISHER (3617|NOMURA SECURITIES
IN|12335|7181223|JOHN.FLEISHER@nomura.com|)
<jfleisher2@bloomberg.net>; JIMMY YE (|NOMURA
INTERNATIONAL|jimmy.ye@nomura.com) <jye23@bloomberg.net>;
PATRICK QUINN (3617|NOMURA SECURITIES
IN|12335|7196497|PATRICK.QUINN@nomura.com|)
<pquinn34@bloomberg.net>; MICHAEL PAPA (3617|NOMURA SECURITIES
IN|12335|7196549|Michael.Papa@nomura.com|) <mpapa5@bloomberg.net>;
DESHAW ABS D E SHAW & CO., L.P. (|D E SHAW & CO., L.P.) <dd e shaw
&@bloomberg.net>; SAKAE ISHII (|NOMURA SECURITIES
CO|sakae.ishii.1@nomura.com) <sishii8@bloomberg.net>; JEFFRY
TESSIATORE (3617|NOMURA SECURITIES
IN|30048208|7210044|JEFFRY.TESSIATORE@nomura.com|)
<jtessiatore4@bloomberg.net>; MATTHEW MARION (3617|NOMURA
SECURITIES IN|30043759|7210092|MATTHEW.MARION@nomura.com|)
<mmarion4@bloomberg.net>; LUNA FEDERICI (|GLENVIEW CAPITAL
MAN|luna@glenviewcapital.com) <lfederici@bloomberg.net>; LOUISE
WALEWSKA (|HSBC, TSY & CAP MKTS|louise.walewska@halbis.com)
<lwalewska1@bloomberg.net>; GREGORY CIGNARELLA (3617|NOMURA
SECURITIES IN|12335|7235071|gregory.cignarella@nomura.com|)
<gcignarella@bloomberg.net>; JUSTIN KAYSE (3617|NOMURA SECURITIES
IN|30048208|7264067|JUSTIN.KAYSE@nomura.com|)
<jkayse2@bloomberg.net>; SATYA CHAKRAVARTY (|BLACKROCK
ADVISORS, |satya.chakravarty@blackrock.com) <chakravarty@bloomberg.net>;
MICHAEL JONES (3617|NOMURA SECURITIES
IN|12335|7276719|MICHAEL.JONES@nomura.com|)

<michaeljones@bloomberg.net>; SCOTT BURG (|DEER PARK ROAD CORP|sburg@deerparkrd.com) <sburg1@bloomberg.net>; CRAIG SEDAKA (|LIBREMAX CAPITAL LLC) <c.sedaka@bloomberg.net>; CONOR O'CALLAGHAN (3617|NOMURA SECURITIES IN|12335|7292581|Conor.Ocallaghan@nomura.com|) <cocallaghan3@bloomberg.net>; MANISH POTTI (|ONE WILLIAM STREET C|mpotti@owslp.com) <mpotti2@bloomberg.net>; INDRANIL MAJUMDAR (|MOORE CAPITAL MANAGE|indranil.majumdar@moorecap.com) <imajumdar2@bloomberg.net>; VINAY KHANDELWAL (|HUDSON ADVISORS|vkhandelwal@hudson-advisors.com) <vkhandelwal7@bloomberg.net>; FRED BRETTSCHNEIDER (|LIBREMAX CAPITAL LLC) <f.brett@bloomberg.net>; CALEB CHAO (3617|NOMURA SECURITIES IN|12335|7321155|CALEB.CHAO@nomura.com|) <ccaleb@bloomberg.net>; CHARLES WALSH (3617|NOMURA SECURITIES IN|12335|7321179|CHARLES.WALSH@nomura.com|) <cwalsh31@bloomberg.net>; BRENDAN MCNAMARA (3617|NOMURA SECURITIES IN|12335|7321211|Brendan.McNamara@nomura.com|) <bmcnamara8@bloomberg.net>; MARK LEVECK (3617|NOMURA SECURITIES IN|12335|7321287|Mark.Leveck@nomura.com|) <mleveck3@bloomberg.net>; ARUN MANOHAR (3617|NOMURA SECURITIES IN|30078917|7322852|ARUN.MANOHAR@nomura.com|) <amanohar1@bloomberg.net>; SHANGZHENG CHEN (|LIBREMAX CAPITAL LLC|schen@libremax.com) <s.chen12@bloomberg.net>; TIMOTHY WILKINSON (|AURORA BANK FSB|timothy.wilkinson@aurorabankfsb.com) <twilkinson12@bloomberg.net>; NICOLAS BORREMAN (|ROYAL PARK INVESTMEN|nicolas.borreman@royalparkinvestments.com) <nborreman@bloomberg.net>; SONIA BENAROUCH (|BANQUE NOMURA FRANCE|sonia.benarouch@nomura.com) <sbenarouch1@bloomberg.net>; KEVIN MERRICK (|NATIONAL AUSTRALIA B|KEVIN.MERRICK@NABNY.COM) <kmerrick3@bloomberg.net>; RMBS DOUBLELINE CAPITAL L (|DOUBLELINE CAPITAL L) <rdoubleline@bloomberg.net>; STEVE YANG (3617|NOMURA SECURITIES IN|12335|7517459|steve.yang@nomura.com|) <syang134@bloomberg.net>; NIRAV VYAS (3617|NOMURA SECURITIES IN|12335|7517475|Nirav.Vyas@nomura.com|) <nvyas5@bloomberg.net>; PORTER ORLIN ABS PORTER ORLIN LLC (|PORTER ORLIN LLC) <pporterorli@bloomberg.net>; ALEX SIROKY (|ATHENE ASSET MANAGEM|siroky@athenellc.com) <asiroky2@bloomberg.net>; AMIT SENAPATY (|GOLDENTREE ASSET MAN|asenapaty@goldentree.com) <asenapaty2@bloomberg.net>; COLIN GROSHONG (|MARINER INVESTMENT|cgroshong@marinercapital.com) <cgroshong@bloomberg.net>; HAYMAN ADVISORS (|HAYMAN CAPITAL MANAG) <haymancap@bloomberg.net>; JEREMY ANDREW SHOR (|PAMLI CAPITAL MANAGE|jeremy.shor@pamlicapital.com) <jshor5@bloomberg.net>; DENIS STRUC (|HENDERSON GLOBAL INV|denis.struc@henderson.com) <dstruc1@bloomberg.net>; BOGDAN LUPU (|BLACKROCK ADVISORS, ) <blupu@bloomberg.net>; PIETER BOLLAERTS (|ROYAL PARK INVESTMEN|pieter.bollaerts@royalparkinvestments.com) <pbollaerts1@bloomberg.net>; AUGUSTUS ODENA (|MILLENNIUM FIXED INC|aodena@mlp.com) <aodena@bloomberg.net>; CHEN CHEN (|MARATHON ASSET MANAG|cchen@marathonfund.com)

<cchen287@bloomberg.net>; MATTHEW JACOBSON (3617|NOMURA
SECURITIES IN|30097387|7768654|Matthew.jacobson@nomura.com|)
<mjacobson15@bloomberg.net>; SANDOR HAU (3617|NOMURA
SECURITIES IN|12335|7768666|sandor.hau@nomura.com|)
<shau10@bloomberg.net>; MARTIN DAVIES (|CQS (UK)
LLP|martin.davies@cqsm.com) <mdavies37@bloomberg.net>; MARK
HANNAN (|HUDSON ADVISORS UK L|mhannan@hudson-advisors.co.uk)
<mhannan1@bloomberg.net>; FORTRESSABS FIG LLC (|FIG LLC)
<ffigllc@bloomberg.net>; AARON PAS (|AMERICAN CAPITAL
LTD|aaron.pas@agnc.com) <apas1@bloomberg.net>; ROBERT MORO
(|REDTOP INVESTORS LLC|robert.moro@me.com) <rmoro3@bloomberg.net>;
ROBERT GRAHAM (|ATHENE ASSET
MANAGEM|robertgraham@athenellc.com) <rgraham34@bloomberg.net>;
TARA VENKATESH (|ANGELO, GORDON &
CO.|tvenkatesh@angelogordon.com) <tvenkatesh5@bloomberg.net>; RAJAT
ROHAILLA (|RESOURCE EUROPE MANA|rrohailla@resourceamerica.com)
<rrohailla3@bloomberg.net>; DAVID KASHETTA (3617|NOMURA
SECURITIES IN|12335|8005025|david.kashetta@nomura.com|)
<dkashetta2@bloomberg.net>; RICHARD LANDREMAN (3617|NOMURA
SECURITIES IN|30078917|8012661|richard.landreman@nomura.com|)
<rlandreman2@bloomberg.net>; JEFF WINKLER (|AMERICAN CAPITAL
LTD|jeffrey.winkler@agnc.com) <jwinkler15@bloomberg.net>; IAN
GLASTEIN (|MONARCH ALTERNATIVE|ian.glastein@monarchlp.com)
<iglastein2@bloomberg.net>; VIVIEN HUANG (|JP MORGAN CHASE
BANK|vivien.huang@jpmorgan.com) <vhuang22@bloomberg.net>; FORCHI
CHEN (|MILLENNIUM FIXED INC|forchi.chen@mlp.com)
<fchen64@bloomberg.net>; SOOHUCK CHUN (|HUDSON
ADVISORS|Schun@hudson-advsiors.com) <schun16@bloomberg.net>; DAVID
ALBRYCHT (|NEWFLEET ASSET MANAG|david.albrycht@newfleet.com)
<dalbrycht@bloomberg.net>; NICK RINALDI (|NEWFLEET ASSET
MANAG|nick.rinaldi@newfleet.com) <nrinaldi1@bloomberg.net>; ANDREW
SZABO (|NEWFLEET ASSET MANAG) <aszabo7@bloomberg.net>; PETER
WALLACH (|OZ MANAGEMENT LP|peter.wallach@ozcap.com)
<pwallach5@bloomberg.net>; RAJAT MALHOTRA (|ONE WILLIAM STREET
C|rmalhotra@owslp.com) <malhotraraj@bloomberg.net>; JESS WANG (|MKP
CAPITAL MANAGEME|jwang@mkpcap.com) <jwang522@bloomberg.net>;
NAMIT SINHA (3617|NOMURA SECURITIES
IN|12335|8092157|Namit.Sinha@nomura.com|) <nsinha13@bloomberg.net>; ED
LEE (3617|NOMURA SECURITIES
IN|12335|8106681|Edwin.Lee@nomura.com|) <elee292@bloomberg.net>;
TAPISH KUSHWAHA (|ANGELO, GORDON &
CO.|tapishkushwaha@gmail.com) <tkushwaha1@bloomberg.net>; PRASHANT
SWAMINATHAN (|LIBREMAX CAPITAL
LLC|pswaminathan@libremax.com) <pswaminatha3@bloomberg.net>; KAIZAD
JEHANGIR (|HUDSON ADVISORS|kjehangir@hudson-advisors.com)
<kjehangir2@bloomberg.net>; ANKIT-K GARG (|DEUTSCHE CIB
CENTRE|ANKIT-K.GARG@DB.COM) <gargank.mbdb@bloomberg.net>;
RONI SACKS (|GOLDMAN, SACHS & CO.|roni.sacks@gs.com)
<rsacks2@bloomberg.net>; TIM MCLAUGHLIN (|AURELIUS CAPITAL
MAN|tmclaughlin@aurelius-capital.com) <tmclaughli32@bloomberg.net>;
SIDDHARTH JOSHI (3617|NOMURA SECURITIES

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024651

IN|12335|8264777|Siddharth.Joshi1@nomura.com|) <sjoshi57@bloomberg.net>;
JACKIE WONG (|NOMURA INTERNATIONAL|jackie.wong@nomura.com)
<jackiewong@bloomberg.net>; WEI JIN (|JP MORGAN CHASE
BANK|wei.jin@jpmorgan.com) <wjin12@bloomberg.net>; DANIEL HE
(|PIMCO|daniel.he@pimco.com) <dhe16@bloomberg.net>; MATTHEW
AMALFITANO (3617|NOMURA SECURITIES
IN|12335|8318473|Matthew.Amalfitano@nomura.com|)
<mamalfitano@bloomberg.net>; SAMUEL OHER (3617|NOMURA
SECURITIES IN|12335|8318513|Samuel.Oher@nomura.com|)
<soher@bloomberg.net>; JOHN LAMENDOLA (3617|NOMURA SECURITIES
IN|12335|8333845|john.lamendola@nomura.com|)
<jlamendola4@bloomberg.net>; CHELSEA ANDREWS (3617|NOMURA
SECURITIES IN|12335|8360454|Chelsea.Andrews@nomura.com|)
<candrews22@bloomberg.net>; CHRISTY PALUF (3617|NOMURA
SECURITIES IN|12335|8362762|Christy.Paluf@nomura.com|)
<cpaluf2@bloomberg.net>; MICHAEL CHEN (3617|NOMURA SECURITIES
IN|12335|8369787|Michael.Chen@nomura.com|) <mchen230@bloomberg.net>;
KRISTIN MCNELIS (3617|NOMURA SECURITIES
IN|12335|8369811|Kristin.McNelis@nomura.com|) <kmcnelis@bloomberg.net>;
JEREMY FELDMAN (3617|NOMURA SECURITIES
IN|12335|8370855|Jeremy.Feldman@nomura.com|)
<jfeldman33@bloomberg.net>; ALAR RANDMERE (|STORMHARBOUR
SECURIT|Alar.Randmere@stormharbour.com) <arandmere3@bloomberg.net>;
ERIC SCHNEIDER (|OMEGA ADVISORS INC.|eschneider@omega-
advisors.com) <eschneider15@bloomberg.net>; ADAM PAGH (3617|NOMURA
SECURITIES IN|30048208|8439673|adam.pagh@nomura.com|)
<apagh2@bloomberg.net>; KUNAL SINGAL (3617|NOMURA SECURITIES
IN|12335|8448297|Kunal.Singal@nomura.com|) <ksingal1@bloomberg.net>;
NICHOLAS MENZIES (|H/2 CAPITAL PARTNERS|nmenzies@h2cp.com)
<nmenzies2@bloomberg.net>; LEWIS MEYERS (3617|NOMURA
SECURITIES IN|12335|8574465|Lewis.Meyers@nomura.com|)
<lmeyers9@bloomberg.net>; BROOKE BUSHEY (|
|brookeabushey@hotmail.com) <bbushey1@bloomberg.net>; STEVEN SASSON
(| ) <ssasson7@bloomberg.net>; PAXTON FLESHER (|HUDSON
ADVISORS|pflesher@hudson-advisors.com) <pwflesher@bloomberg.net>;
JESSE LITVAK (| |LITVAKJ@AOL.COM) <jlitvak2@bloomberg.net>; PHIL
HERMANN (|PINE RIVER CAPITAL M|phil.hermann@prcm.com)
<phermann8@bloomberg.net>; GLEN GREELEY (|MILLENNIUM
PARTNERS|glgreeley@mlp.com) <ggreeley4@bloomberg.net>; KATHY SONG
(3617|NOMURA SECURITIES IN|12335|8792849|kathy.song@nomura.com|)
<ksong15@bloomberg.net>; FENG WANG (|CERBERUS CAPITAL
MAN|fwang@cerberuscapital.com) <fwang114@bloomberg.net>; DAVID WU
(|OZ MANAGEMENT LP|david.wu@ozcap.com) <dwu132@bloomberg.net>;
ABS2 () <abs2@ohpny.com>; ANDREW.SZABO ()
<andrew.szabo@newfleet.com>; BONDS () <bonds@credentiagroup.com>;
CIO.STRUCTURED.PRODUCTS () <cio.structured.products@jpmchase.com>;
KIM.NGUYEN () <kim.nguyen@pimco.com>; MCHACOS ()
<mchacos@challengergroup.co.uk>; MIKEDEPIETRO44 ()
<mikedepietro44@gmail.com>; NICK.RINALDI ()
<nick.rinaldi@newfleet.com>; RESEARCH () <research@hvstrategies.com>;
RMBSOPPORTUNITIES () <rmbsopportunities@marathonfund.com>;

STRUCTURED-BIDOFFERS () <structured-bidoffers@union-investment.de>;
THOMAS.JONDEAU () <thomas.jondeau@axa-im.com>;
THORSTEN.WINGENROTH () <thorsten.wingenroth@lbbw.de>; TPCMLISTS
() <tpcmlists@tildenparkcapital.com>; TRADING ()
<trading@onewilliamstreet.com>; MBSTA () <mbsta@nomura.com>; JEREMY
SHEAN (3617|NOMURA SECURITIES
IN|12335|7321207|Jeremy.Shean@nomura.com|) <jshean@bloomberg.net>;
JOSEPH SIKOSCOW (3617|NOMURA SECURITIES
IN|12335|7011010|Joseph.Sikoscow@nomura.com|)
<jsikoscow3@bloomberg.net>; FRANK BRUZESE (3617|NOMURA
SECURITIES IN|12335|7941020|frank.bruzese@nomura.com|)
<fbruzese1@bloomberg.net>; MICHELLE WILLIAMSON (3617|NOMURA
SECURITIES IN|12335|8370723|Michelle.Williamson@nomura.com|)
<mwilliamso30@bloomberg.net>; MICHAEL CUDZIL (3617|NOMURA
SECURITIES IN|12335|6564555|MICHAEL.CUDZIL@nomura.com|)
<mcudzil2@bloomberg.net>; ANDREW KENT (3617|NOMURA SECURITIES
IN|12335|8218014|Andrew.Kent@nomura.com|) <akent15@bloomberg.net>;
STEPHANO DUBUC (3617|NOMURA SECURITIES
IN|12335|8374908|stephano.dubuc@nomura.com|) <sdubuc4@bloomberg.net>;
JEFF GELBAND (3617|NOMURA SECURITIES
IN|12335|8782229|Jeffrey.Gelband@nomura.com|) <jgelband@bloomberg.net>;
EDWARD WALSH (3617|NOMURA SECURITIES
IN|12335|6502592|EDWARD.WALSH@nomura.com|)
<ewalsh14@bloomberg.net>; NOMURA CMO (3617|NOMURA SECURITIES
IN|12335|6635474|gulpreet.singh@nomura.com|) <ncmo@bloomberg.net>;
NOMURA MBS DERIV (3617|NOMURA SECURITIES
IN|12335|7013115|David.Lindley@nomura.com|) <nmbsderiv@bloomberg.net>;
ERICH HAMEL (3617|NOMURA SECURITIES
IN|397940|7055320|Erich.Hamel@nomura.com|) <ehamel6@bloomberg.net>;
TREVOR NEDERLOF (3617|NOMURA SECURITIES
IN|397940|8363074|trevor.nederlof@nomura.com|)
<tnederlof1@bloomberg.net>; THOMAS HAWKINS (3617|NOMURA
SECURITIES IN|12335|8369835|Thomas.Hawkins@nomura.com|)
<thawkins13@bloomberg.net>; SAM OBRIEN (3617|NOMURA SECURITIES
IN|12335|8344789|Samuel.Obrien@nomura.com|) <sobrien33@bloomberg.net>;
JASON PELLETIER (3617|NOMURA SECURITIES
IN|12335|8369823|Jason.Pelletier@nomura.com|) <jpelletier9@bloomberg.net>;
MONICA ONISICK (3617|NOMURA SECURITIES
IN|30078297|7973095|Monica.Onisick@nomura.com|)
<monisick2@bloomberg.net>; CLAIRE STEINGLASS (3617|NOMURA
SECURITIES IN|12335|8147845|Claire.Steinglass@nomura.com|)
<csteinglass1@bloomberg.net>; RYAN PLANTZ (3617|NOMURA
SECURITIES IN|12335|8338856|Ryan.Plantz@nomura.com|)
<rplantz2@bloomberg.net>

**Subject:**    SUBPRIME TRADE POSTS...

---

SUBPRIME TRADE POSTS...

SELLING  $35/13MM  AMSI 2004-R2 A4's!

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024653

TRADING  $2/.4MM   AAA 2005-1A 1A3B's!

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00024654

Exhibit 5

**From:**     NOMURA RMBS (3617|NOMURA SECURITIES
IN|12335|6607861|ross.shapiro@nomura.com||) <nrmbs@bloomberg.net>
**Sent:**     Tuesday, May 1, 2012 11:39 AM
**To:**
**Bcc:**

PETER DION (|GOLDMAN SACHS ASSET) <dion@bloomberg.net>; TIM ROWE
(|SMITH BREEDEN ASSOCI) <timrowe@bloomberg.net>; CAROLYN
BECKEDORFF (|BAUPOST GROUP L.L.C.) <tonybeck@bloomberg.net>;
INVESTMENTS GORDIAN (|GORDIAN KNOT LIMITED)
<gordiank@bloomberg.net>; TED SULGER (3617|NOMURA SECURITIES
IN|30048208|43705|TED.SULGER@nomura.com||) <sulger@bloomberg.net>; GABE
SUNSHINE (|BRACEBRIDGE CAPITAL, ) <gbs@bloomberg.net>; ALBERT SOHN
(|CREDIT SUISSE SECURI) <asohn@bloomberg.net>; RONALD A FREYDBERG
(|MFA FINANCIAL INC|RFREYDBERG@MFA-REIT.COM)
<americafirst@bloomberg.net>; ERIK WREDENHAGEN (|DZ BANK AG)
<ewredenhagen@bloomberg.net>; CRAIG ARMSTRONG (|CUTWATER ASSET
MANAG) <carmstrong@bloomberg.net>; STEVE JERACI (|MKP CAPITAL EUROPE
L) <sjeraci@bloomberg.net>; JON GRENZKE (|BRACEBRIDGE CAPITAL, )
<grenzke@bloomberg.net>; ROBERT KINDERMAN (|ELLINGTON
MANAGEMENT) <rkinderman@bloomberg.net>; MICHAEL SOLLOTT (|EIDESIS
CAPITAL) <sollott@bloomberg.net>; BRIAN DIRGINS (|HARTFORD
INVESTMENT|brian.dirgins@himco.com) <bdirg@bloomberg.net>; WILSON AU
(|UBS SECURITIES LLC|wilson.au@ubs.com) <wau@bloomberg.net>; ARTHUR
SQUILLANTE (|UBS FINANCIAL SERVIC|arthur.squillante@ubs.com)
<asquillante@bloomberg.net>; MATTHEW CHUA (|UBS AG|matthew.chua@ubs.com)
<mchua@bloomberg.net>; JENNIFER BOWERS (|DECLARATION MANAGEME)
<jbowers@bloomberg.net>; GORDIAN INVESTMENTS (|GORDIAN KNOT
LIMITED) <gordian3@bloomberg.net>; KAUSIK BARUA (|BNP PARIBAS INV
PART|kbarua@fftw.com) <kbarua@bloomberg.net>; JULIET JONES (|BARCLAYS
CAPITAL INC|juliet.jones@barcap.com) <jewelsj@bloomberg.net>; JEAN-MARC
ALEXIS (|NOMURA INTERNATIONAL|jeanmarc.alexis@nomura.com)
<jmalexis@bloomberg.net>; CHRISTIAN ADLER (|DEUTSCHE BANK AG,
LO|christian.adler@db.com) <adlech.ffdb@bloomberg.net>; FAHAD ROUMANI
(|JPMORGAN ASSET MANAG) <froumani@bloomberg.net>; GREG RICHTER
(|CANDLEWOOD INVESTMEN) <grichter@bloomberg.net>; NANCY MUELLER
(|METROPOLITAN LIFE) <nmueller@bloomberg.net>; LISA REED (|INVESCO
ADVISERS, IN) <ljreed@bloomberg.net>; MATTHEW SMITH (|FIDELITY
MANAGEMENT) <msmith25@bloomberg.net>; ANGELIKA GROB (|DZ BANK AG)
<agrob1@bloomberg.net>; HOLGER SCHAD (|DZ BANK AG)
<hschad@bloomberg.net>; JUERGEN BECKER (|DZ BANK AG)
<jubec@bloomberg.net>; PHILIP RIO (|NEW YORK LIFE INVEST)
<prio1@bloomberg.net>; MARCO GRIMALDI (|COMMERZBANK
AG|marco.grimaldi@drkw.com) <mgrimaldi@bloomberg.net>; CHRISTOPHER
CREED (|GOLDMAN SACHS ASSET) <creedc@bloomberg.net>; JOHN
MCCALLUM (3617|NOMURA SECURITIES
IN|12335|1194716|john.mccallum@nomura.com||) <jmccallum3@bloomberg.net>;
ALEX WEI (|DELAWARE MANAGEMENT|Alex.Wei@delinvest.com)
<alexwei@bloomberg.net>; NIKOLAS TSIOULLIS (|DZ BANK AG)
<tsioullis@bloomberg.net>; JACKIE POLAK (|LANDESBANK BADEN-WUE)
<jpolak@bloomberg.net>; DAVID COVEY (|NOMURA
INTERNATIONAL|dcovey@lehman.com) <dcovey@bloomberg.net>; GUNTHER

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

ADAM (|UNICREDIT GROUP) <gadam@bloomberg.net>; KATE GRANT (|LLOYDS
TSB BANK PLC) <kategrant1@bloomberg.net>; ALFRED MURATA (|PIMCO)
<atmurata@bloomberg.net>; HOI M. LI (3617|NOMURA SECURITIES
IN|12335|1350275|HOI.LI@nomura.com|) <hoimingli@bloomberg.net>; MICHAEL
YILMAZ (|ELLIOTT MANAGEMENT C) <myilmaz1@bloomberg.net>; SYLVIE
KICHENIN (|SOCIETE GENERALE) <skichenin@bloomberg.net>; MARK STOUT
(|KBC CREDIT INV. NV) <markstout@bloomberg.net>; BRIAN BURNS (|UBS
SECURITIES LLC|brian.burns@ubs.com) <burnsbr@bloomberg.net>; DAVID
BETANZOS (|CAPITAL GROUP COMPAN) <betanzos@bloomberg.net>; PETER
SHEPHERD (|LLOYDS TSB BANK PLC) <shephpet@bloomberg.net>; KEN
O'DONNELL (|BNP PARIBAS INV PART) <kjodonnell@bloomberg.net>; KAY
LEONG KHOO (|FIG LLC|kkhoo@fortress.com) <klkhoo@bloomberg.net>; ANDREW
JACKSON (|HSBC, TSY & CAP MKTS|andrew1.jackson@hsbc.com)
<ajackson9@bloomberg.net>; JANE SONG (|BNP PARIBAS INV PART)
<jesong@bloomberg.net>; BRIAN CHOI (|REDWOOD TRUST, INC.)
<byjchoi@bloomberg.net>; SOTARO KATO (|NOMURA SECURITIES
CO|sotaro.kato@nomura.com) <sotarokato@bloomberg.net>; WOUTER VANASSCHE
(|LLOYDS TSB BANK PLC) <woutva@bloomberg.net>; NATHAN GESKE (|VARDE
PARTNERS, INC.) <ngeske@bloomberg.net>; DAN MEADE (|FARALLON
CAPITAL MAN) <d.meade@bloomberg.net>; CHRISTIAN OBERMAIER (|KA
FINANZ AG) <cobermaier@bloomberg.net>; PATRICE WAN (|JPMORGAN ASSET
MANAG) <sikop4t@bloomberg.net>; DAVID GOODSON (|ING INVESTMENT
MANAG) <dgoodson@bloomberg.net>; ANDREW THOMPSON (|LLOYDS TSB
BANK PLC) <athompson9@bloomberg.net>; JULIO MACEIRA (|KORE ADVISORS
LP) <jmaceira1@bloomberg.net>; JOSHUA ANDERSON (|PIMCO)
<anderjo44@bloomberg.net>; ARTHUR CHU (|QVT FINANCIAL, LP)
<arthurchu@bloomberg.net>; NAOYA TAKAHASHI (|NOMURA SECURITIES
CO|takahashi-09fq@jp.nomura.com) <n.taka@bloomberg.net>; TADASHI NOGUCHI
(|NOMURA SECURITIES CO|noguchi-0f0p@jp.nomura.com)
<noguchit@bloomberg.net>; JOHANNES WUNDSAM (|UNIQA FINANZ-SERVICE)
<jwundsam@bloomberg.net>; JAKE HENDRICKSON (|DEXIA FINANCIAL PROD)
<jdhmjr@bloomberg.net>; MARTIN CHRIST (|UNICREDIT BANK AUSTR)
<mchrist4@bloomberg.net>; KEVIN LYNN (|JP MORGAN SECURITIES)
<kevinlynn@bloomberg.net>; CEDRIC TCHABAN (|HSBC, TSY & CAP
MKTS|cedric.tchaban@hsbc.com) <tchaban1@bloomberg.net>; AIDAN
MACSWEENEY (|DEXIA BANK BELGIUM, ) <amacsweeney@bloomberg.net>;
AKIHIRO SHIBATA (|NOMURA SECURITIES CO|shibata-0gj3@jp.nomura.com)
<akshibata@bloomberg.net>; MARK BENNETT (|REDWOOD TRUST,
INC.|MARK.BENNETT@REDWOODTRUST.COM) <marktb@bloomberg.net>; ROB
HINTON (|UBS AG|ROB.HINTON@UBS.COM) <rhinton@bloomberg.net>; TONKO
GAST (|DYNAMIC CREDIT PARTN|TGAST@DYNAMICCREDIT.COM)
<tgast2@bloomberg.net>; JILL SADLIER (|DEXIA BANK BELGIUM,
|JILL.KAVANAGH@IE.DEXIA.BE) <kavaj@bloomberg.net>; NANLAN YE (|TRUST
COMPANY OF THE|NANLAN.YE@TCW.COM) <nye@bloomberg.net>; SHAYAN
SALAHUDDIN (|FANNIE MAE|SHAYAN_SALAHUDDIN@FANNIEMAE.COM)
<shayanzs@bloomberg.net>; SETH ROBBINS (|BRACEBRIDGE CAPITAL,
|SETH@BRCAP.COM) <srobbins@bloomberg.net>; ARNAUD TURQUIER (|CREDIT
AGRICOLE CIB) <aturquier@bloomberg.net>; BRIAN RIGERT (|UBS SECURITIES
LLC|BRIAN.RIGERT@UBS.COM) <brigert@bloomberg.net>; GEORGE GEOTES
(3617|NOMURA SECURITIES IN|12335|2840353|george.geotes@nomura.com|)
<ggeotes@bloomberg.net>; ALEXANDER SCHAEFER (|COMMERZBANK

AG|alexander.schaefer@commerzbank.com) <aschaefer8@bloomberg.net>; NILAM
PATEL (|MKP CAPITAL MANAGEME|npatel@mkpcap.com)
<nilamrpatel@bloomberg.net>; ZACHARY HARRISON (|PUTNAM INVESTMENTS
L) <zharrison@bloomberg.net>; BRAD ROSENBERG (|PAULSON & CO.
INC.|brad.rosenberg@paulsonco.com) <bsrosenberg@bloomberg.net>; JOEL
WOLLMAN (|QVT FINANCIAL, LP|joel.wollman@qvt.com)
<joelwollman@bloomberg.net>; GUILLAUME PIARD (|BANQUE NOMURA
FRANCE|guillaume.piard@nomura.com) <gupiard@bloomberg.net>; AARON
WERTENTHEIL (|ETON PARK CAPITAL
MA|AARON.WERTENTHEIL@ETONPARK.COM) <awe@bloomberg.net>; JAN
GEBHARDT (|UNICREDIT BANK AUSTR) <jgebhardt@bloomberg.net>; NICK
VENTHAM (|HSBC, TSY & CAP MKTS|nick.ventham@hsbcib.com)
<nventham@bloomberg.net>; ALEX CIGOLLE (|STRATEGOS CAPITAL
MA|ACIGOLLE@COHEN-BROS.COM) <apcigolle@bloomberg.net>; MICHAEL
FINNEGAN (|ZAIS GROUP, LLC|Michael.Finnegan@ZAISGroup.com)
<finneganm@bloomberg.net>; SIMON JONES (|CITIGROUP GLOBAL
MAR|simon.d.jones@citi.com) <sjones32@bloomberg.net>; FRED TY (|REDWOOD
TRUST, INC.|FRED.TY@REDWOODTRUST.COM) <fty@bloomberg.net>; BILL
MARTIN (|TIAA OF AMERICA|BXMartin@tiaa-cref.org)
<billkmartin@bloomberg.net>; DAVID SCHWARTZ (|DUFF & PHELPS, LLC)
<dschwartz9@bloomberg.net>; JOHN MERCER (|NATIONWIDE MUTUAL
IN|MERCERJ2@NATIONWIDE.COM) <mercerj2@bloomberg.net>; BOB BAGGOTT
(|CAPITAL GROUP COMPAN|BOBB@CAPGROUP.COM)
<bagger91@bloomberg.net>; EILEEN SHAY (|DAVIDSON KEMPNER
CAP|ESHAY@DKPARTNERS.COM) <eshay2@bloomberg.net>; CHAD
KLINGHOFFER (|GLENVIEW CAPITAL
MAN|CKLINGHOFFER@GLENVIEWCAPITAL.COM)
<cklinghoffer@bloomberg.net>; GREG SCHWAB (|MARINER
INVESTMENT|GSCHWAB@MARINERCAPITAL.COM)
<gschwab2@bloomberg.net>; JUSTIN LO (|HSBC, TSY & CAP
MKTS|JUSTIN.LO@HSBCIB.COM) <jlo8@bloomberg.net>; GARY BUCHALTER
(|CREDIT SUISSE SECURI|GARY.BUCHALTER@CSFB.COM)
<gbuchalter@bloomberg.net>; XAVIER GOSS (|BLACKROCK ADVISORS,
|xavier_goss@ml.com) <xgoss@bloomberg.net>; USMAN NAEEM (|JPMORGAN
ASSET MANAG|USMAN.NAEEM@JPMORGAN.COM) <unaeem1@bloomberg.net>;
ROBERT BOELSTLER (|COMMERZBANK AG) <rboel@bloomberg.net>; DAVID
KESSLER (|KORE ADVISORS LP|DKessler@korecapital.com)
<dhkessler@bloomberg.net>; MAYUMI ARAI (|NOMURA SECURITIES CO|arai-
1n8r@jp.nomura.com) <marai8@bloomberg.net>; BING ZHU (3617|NOMURA
SECURITIES IN|12335|3505536|bing.zhu@nomura.com|) <bingzhu@bloomberg.net>;
KEVIN J FINNERTY (|MARINER INVESTMENT G|kevinj@marinerficap.com)
<kevinjf@bloomberg.net>; LAURENCE DANA (|CREDIT AGRICOLE
CIB|laurence.dana@uk.calyon.com) <ldana1@bloomberg.net>; KAUSHAL THAKKAR
(|HSBC GROUP INVESTMEN|kaushal.thakkar@halbis.com)
<kthakkar1@bloomberg.net>; COLIN VANCE (|DEXIA BANK BELGIUM,
|COLIN.VANCE@IE.DEXIA.BE) <cvance3@bloomberg.net>; SHARAD BANSAL
(|PIMCO|sharad.bansal@pimco.com) <sharadbansal@bloomberg.net>; DEVA MISHRA
(|GOLDMAN, SACHS & CO.|DEVA.MISHRA@GS.COM)
<dmishra1@bloomberg.net>; GAVIN WILSON (|LLOYDS TSB BANK
PLC|GAVIN.WILSON1@LLOYDSTSB.CO.UK) <gavinwilson@bloomberg.net>;
JEFF WHEELER (|SMITH BREEDEN

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

ASSOCI|JWHEELER@SMITHBREEDEN.COM) <jwheels1@bloomberg.net>; PAUL
MASHIKIAN (|BRACEBRIDGE CAPITAL, |PAUL.MASHIKIAN@BRCAP.COM)
<pmashikian@bloomberg.net>; JANE CHEN (|MKP CAPITAL
MANAGEME|JCHEN@MKPCAP.COM) <jchen129@bloomberg.net>; MIKE HUANG
(|HSBC, TSY & CAP MKTS|mike.huang@hsbcib.com) <mihuang@bloomberg.net>;
JONATHAN DULMAN (|AURELIUS CAPITAL
MAN|JDULMAN@AURELIUSCAPITAL.COM) <jdulman0@bloomberg.net>; JOHN
WRIGHT (|SANKATY ADVISORS LLC|JWRIGHT@SANKATYADVISORS.COM)
<jwright14@bloomberg.net>; RICHARD ZENTKO (|RBS SECURITIES
INC|RICHARD.ZENTKO@GCM.COM) <rzentko@bloomberg.net>; BIN HE
(3617|NOMURA SECURITIES IN|12335|3873563|bin.he@nomura.com||)
<binhe@bloomberg.net>; ED CONG (|MARATHON ASSET
MANAG|econg@marathonfund.com) <econg@bloomberg.net>; AARON MALIK
(|CQS (UK) LLP|AARON.MALIK@CQSM.COM) <a_malik@bloomberg.net>;
STUART GOLDBERG (|MARATHON ASSET
MANAG|SGOLDBERG@MARATHONFUND.COM) <sgoldberg5@bloomberg.net>;
JIM IRVINE (|HENDERSON GLOBAL INV|jim.irvine@henderson.com)
<jfirvine@bloomberg.net>; ACHIM HILLEN (|HSH NORDBANK
AG|ACHIM.HILLEN@HSHN-SECURITIES.COM) <achillen@bloomberg.net>;
REGINA RICHARDSON (|EJF CAPITAL LLC|rrichardson@harboram.com)
<rrichardson5@bloomberg.net>; JOHN O'CONNELL (|LLOYDS TSB BANK
PLC|JOCONNELL@LLOYDSTSB-USA.COM) <joconn@bloomberg.net>; VIMAL
SHAH (|TRICADIA CAPITAL LLC|VSHAH@TRICADIACAPITAL.COM)
<vdshah@bloomberg.net>; CHRISTIAN ROHDE (|IKB DEUTSCHE
INDUSTR|CHRISTIAN.ROHDE@IKB.DE) <crohde@bloomberg.net>; POOJA
PATHAK (|BROOKFIELD INVESTMEN|ppathak@hyperionbrookfield.com)
<ppathak1@bloomberg.net>; RANDY FABIAN (|TRICADIA CAPITAL
LLC|RFABIAN@TRICADIACAPITAL.COM) <rfabian1@bloomberg.net>; DAVID
GREGORY (|STRATEGOS CAPITAL MA|DGREGORY@COHEN-BROS.COM)
<dgregory10@bloomberg.net>; EDWARD REILLY (|MORGAN
STANLEY|EDWARD.REILLY@MORGANSTANLEY.COM)
<edreilly3@bloomberg.net>; DAVID O'FLAHERTY (|ALLCAP ASSET
MANAGM|DAVID.OFLAHERTY@ACCAPITALPARTNERS.COM)
<dofac@bloomberg.net>; MARC LAUWERS (|LANDESBANK BADEN
WUE|MARC.LAUWERS@LBBWUK.COM) <marclauwers@bloomberg.net>;
ALISTAIR LUMSDEN (|CQS (UK) LLP|alistair.lumsden@cqsm.com)
<alumsden2@bloomberg.net>; VISHAAL CHUDASAMA (|BNP
PARIBAS|vishaal.chudasama@uk.bnpparibas.com) <vishaalc@bloomberg.net>; ANISH
KUMAR (|ZAIS GROUP, LLC|ANISH.KUMAR@ZAISGROUP.COM)
<anishkumar@bloomberg.net>; DMITRI MIROVITSKI (|HBK INVESTMENTS,
LP|dmirovitski@hbk.com) <dmitrimir@bloomberg.net>; ANDREW SCHLEIGER
(|PPM AMERICA, INC.|ANDY.SCHLEIGER@PPMAMAMERICA.COM)
<aschleiger1@bloomberg.net>; AMY KO-TANG (3617|NOMURA SECURITIES
IN|12335|4251686|ako@us.nomura.com||) <ako5@bloomberg.net>; SEAN LAWLER
(|UBS SECURITIES LLC|sean.lawler@ubs.com) <sean.lawler@bloomberg.net>;
JONATHAN MIZRACHI (|VARADERO CAPITAL
LP|JONATHAN.MIZRACHI@NIBCAPITAL.COM) <jmizrachi1@bloomberg.net>;
DAVID DEBIASE (|FIDELITY MANAGEMENT|DAVID.DEBIASE@FMR.COM)
<ddebiase2@bloomberg.net>; KEN HEARD (|ALLSTATE INSURANCE
C|kheard@allstate.com) <kheard@bloomberg.net>; MICHAEL PRZYGODA (|STATE
STREET CORPORA) <mprzygoda@bloomberg.net>; BRIAN HERR

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00029354

(|CANDLEWOOD INVESTMEN|Brian.Herr@credit-suisse.com)
<bherr1@bloomberg.net>; JUAN QUINTAS (|NOMURA
INTERNATIONAL|JQUINTAS@LEHMAN.COM) <quintas@bloomberg.net>; NAEL
WAHAIDI (|DELAWARE MANAGEMENT|Nael.Wahaidi@delinvest.com)
<nwahaidi1@bloomberg.net>; JING YANG (|PIMCO|jing.yang@pimco.com)
<jyang38@bloomberg.net>; SARAH PASCIUCCO (|BRACEBRIDGE CAPITAL,
|SARAH@BRCAP.COM) <spasciucco@bloomberg.net>; CRISTINA CARDENAS
THORLUND (|NOMURA INTERNATIONAL|cristina.cardenas@nomura.com)
<cardenasc@bloomberg.net>; JEAN-MICHEL TRICOT (|AXA INVESTMENT
MANAG) <jmtricot@bloomberg.net>; ALEX TERVOOREN (|TRICADIA CAPITAL
LLC|atervooren@tricadiacapital.com) <atervooren@bloomberg.net>; JIM GALOWSKI
(|STONE TOWER CAPITAL|JGALOWSKI@STONETOWERCAPITAL.COM)
<jgalowski1@bloomberg.net>; CHRISTOPHER MULLER (|MKP CAPITAL
MANAGEME|CMULLER@MKPCAP.COM) <cmuller6@bloomberg.net>; OLGA
DADAMATOVA (|STONE TOWER
CAPITAL|ODADAMATOVA@STONETOWERCAPITAL.COM)
<odadamatova1@bloomberg.net>; JULIEN THEZE (|CREDIT AGRICOLE
CIB|JULIEN.THEZE@UK.CALYON.COM) <jtheze4@bloomberg.net>; TIM
KIRCHNER (|FARALLON CAPITAL MAN|TKirchner@FarallonCapital.com)
<tkirchner@bloomberg.net>; BILL DREW (|HARBINGER CAPITAL
PA|BDREW@HARBINGERCAP.NET) <bdrew7@bloomberg.net>; CENTRAL
BANKS NOMURA (|NOMURA
INTERNATIONAL|GLENN.ANSON@UK.NOMURA.COM)
<nomuracbks@bloomberg.net>; ANISH MATHUR (|DEUTSCHE BANK AG,
LO|ANISH.MATHUR@DB.COM) <mathani.lndb@bloomberg.net>; CHRIS GRAVES
(|E*TRADE GLOBAL ASSET|christopher.graves@etrade.com)
<cjgraves@bloomberg.net>; BOND GRIFFIN (|DECLARATION
MANAGEME|BGRIFFIN@DECLARATION.COM) <bgriffin00@bloomberg.net>;
JASPAUL(PAUL) SINGH (|REGIMENT CAPITAL
ADV|PSINGH@REGIMENTCAPITAL.COM) <jsingh01@bloomberg.net>;
ELIZABETH VANGUNDY (|PRINCIPAL CAPITAL
MA|guns.elizabeth@principal.com) <eguns@bloomberg.net>; ERIC MARKS
(|ELLINGTON MANAGEMENT|EMARKS@ELLINGTON.COM)
<ericmarks@bloomberg.net>; MATTHEW SHULMAN (|MARINER
INVESTMENT|mshulman@marinercapital.com) <mshulman3@bloomberg.net>; DAN
CASTALINE (|STONE TOWER CAPITAL|dcastaline@stonetowercapital.com)
<dcastaline2@bloomberg.net>; ADAM SKLAR (|MONARCH
ALTERNATIVE|adam.sklar@quadranglegroup.com) <asklar3@bloomberg.net>;
ERIKA ISLEY (|PRINCIPAL CAPITAL MA|isley.erika@principal.com)
<eisley1@bloomberg.net>; ZINEB RAMADANE (|STRATEGOS CAPITAL
MA|zramadane@cohenandcompany.com) <zramadane@bloomberg.net>; ANUP
AGARWAL (|STARK & ROTH LLC|AAGARWAL@STARKINVESTMENTS.COM)
<aagarwal22@bloomberg.net>; NOBEL D. KAMBERI (|PRUDENTIAL
INVESTMEN|nobel.kamberi@prudential.com) <nkamberi@bloomberg.net>; JAMES
CONNOLLY (|ETON PARK CAPITAL MA|james.connolly@etonpark.com)
<jconnolly8@bloomberg.net>; VINCENT MAYOT (|BNP
PARIBAS|vincent.mayot@bnpparibas.com) <vmayot@bloomberg.net>; JAVIER
FERNANDEZ LOBATO (|JPMORGAN CHASE BANK,
|javier.fernandezlobato@jpmorgan.com) <jfernandezlo@bloomberg.net>; ELIZABETH
CLARK (|UBS AG|elizabeth.clark@ubs.com) <eclark9@bloomberg.net>; IAN
BETTNEY (|HENDERSON GLOBAL INV|ian.bettney@henderson.com)

<ibettney@bloomberg.net>; WESLEY BARNES (|CITIGROUP GLOBAL
MAR|wesley.barnes@citi.com) <wbarnes5@bloomberg.net>; BYRON MIMS (|SMITH
BREEDEN ASSOCI|bmims@smithbreeden.com) <bmims@bloomberg.net>;
BRANDON KUFRIN (|MAGNETAR CAPITAL LLC) <bkufrin@bloomberg.net>;
MICHAEL RIEGER (|SEIX INVESTMENT ADVI|mrieger@seixadvisors.com)
<mrieger1@bloomberg.net>; BIJU THURUTHIMATTAM (|BLACKROCK
FINANCIAL|biju.thuruthimattam@blackrock.com) <bthuruth@bloomberg.net>;
FLORIN TELEANU (|BLACKROCK ADVISORS, |Florin.Teleanu@blackrock.com)
<f.teleanu@bloomberg.net>; DANIEL KLUGE (|IKB DEUTSCHE
INDUSTR|daniel.kluge@ikb-cam.de) <dkluge@bloomberg.net>; BRETT ROTH
(|TRUST COMPANY OF THE|brett.roth@tcw.com) <broth4@bloomberg.net>; KEVIN
FISHER (|DEUTSCHE BANK AG|kevin.fisher@db.com) <kfisher13@bloomberg.net>;
SAGAR PARIKH (|TRUST COMPANY OF THE|cmbstmp14@tcw.com)
<sparikh7@bloomberg.net>; CHRISTIAN VOSS (|DG HYPOTHEKENBANK
AG|christian.voss@dghyp.de) <cvoss2@bloomberg.net>; MICHAEL HSU (|TRUST
COMPANY OF THE|michael.hsu@tcw.com) <mhsu18@bloomberg.net>; WILLIAM
O'BRIEN (|NOMURA INTERNATIONAL|william.o'brien@uk.nomura.com)
<wobrien2@bloomberg.net>; MICHAEL FANIA (|METROPOLITAN LIFE)
<mfania@bloomberg.net>; BRENDAN OWENS (|DEXIA DUBLIN)
<bowens3@bloomberg.net>; CHARLIE PETTINATO (|STONE TOWER
CAPITAL|cpettinato@stonetowercapital.com) <cpettinato1@bloomberg.net>;
STEPHEN VIRGILIO (|TEACHERS INSURANCE &|svirgilio@tiaa-cref.org)
<svirgilio@bloomberg.net>; ZACH GASSMANN (|PRINCIPAL CAPITAL
MA|gassmann.zach@principal.com) <zgassmann1@bloomberg.net>; ALFONSO
PORTILLO (|CHARLES SCHWAB & CO.|alfonso.portillo@schwab.com)
<aportillo2@bloomberg.net>; COLIN FLEURY (|HENDERSON GLOBAL
INV|colin.fleury@henderson.com) <cfleury3@bloomberg.net>; GEORGE JIKOVSKI
(|CANYON PARTNERS LLC|gjikovski@canyonpartners.com)
<gjikovski1@bloomberg.net>; ALEKSEY LEKSANOV (|STONE TOWER CAPITAL)
<aleksanov1@bloomberg.net>; RAGHU JANGALAPALLI (|CREDIT AGRICOLE
CIB|Raghu.Jangalapalli@us.calyon.com) <rjangalapall@bloomberg.net>; RON
PORTNOY (|UBS AG|ron.portnoy@ubs.com) <rportnoy2@bloomberg.net>; JOSHUA
MENDEL (|MILLENNIUM FIXED INC|jmendel@mlp.com)
<jmendel@bloomberg.net>; HAHN KANG (|MILLENNIUM FIXED
INC|hkang@mlp.com) <hkang10@bloomberg.net>; KATHERINE COSTANZO
(|YORK CAPITAL MGMT (U|kcostanzo@yorkcapital.com)
<kcostanzo@bloomberg.net>; KYOUNG KANG (|MILLENNIUM FIXED
INC|kkang@mlp.com) <kkang13@bloomberg.net>; JOSHUA KUROPATKIN
(|MORGAN STANLEY|joshua.kuropatkin@morganstanley.com)
<jkuropatkin1@bloomberg.net>; MEI KOK (|NATIONAL AUSTRALIA
B|mkok@nabny.com) <mkok7@bloomberg.net>; VIJAY DARJI (|MKP CAPITAL
MANAGEME|vdarji@mkpcap.com) <vdarji1@bloomberg.net>; HAROON SHAIKH
(|GAM (UK) LTD|haroon.shaikh@augustus.co.uk) <hshaikh2@bloomberg.net>;
JONATHAN GAW (|RBC CAPITAL MARKETS|jonathan.gaw@rbccm.com)
<jgaw1@bloomberg.net>; JUDITH SCIAMMA-SABBAH (|CHALLENGER GROUP
SER) <jsab-sciam@bloomberg.net>; HAIDI GU (|PIMCO|hgu@pimco.com)
<hgu08@bloomberg.net>; AUSTIN BRADY (|DEXIA DUBLIN|austin.brady@clf-
dexia.com) <abrady8@bloomberg.net>; PETE ROBINSON (|CHALLENGER GROUP
HOL|probinson@challengergroup.co.uk) <probinson28@bloomberg.net>; PALNA
PATEL (|NOMURA INTERNATIONAL|palna.patel@lehman.com)
<palna@bloomberg.net>; NIKI CHONA (|DEUTSCHE BANK AG,

LO|niki.chona@db.com) <chonnik.lndb@bloomberg.net>; JASON CALLAN
(|COLUMBIA MANAGEMENT|jason.j.callan@ampf.com) <jcallan4@bloomberg.net>;
PETER NOWELL (|BNP PARIBAS|peter.nowell@uk.bnpparibas.com)
<pnowell3@bloomberg.net>; CHRIS AMES (|SCHRODER
INVESTMENT|chris.ames@schroders.com) <cames3@bloomberg.net>; ADAM
SCHWARTZ (|FIR TREE, INC.|aschwartz@firtree.com)
<aschwartz22@bloomberg.net>; NAVID HAZEGHI (|SG AMERICAS
SECURITI|navid.hazeghi@sgcib.com) <nhazeghi@bloomberg.net>; PETER
FONTAINE (|KBC CREDIT INV. NV|peter.fontaine@ci.kbc.be)
<pfontaine4@bloomberg.net>; SARAH BARTON (|GLG PARTNERS
LP|sarah.barton@glgpartners.com) <sbarton5@bloomberg.net>; THOMAS
VANNATTA (|MJX ASSET
MANAGEMENT|THOMAS.VANNATTA@MJXAM.COM)
<tvannatta1@bloomberg.net>; TOBIAS ROSENKRANZ (|COMMERZBANK
AG|Tobias.Rosenkranz@commerzbank.com) <trosenkranz@bloomberg.net>;
MATTHEW WHALEN (|MARINER INVESTMENT G|mwhalen@marinerficap.com)
<mwhalen4@bloomberg.net>; PETER VAN GELDEREN (|STARK & ROTH
LLC|pvangelderen@starkinvestments.com) <pvangelderen@bloomberg.net>; SUNIL
YADAV (|MFA FINANCIAL INC|syadav@mfa-reit.com) <syadav6@bloomberg.net>;
DAVID HARRINGTON (|MJX ASSET
MANAGEMENT|David.Harrington@mjxam.com) <dharrington9@bloomberg.net>;
NADINE SOETAERT (|KBC BANK N.V.|nadine.soetaert@ci.kbc.be)
<nsoetaert1@bloomberg.net>; LILY WANG (|BAYVIEW
FINANCIAL|lilywang@bayviewfinancial.com) <lwang87@bloomberg.net>; EDWARD
PANEK (|HENDERSON GLOBAL INV|edward.panek@henderson.com)
<epanek2@bloomberg.net>; PAUL PARK (|MARINER INVESTMENT G)
<ppark6@bloomberg.net>; ALAN CHAN (|MARINER INVESTMENT G)
<achan114@bloomberg.net>; JEFFREY HINKLE (|EJF CAPITAL
LLC|jhinkle@barriercapital.com) <jhinkle4@bloomberg.net>; VICTOR SANSONE
(|HUDSON ADVISORS) <vsansone@bloomberg.net>; ROB PYNE (|GOLDMAN
SACHS ASSET|rob.pyne@gs.com) <rpyne2@bloomberg.net>; MICHAEL O'SHEA
(|WMD CAPITAL MARKETS|moshea@wmdcapital.com) <moshea5@bloomberg.net>;
TODD SHERER (|DALTON INVESTMENTS L) <t.sherer@bloomberg.net>; TIMO
KOST (|DEUTSCHE BANK AG, LO|timo.kost@db.com) <tkost1@bloomberg.net>;
CRAIG KNUTSON (|MFA FINANCIAL INC|craig@mfa-reit.com)
<cknutson4@bloomberg.net>; NICHOLAS MAH (|OAK HILL ADVISORS,
L|nmah@ohpny.com) <nmah5@bloomberg.net>; JASON SERRANO (|OAK HILL
ADVISORS, L|jserrano@ohpny.com) <jserrano8@bloomberg.net>; MATTHEW
ZIFFER (|ONE WILLIAM STREET C) <mziffer1@bloomberg.net>; DOMENIC
TRIPODI (|ONE WILLIAM STREET C|dtripodi@onewilliamstreet.com)
<dtripodi1@bloomberg.net>; SRINIVAS MODUKURI (|ONE WILLIAM STREET
C|SMODUKURI@ONEWILLIAMSTREET.COM) <smodukuri1@bloomberg.net>;
TOM DUDA (|ONE WILLIAM STREET C|tduda@onewilliamstreet.com)
<tduda4@bloomberg.net>; DAVID SHERR (|ONE WILLIAM STREET
C|DSHERR@ONEWILLIAMSTREET.COM) <dsherr1@bloomberg.net>; KHALIL
KANAAN (|ONE WILLIAM STREET C|kkanaan@onewilliamstreet.com)
<kkanaan1@bloomberg.net>; ANDREW ULMER (|DW INVESTMENT
MANAGE|Andrew.Ulmer@dwinvestmentmanagement.com)
<aulmer1@bloomberg.net>; DAVID HAYNIE (|DALTON INVESTMENTS L)
<d.haynie@bloomberg.net>; HONG ZHANG (|PAULSON & CO.
INC.|hong.zhang@paulsonco.com) <hzpc@bloomberg.net>; JOSH BIRNBAUM

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

(|TILDEN PARK CAPITAL|joshua.birnbaum@gmail.com)
<j.birnbaum@bloomberg.net>; LINDSAY HAVIG (|PPM AMERICA, INC.)
<lhavig1@bloomberg.net>; WILLIAM MURRAY (|CQS (UK)
LLP|Bill.Murray@cqsm.com) <wmurray2@bloomberg.net>; ANTHONY BROWN
(|JPMORGAN CHASE BANK, |anthony.m.brown@jpmorgan.com)
<abrown78@bloomberg.net>; ALLISON AREST (|PERRY
CORP|aarest@perrycap.com) <aarest@bloomberg.net>; JOHN VIBERT
(|BLACKROCK ADVISORS, |john.vibert@blackrock.com) <jvibert5@bloomberg.net>;
TIEU-Y NGUYEN (|PIMCO) <tnguyen80@bloomberg.net>; JONATHAN ROSNER
(|ZAIS GROUP, LLC) <jrosner5@bloomberg.net>; EDWARD BAKER (|LLOYDS TSB
BANK PLC|Edward.Baker@lloydstsb.co.uk) <ebaker9@bloomberg.net>; DREW
CASINO (|APPALOOSA MANAGEMENT|a.casino@amlp.com)
<dcasino2@bloomberg.net>; JEFF HALEEN (|UBS GLOBAL ASSET
MGM|jeff.haleen@ubs.com) <jhaleen5@bloomberg.net>; ABHAYAD KAMAT
(|HUDSON ADVISORS|akamat@hudson-advisors.com) <akamat6@bloomberg.net>;
RICHARD SKEET (|CITIGROUP GLOBAL MAR|richard.skeet@citi.com)
<rskeet1@bloomberg.net>; RYAN HETHERINGTON (|DALTON INVESTMENTS
L|rhetherington@daltoninvestments.com) <rhetheringto@bloomberg.net>; SCOTT
YEDID (|CERBERUS CAPITAL MAN|syedid@cerberuscapital.com)
<syedid1@bloomberg.net>; SCOTT MOTTA (|PRUDENTIAL
INVESTMEN|scott.motta@prudential.com) <smotta1@bloomberg.net>; PETER
FREITAG (|PRUDENTIAL INVESTMEN|peter.freitag@prudential.com)
<pfreitag2@bloomberg.net>; SUDIBYO PRADONO (|STARK & ROTH
LLC|spradono@starkinvestments.com) <s.pradono2@bloomberg.net>; MAHESH
ASSOMULL (|NATIONAL AUSTRALIA B|MASSOMULL@NABNY.COM)
<massomull4@bloomberg.net>; WESLEY BONEWELL (|GOV'T OF SINGAPORE
I|wesbonewell@gic.com.sg) <bonewell@bloomberg.net>; GYAN SINHA (|KLS
DIVERSIFIED) <gsinha5@bloomberg.net>; VINCENT ILLIANO (|FIG
LLC|villiano@fortress.com) <villiano1@bloomberg.net>; THOMAS DURKIN
(|ANGELO, GORDON & CO.|tdurkin@angelogordon.com)
<tdurkin3@bloomberg.net>; TONY HUANG (|PRINCETON ADVISORY
G|thuang@princetonadvisory.com) <thuang39@bloomberg.net>; DOMINIC SWAN
(|HSBC, TSY & CAP MKTS|dominic.swan@hsbcgroup.com)
<dswan1@bloomberg.net>; STEPHEN NG (|UBS AG|stephen-s.ng@ubs.com)
<sng79@bloomberg.net>; RAM WOO (|SANKATY ADVISORS LLC)
<rwoo6@bloomberg.net>; DOMINIQUE MORNET (|CITIGROUP GLOBAL
MAR|dominique.mornet@citi.com) <dmornet@bloomberg.net>; KARAN CHABBA
(|KLS DIVERSIFIED) <kpschabba7@bloomberg.net>; TRAVIS CRUMLEY
(|BRANDYWINE GLOBAL IN|travis.crumley@brandywineglobal.com)
<tcrumley@bloomberg.net>; CHRIS WOODS (|MEAG NEW YORK
CORPOR|cwoods@meag-ny.com) <cwoods7@bloomberg.net>; BRENDAN GARVEY
(|CERBERUS CAPITAL MAN|bgarvey@cerberuscapital.com)
<b.garvey1@bloomberg.net>; TODD KOPSTEIN (|CENTERBRIDGE PARTNER)
<tkopstein1@bloomberg.net>; DOUG HAMILTON (|HUDSON
ADVISORS|dhamilton@hudson-advisors.com) <dhamilton13@bloomberg.net>;
JACOB STEPHEN (|ONE WILLIAM STREET C) <jstephen2@bloomberg.net>;
BENJAMIN BOUCHET (|CREDIT AGRICOLE
CIB|benjamin.bouchet@uk.calyon.com) <bbouchet@bloomberg.net>; ESAD RUHANI
(|ELLINGTON MANAGEMENT|eruhani@ellington.com) <eruhani@bloomberg.net>;
ROCKY KURITA (|D E SHAW & CO., L.P.|rocky.kurita@deshaw.com)
<rkurita1@bloomberg.net>; KEITH RAMSDEN (|FIVE MILE CAPITAL

PA|kramsden@fmcp.com) <kramsden@bloomberg.net>; JUSTIN BAE (|QVT FINANCIAL, LP|JUSTIN.BAE@QVT.COM) <jbae17@bloomberg.net>; SCOTT DOLAN (|UBS GLOBAL ASSET MGM|scott.dolan@ubs.com) <sdolan6@bloomberg.net>; THOMAS SIEDLER (|JPMORGAN ASSET MANAG|thomas.x.siedler@jpmorgan.com) <tsiedler1@bloomberg.net>; JAE KWON (|OZ MANAGEMENT LP|jae.kwon@ozcap.com) <jkwon18@bloomberg.net>; TRACY CHEN (|BRANDYWINE GLOBAL IN|trchen91@yahoo.com) <tchen59@bloomberg.net>; SHEILA HUANG (|MORGAN STANLEY INVES|Sheila.Huang@ms.com) <shuang70@bloomberg.net>; ADAM AUGUST (|MORGAN STANLEY INVES|adam.august@morganstanley.com) <aaugust@bloomberg.net>; MARCO FISCHER (|HSH NORDBANK AG|MARCO.FISCHER@HSHN-SECURITIES.COM) <mfischer31@bloomberg.net>; RICK NICKLAS (|ZAIS GROUP, LLC|rick.nicklas@zaisgroup.com) <rnicklas1@bloomberg.net>; MISHA RENDA (|KLS DIVERSIFIED) <mrenda2@bloomberg.net>; IAN SAMSON (|LLOYDS TSB BANK PLC|ian.samson@lloydstsb.co.uk) <isamson4@bloomberg.net>; DAVID MENERET (|MACQUARIE CREDIT INV|david.meneret@macquarie.com) <dmeneret1@bloomberg.net>; PETER MCMULLIN (|REDTOP INVESTORS LLC|mcmullin.peter@gmail.com) <p.mcmullin@bloomberg.net>; ILAN STERN (|SOROS FUND MANAGEMEN) <istern3@bloomberg.net>; FENG TIAN (|JPMORGAN ASSET MANAG|feng.x.tian@jpmorgan.com) <ftian6@bloomberg.net>; SHIKHA GUPTA (|DEUTSCHE BANK AG, LO|SHIKHA.GUPTA@DB.COM) <gupshik.mbdb@bloomberg.net>; JAMES HARRINGTON (|FIG LLC|jharrington@fortress.com) <jharringto17@bloomberg.net>; BRENDAN MCALLISTER (|PINE RIVER CAPITAL M|brendan.mcallister@pinerivercapital.com) <bmcallister4@bloomberg.net>; DAVID WILLIAMS (|CQS (US) LLC|david.williams@cqsus.com) <dwilliams73@bloomberg.net>; RAHUL SABARWAL (|SOROS FUND MANAGEMEN|rahulsabarwal@gmail.com) <rsabarwal1@bloomberg.net>; AKHIL MAGO (|OZ MANAGEMENT LP|akhil.mago@ozcap.com) <amago2@bloomberg.net>; MAYUR MADKAIKAR (|CITADEL LLC|mayur.madkaikar@citadelgroup.com) <mmadkaikar1@bloomberg.net>; TK NARAYAN (|OAK HILL ADVISORS, L|tNARAYAN@OHPNY.COM) <tnarayan4@bloomberg.net>; GREG FINCK (|FIG LLC|gfinck@fortressinv.com) <gfinck@bloomberg.net>; VLADIMIR LEMIN (|MAGNETAR CAPITAL LLC|vladimir.lemin@magnetarcapital.com) <vlemin1@bloomberg.net>; ANDREW MILLER (|FIG LLC|AMILLER@FORTRESS.COM) <amiller54@bloomberg.net>; NOMURA ABS (|NOMURA INTERNATIONAL) <nabs@bloomberg.net>; JONATHAN PEREZ (|CITADEL LLC|perez.jonathan@gmail.com) <jperez38@bloomberg.net>; MAKOTO YOSHII (|NOMURA SECURITIES CO|yoshii-284n@jp.nomura.com) <myoshii3@bloomberg.net>; ATSUSHI SUGIMOTO (|NOMURA SECURITIES CO|sugimoto-2848@jp.nomura.com) <asugimoto2@bloomberg.net>; TRAVIS MEYER (|MCL CORPORATION) <tmeyer11@bloomberg.net>; ABHISHEK KALRA (|LAMCO LLC|akalra@lehman.com) <akalra8@bloomberg.net>; NAHO WATANABE (|NOMURA SECURITIES CO) <nwatanabe9@bloomberg.net>; NAOHIRO KURODA (|NOMURA SECURITIES CO) <nkuroda3@bloomberg.net>; MANABU HIMEDA (|NOMURA SECURITIES CO) <mhimeda2@bloomberg.net>; SHIGEKI HASUIKE (|NOMURA SECURITIES CO) <shasuike1@bloomberg.net>; MASAHIKO MATSUI (|NOMURA SECURITIES CO) <mmatsui4@bloomberg.net>; TOSHINARI AKAGI (|NOMURA SECURITIES CO) <takagi7@bloomberg.net>; SHIGEYUKI TAKAHASHI (|NOMURA SECURITIES CO) <stakahashi24@bloomberg.net>; TIM

RATHBUN (3617|NOMURA AUSTRALIA
LTD|30025223|5983219|trathbun@nomura.com||) <trathbun1@bloomberg.net>; ANNE
GOH (|NOMURA INTERNATIONAL|anne.goh@nomura.com)
<agoh17@bloomberg.net>; JORDAN H ROTHSTEIN (|REDTOP INVESTORS
LLC|Jordan.Rothstein@redtopinvestors.com) <jrothstein5@bloomberg.net>; GEORGE
SUN (|NOMURA INTERNATIONAL|GEORGE.SUN@NOMURA.COM)
<sun3@bloomberg.net>; SORAPONG SRISUMA (|NOMURA SINGAPORE
LIM|sorapong.srisuma@nomura.com) <ssrisuma1@bloomberg.net>; MEI LING LIM
(|NOMURA SINGAPORE LIM|meiling.lim@nomura.com) <mllim99@bloomberg.net>;
PECK-CHAO LEO (|NOMURA INTERNATIONAL|peckchao.leo@nomura.com)
<leopc2@bloomberg.net>; ROBERTO SELLA (|PERMIT CAPITAL,
LLC|roberto.sella@permitcap.com) <r.sella2@bloomberg.net>; SANDEEP
BHARATWAJ (|D E SHAW & CO., L.P.) <sbharatwaj1@bloomberg.net>; RAHUL
VERMA (|NOMURA INTERNATIONAL|RAHUL.VERMA@NOMURA.COM)
<rverma16@bloomberg.net>; KIM NGUYEN (|PIMCO|kim.nguyen@pimco.com)
<knguyen27@bloomberg.net>; ADAM HAGFORS (|UBS SECURITIES
LLC|adam.hagfors@ubs.com) <ahagfors1@bloomberg.net>; KERI ANISGARTEN
(|THIRD POINT LLC|kanisgarten@thirdpoint.com) <k.anisgarten@bloomberg.net>;
ROBERT SCHMIDT (|NOMURA BANK (DEUTSCH|robert.schmidt@nomura.com)
<robschmidt2@bloomberg.net>; BEN MELKMAN (|BREVAN HOWARD
INVEST|ben.melkman@brevanhoward.com) <bmelkman1@bloomberg.net>; AKIVA
DICKSTEIN (|BLACKROCK ADVISORS, |akiva.dickstein@blackrock.com)
<adickstein@bloomberg.net>; JAEJUN LEE (|NOMURA
INTERNATIONAL|jaejun.lee@nomura.com) <jlee560@bloomberg.net>; JAE KIM
(|BLACKROCK FINANCIAL) <jkim368@bloomberg.net>; GARY LITT (|SOROS
FUND MANAGEMEN) <glitt2@bloomberg.net>; MATT DINUSSON (|MCL
CORPORATION|Matt.Dinusson@MaverickCap.com) <mdinusson2@bloomberg.net>;
RJ MADDEN (|ANGELO, GORDON & CO.) <rmadden6@bloomberg.net>;
LAWRENCE CHOE (|SOROS FUND MANAGEMEN|lawrence.choe@soros.com)
<l.choe@bloomberg.net>; JAMES WHITTICOM (3617|NOMURA SECURITIES
IN|12335|6358896|james.whitticom@nomura.com||) <jwhitticom2@bloomberg.net>;
ARANG VARADHACHARY (3617|NOMURA SECURITIES
IN|12335|6362343|arang.varadhachary@nomura.com||)
<avaradhachar@bloomberg.net>; FRANK DINUCCI (3617|NOMURA SECURITIES
IN|12335|6378632|frank.dinucci@nomura.com||) <fdinucci1@bloomberg.net>;
JONATHAN RAIFF (3617|NOMURA SECURITIES
IN|12335|6386003|jonathan.raiff@nomura.com||) <jraiff@bloomberg.net>; TYLER
PETERS (3617|NOMURA SECURITIES IN|12335|6390562|tyler.peters@nomura.com||)
<tpeters11@bloomberg.net>; RYOJI MASHIMA (|NOMURA SECURITIES CO)
<rmashima@bloomberg.net>; GEORGE COSTOW (|DW INVESTMENT MANAGE)
<gcostow1@bloomberg.net>; ANDREW HEALY (3617|NOMURA SECURITIES
IN|12335|6416761|andrew.healy@nomura.com||) <ahealy4@bloomberg.net>; SHINJIT
GHOSH (|AURORA BANK FSB|shinjit.ghosh@alservices.com)
<sghosh43@bloomberg.net>; SCOTT LECHNER (3617|NOMURA SECURITIES
IN|12335|6421655|scott.lechner@nomura.com||) <slechner1@bloomberg.net>; KEE
CHAN (3617|NOMURA SECURITIES IN|12335|6438829|kee.chan@nomura.com||)
<kchan173@bloomberg.net>; SACHIN JHANGIANI (3617|NOMURA SECURITIES
IN|12335|6443980|sachin.jhangiani@nomura.com||) <sjhangiani4@bloomberg.net>;
LINDSEY SHELLEY (|BAUPOST GROUP L.L.C.|LAS@baupost.com)
<lshelley3@bloomberg.net>; PAUL THOMPSON (|PERMIT CAPITAL,
LLC|paul.thompson@LLFunds.com) <pthompson33@bloomberg.net>; BURT WEISS

(|BTG PACTUAL US ASSET|burt.weiss@btginvest.com) <bweiss15@bloomberg.net>;
SCOTT WATERSTREDT (|METROPOLITAN LIFE|swaterstredt@metlife.com)
<swaterstredt@bloomberg.net>; UDAI BISHNOI (|OZ MANAGEMENT
LP|udai.bishnoi@ozcap.com) <ubishnoi1@bloomberg.net>; MEHUL SHAH
(3617|NOMURA SECURITIES IN|12335|6462145|mehul.shah@nomura.com||)
<mshah83@bloomberg.net>; JOHN SCARRONE (3617|NOMURA SECURITIES
IN|12335|6464694|john.scarrone@nomura.com||) <jscarrone1@bloomberg.net>; ZAHID
HASSAN (3617|NOMURA SECURITIES
IN|12335|6471451|zahid.hassan@nomura.com||) <zhassan4@bloomberg.net>;
CHARLIE WICKLIFFE (3617|NOMURA SECURITIES
IN|30043759|6472595|charles.wickliffe@nomura.com||) <wickliffe@bloomberg.net>;
MICHAEL ROMANELLI (3617|NOMURA SECURITIES
IN|12335|6472603|michael.romanelli@nomura.com||) <mromanelli1@bloomberg.net>;
CHARLES SPERO (3617|NOMURA SECURITIES
IN|12335|6472619|charles.spero@nomura.com||) <cspero3@bloomberg.net>; ROSS
SHAPIRO (3617|NOMURA
SECURITIES
IN|12335|6472723|ross.shapiro@nomura.com||) <rshapiro17@bloomberg.net>;
MICHAEL GRAMINS (3617|NOMURA SECURITIES
IN|12335|6474532|michael.gramins@nomura.com||) <mgramins1@bloomberg.net>;
SUD YELESWARAPU (3617|NOMURA SECURITIES
IN|12335|6474768|Sudarsana.Yeleswarapu@nomura.com||)
<syeleswarap1@bloomberg.net>; GULPREET SINGH (3617|NOMURA SECURITIES
IN|12335|6480959|gulpreet.singh@nomura.com||) <gsingh39@bloomberg.net>;
NAGENDRA JAYANTY (|PIMCO|nagendra.jayanty@pimco.com)
<njayanty1@bloomberg.net>; IBRAHIM INCOGLU (|BLACKROCK ADVISORS,
|ibrahim.incoglu@blackrock.com) <iincoglu1@bloomberg.net>; TRACY GARRETT
(3617|NOMURA SECURITIES IN|30043759|6483488|tracy.garrett@nomura.com||)
<tgarrett5@bloomberg.net>; JONATHAN SEBIRI (3617|NOMURA SECURITIES
IN|12335|6485805|jonathan.sebiri@nomura.com||) <jsebiri1@bloomberg.net>; JAMES
IM (3617|NOMURA SECURITIES IN|12335|6486725|james.im@nomura.com||)
<jim8@bloomberg.net>; BENJAMIN UFER (3617|NOMURA SECURITIES
IN|12335|6489362|benjamin.ufer@nomura.com||) <bufer1@bloomberg.net>; BRETT
PERLMUTTER (3617|NOMURA SECURITIES
IN|12335|6502680|BRETT.PERLMUTTER@nomura.com||)
<bperlmutter2@bloomberg.net>; DAVID LINDLEY (3617|NOMURA SECURITIES
IN|12335|6502776|david.lindley@nomura.com||) <dlindley@bloomberg.net>;
JONATHAN P MARGOLIS (3617|NOMURA SECURITIES
IN|12335|6502792|jon.margolis@nomura.com||) <jmargolis7@bloomberg.net>; STEVE
DIEKMANN (3617|NOMURA SECURITIES
IN|397940|6502848|steve.diekmann@nomura.com||) <sdiekmann1@bloomberg.net>;
BRUCE JIN (3617|NOMURA SECURITIES
IN|12335|6502936|BRUCE.JIN@nomura.com||) <bjin3@bloomberg.net>; SWEN
NICOLAUS (|MORGAN (J.P.)|swen.d.nicolaus@jpmchase.com)
<snicolaus2@bloomberg.net>; JASON GEIGER (3617|NOMURA SECURITIES
IN|12335|6523964|jason.geiger@nomura.com||) <jgeiger7@bloomberg.net>; JOHN
DENNING (3617|NOMURA SECURITIES
IN|397940|6527923|john.denning@nomura.com||) <jdenning1@bloomberg.net>;
MATTHEW BRAUND (3617|NOMURA SECURITIES
IN|397940|6529379|matthew.braund@nomura.com||) <mbraund2@bloomberg.net>;
ERIK SIEGEL (|MOORE CAPITAL MANAGE) <esiegel9@bloomberg.net>; JOHN
MURRAY (|ARLINGTON ASSET INVE|jmurray@arlingtonasset.com)

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00029361

<jmurray44@bloomberg.net>; TIM HODGSON (|ARLINGTON ASSET
INVE|thodgson@arlingtonasset.com) <thodgson6@bloomberg.net>; SONYA NATHS
(3617|NOMURA SECURITIES
IN|30078917|6541151|SONYA.NATHS@nomura.com||) <snaths2@bloomberg.net>;
JERRARD ZIVE (|NOMURA INTERNATIONAL|jerrard.zive@nomura.com)
<jzive@bloomberg.net>; ROY CANTU (|C12 CAPITAL
MANAGEME|roy.cantu@c12capital.com) <rcantu2@bloomberg.net>; HOGAN CHEN
(|C12 CAPITAL MANAGEME|hogan.chen@c12capital.com) <h-
chen@bloomberg.net>; CHRIS DOYLE (|C12 CAPITAL MANAGEME)
<cdoyle27@bloomberg.net>; RYAN BABCOCK (|C12 CAPITAL
MANAGEME|ryan.babcock@c12capital.com) <rbabcock9@bloomberg.net>; ALEXIS
KNOPP (3617|NOMURA SECURITIES
IN|12335|6556749|ALEXIS.KNOPP@nomura.com||) <aknopp1@bloomberg.net>;
LAUREN SELEVAN (3617|NOMURA SECURITIES
IN|12335|6556777|LAUREN.SELEVAN@nomura.com||) <lselevan1@bloomberg.net>;
STERLING RICE (|HUDSON ADVISORS) <srice14@bloomberg.net>; GAETAN
CIAMPINI (3617|NOMURA SECURITIES
IN|30078917|6566772|gaetan.ciampini@nomura.com||) <gciampini2@bloomberg.net>;
ALEXANDRA DACOSTA (3617|NOMURA SECURITIES
IN|30045462|6567252|adacosta@us.nomura.com||) <adacosta6@bloomberg.net>;
CHRISTOPHER DEL COL (3617|NOMURA SECURITIES
IN|30045462|6567260|CHRISTOPHER.DELCOL@nomura.com||)
<cdelcol3@bloomberg.net>; ALEJANDRO FEELY (3617|NOMURA SECURITIES
IN|12335|6567288|alejandro.feely@nomura.com||) <afeely2@bloomberg.net>;
NOMURA/ GEIGER (3617|NOMURA SECURITIES IN|12335|6567396||)
<mgeiger4@bloomberg.net>; AMIT RAMETRA (3617|NOMURA SECURITIES
IN|12335|6570185|AMIT.RAMETRA@nomura.com||) <arametra2@bloomberg.net>;
BOB BURNS (|GLENVIEW CAPITAL MAN|bburns@glenviewcapital.com)
<bburns14@bloomberg.net>; BRETT OLSON (|NOMURA
INTERNATIONAL|brett.olson@nomura.com) <brettolson@bloomberg.net>; DANA
LEVENTHAL (|NOMURA INTERNATIONAL|dana.leventhal@nomura.com)
<dleventhal3@bloomberg.net>; ENRIQUE MARIN (|NOMURA INTL PLC (MAD)
<emarin8@bloomberg.net>; ROB RILEY (|HSBC GLOBAL ASSET
MA|rob.riley@halbis.com) <rriley6@bloomberg.net>; DIEGE DORSEY
(|PIMCO|DIEGEKDORSEY@YAHOO.COM) <ddorsey1@bloomberg.net>;
MOHAMMED JAMAL (|RESOURCE EUROPE
MANA|MJamal@RESOURCEAMERICA.COM) <mjamal8@bloomberg.net>; PETER
BUTLER (3617|NOMURA SECURITIES
IN|30048208|6609942|Peter.Butler.1@nomura.com||) <pbutler15@bloomberg.net>;
ROSS HELLER (3617|NOMURA SECURITIES
IN|12335|6612175|ross.heller@nomura.com||) <rheller7@bloomberg.net>; JORDAN
RIEGER (|MONARCH ALTERNATIVE|jordanErieger@gmail.com)
<jrieger8@bloomberg.net>; BH ABS (|DW INVESTMENT
MANAGE|george.konaris@dwinvestmentmanagement.com) <bhabs@bloomberg.net>;
ANNIE LEE (3617|NOMURA SECURITIES
IN|12335|6642120|Hyeannie.Lee@nomura.com||) <alee267@bloomberg.net>; STEVEN
AMMANN (3617|NOMURA SECURITIES
IN|12335|6659761|STEVEN.AMMANN@nomura.com||) <sammann1@bloomberg.net>;
ROBERT ARSLANIAN (3617|NOMURA SECURITIES
IN|12335|6664680|ROBERT.ARSLANIAN@nomura.com||)
<rarslanian@bloomberg.net>; BRENT HERBERT (3617|NOMURA SECURITIES

IN|12335|6687037|BRENT.HERBERT@nomura.com||) <bherbert4@bloomberg.net>; ADAM HENICK (|ANGELO, GORDON & CO.|ahenick@angelogordon.com) <ahenick2@bloomberg.net>; JIN IM (3617|NOMURA SECURITIES IN|397940|6705694|jin.im@nomura.com||) <jim11@bloomberg.net>; TOM MOWL (|CHALLENGER GROUP SER|tmowl@structuredcredit.challengergroup.co.uk) <tmowl@bloomberg.net>; OHMSATYA RAVI (3617|NOMURA SECURITIES IN|30078917|6715795|OHMSATYA.RAVI@nomura.com||) <rohmsatya@bloomberg.net>; KEN SHINODA (|DOUBLELINE CAPITAL L|ken.shinoda@doubleline.com) <k.shinoda@bloomberg.net>; VITALIY LIBERMAN (|DOUBLELINE CAPITAL L|vitaliy.liberman@doubleline.com) <v.liberman@bloomberg.net>; SCOTT AUSTIN (|TRUST COMPANY OF THE|scott.austin@aya.yale.edu) <saustin9@bloomberg.net>; PATRICK AHN (|TRUST COMPANY OF THE|pat.ahn@tcw.com) <pahn10@bloomberg.net>; BRIAN LOO (|TRUST COMPANY OF THE|brian.loo@tcw.com) <bloo11@bloomberg.net>; MITCH FLACK (|TRUST COMPANY OF THE|MITCH.FLACK@TCW.COM) <mflack4@bloomberg.net>; HARRISON CHOI (|TRUST COMPANY OF THE|harrison.choi@tcw.com) <hchoi39@bloomberg.net>; VINCE FIORILLO (|DOUBLELINE CAPITAL L|vincent.fiorillo@doubleline.com) <v.fiorillo@bloomberg.net>; AUSTIN MCNURLEN (|CREDIT SUISSE SECURI|austin.mcnurlen@credit-suisse.com) <amcnurlen@bloomberg.net>; MICHAEL LEE (|DOUBLELINE CAPITAL L|michael.lee@doubleline.com) <m.lee6@bloomberg.net>; ANKUR MEHTA (3617|NOMURA SECURITIES IN|30078917|6726342|ankur.mehta@nomura.com||) <amehta53@bloomberg.net>; ANDREW HSU (|DOUBLELINE CAPITAL L|andrew.hsu@doubleline.com) <a.hsu1@bloomberg.net>; BRYAN WHALEN (|TRUST COMPANY OF THE|bryan.whalen@tcw.com) <bwhalen1@bloomberg.net>; PHILLIP DOMINGUEZ (|TRUST COMPANY OF THE|phil.dominguez@tcw.com) <pdominguez7@bloomberg.net>; DHIVYA KRISHNA (3617|NOMURA SECURITIES IN|30078917|6743064|DHIVYA.KRISHNA@nomura.com||) <dkrishna5@bloomberg.net>; PAUL SIBIANU (|IKB DEUTSCHE INDUSTR|paul.suciu-sibianu@ikb.de) <psibianu1@bloomberg.net>; KOEN WEEMAES (|ROYAL PARK INVESTMEN|koen.weemaes@royalparkinvestments.com) <kweemaes1@bloomberg.net>; JOE STEFANIK (3617|NOMURA SECURITIES IN|12335|6788738|Joe.Stefanik@nomura.com||) <jstef2@bloomberg.net>; MAHESH RAGHAVENDRA (3617|NOMURA SECURITIES IN|12335|6805329|Mahesh.Raghavendra@nomura.com||) <mraghavendr2@bloomberg.net>; JAMES BALLENTINE (|RIVER BIRCH CAPITAL|jballentine@riverbirchcap.com) <jmb3@bloomberg.net>; KYLE BRENNAN (|UBS SECURITIES LLC|kyle.brennan@ubs.com) <kbrennan10@bloomberg.net>; BRYAN WULFSOHN (|MFA FINANCIAL INC|bwulf@mfa-reit.com) <bwulfsohn1@bloomberg.net>; MICHAEL PASCUMA (3617|NOMURA SECURITIES IN|12335|6867572|Michael.Pascuma@nomura.com||) <mpascuma1@bloomberg.net>; NANCY DE LIBAN (|ATHENE ASSET MANAGEM|ndeliban@westpat.com) <ndeliban1@bloomberg.net>; JERZY BURMICZ (|BARCLAYS CAPITAL SER|jerzy.burmicz@barcap.com) <jburmicz@bloomberg.net>; NOMURA MTGS (3617|NOMURA SECURITIES IN|12335|6907690|Jason.Huey@nomura.com||) <stefanik-hue@bloomberg.net>; RUIQI WANG (|NOMURA INTERNATIONAL|ruiqi.wang@nomura.com) <rwang90@bloomberg.net>; MICHAEL MURRAY (3617|NOMURA SECURITIES IN|12335|6929059|Michael.Murray@nomura.com||) <mmurray40@bloomberg.net>;

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00029363

SEAN XIE (3617|NOMURA SECURITIES
IN|30078917|6929123|sean.xie@nomura.com||) <sexie@bloomberg.net>; JEFF STAAB
(|ATHENE ASSET MANAGEM|jstaab@westpat.com) <staab1@bloomberg.net>;
MICHAEL BELLINI (3617|NOMURA SECURITIES
IN|12335|6940763|michael.bellini@nomura.com||) <mbellini6@bloomberg.net>; ERIC
HOROWITZ (3617|NOMURA SECURITIES
IN|12335|6940823|Eric.Horowitz@nomura.com||) <ehorowitz5@bloomberg.net>; WILL
BOARDMAN (3617|NOMURA SECURITIES
IN|30097387|6951283|WILL.BOARDMAN@nomura.com||)
<wboardman1@bloomberg.net>; AHSIM KHAN (|BREVAN HOWARD
INVEST|ahsim.khan@brevanhoward.com) <akhan112@bloomberg.net>; PAUL
NIKODEM (3617|NOMURA SECURITIES
IN|30078917|6979566|PAUL.NIKODEM@nomura.com||)
<pnikodem2@bloomberg.net>; JACK KATTAN (3617|NOMURA SECURITIES
IN|12335|6982475|jack.kattan@nomura.com||) <jkattan5@bloomberg.net>; DAVID
DOAN (|TRUST COMPANY OF THE|david.doan@tcw.com)
<david.doan@bloomberg.net>; SCOTT TATE (|CITIGROUP GLOBAL
MAR|scott.tate@citi.com) <state5@bloomberg.net>; KUSHAGRA PANT (|NOMURA
SINGAPORE LIM|kushagra.pant@nomura.com) <kpant2@bloomberg.net>; MICHAEL
S MILLER (3617|NOMURA SECURITIES
IN|12335|7009170|michael.miller@nomura.com||) <mmiller117@bloomberg.net>;
JUSTIN WEINBERG (3617|NOMURA SECURITIES
IN|12335|7022990|Justin.Weinberg@nomura.com||) <jweinberg7@bloomberg.net>;
JORDAN MILMAN (|LIBREMAX CAPITAL LLC|jmilman@libremax.com)
<j.milman@bloomberg.net>; EDWARD CHAI (|HENDERSON GLOBAL
INV|edward.chai@henderson.com) <echai3@bloomberg.net>; F GREG HERTRICH
(3617|NOMURA SECURITIES IN|12335|7028874|Greg.Hertrich@nomura.com||)
<fhertrich1@bloomberg.net>; YEW CHUAN SIM (|NOMURA SINGAPORE
LIM|yewchuan.sim@nomura.com) <ycsim@bloomberg.net>; TOM DVORAK
(3617|NOMURA SECURITIES IN|30048208|7039006|tom.dvorak@nomura.com||)
<tdvorak6@bloomberg.net>; EUGENE XU (|LIBREMAX CAPITAL
LLC|exu@libremax.com) <e.xu@bloomberg.net>; ROBERT SHUGRUE (|REDTOP
INVESTORS LLC|robert.shugrue@retopinvestors.com) <rshugrue2@bloomberg.net>;
WALTER RICARDO (3617|NOMURA SECURITIES
IN|30078297|7056196|Santos.Ricardo@nomura.com||) <sricardo@bloomberg.net>; ELI
GOLDSCHMIEDT (3617|NOMURA SECURITIES
IN|12335|7072738|ELI.GOLDSCHMIEDT@NOMURA.COM||)
<egold10@bloomberg.net>; GREG LIPPMANN (|LIBREMAX CAPITAL LLC)
<g.lippmann@bloomberg.net>; SHIKA SARAF (|HUDSON
ADVISORS|ssaraf@hudson-advisors.com) <ssaraf11@bloomberg.net>; TSUTOMU
GOTO (|NOMURA SECURITIES CO|tsutomu.goto@nomura.com)
<tgoto18@bloomberg.net>; GINO RAMADI (|TILDEN PARK
CAPITAL|gramadi@tildenparkcapital.com) <gramadi3@bloomberg.net>; KEJIAN WU
(|AURELIUS CAPITAL MAN|kwu@aurelius-capital.com) <kwu53@bloomberg.net>;
NED HARE (3617|NOMURA SECURITIES
IN|30045462|7117319|Edward.Hare@nomura.com||) <ehare1@bloomberg.net>; ISHA
SINWER (3617|NOMURA SECURITIES
IN|12335|7155576|Isha.Sinwer@nomura.com||) <isinwer@bloomberg.net>; SRIRAM
SUMAITHANGI (|AURORA BANK FSB|sriram.sumaithangi@aurorabankfsb.com)
<ssumaithang1@bloomberg.net>; NATE WEBER (3617|NOMURA SECURITIES
IN|12335|7166155|Nathaniel.Weber@nomura.com||) <nweber11@bloomberg.net>;

PATRICK BENNETT (|AURELIUS CAPITAL MAN|pbennett@aurelius-capital.com) <pbennett23@bloomberg.net>; SERENE SEAH (|NOMURA SINGAPORE LIM|SERENE.SEAH@NOMURA.COM) <sseah20@bloomberg.net>; JUSTIN RYAN (|CQS (UK) LLP|Justin.Ryan@cqsm.com) <jryan78@bloomberg.net>; SCOTT BAREK (3617|NOMURA SECURITIES IN|12335|7178458|Scott.Barek@nomura.com||) <sbarek1@bloomberg.net>; JASON RAYMAN (3617|NOMURA SECURITIES IN|12335|7178466|Jason.Rayman@nomura.com||) <jrayman3@bloomberg.net>; JOHN FLEISHER (3617|NOMURA SECURITIES IN|12335|7181223|john.fleisher@nomura.com||) <jfleisher2@bloomberg.net>; JIMMY YE (|NOMURA INTERNATIONAL|jimmy.ye@nomura.com) <jye23@bloomberg.net>; PATRICK QUINN (3617|NOMURA SECURITIES IN|12335|7196497|PATRICK.QUINN@nomura.com||) <pquinn34@bloomberg.net>; MICHAEL PAPA (3617|NOMURA SECURITIES IN|12335|7196549|Michael.Papa@nomura.com||) <mpapa5@bloomberg.net>; DESHAW ABS D E SHAW & CO., L.P. (|D E SHAW & CO., L.P.) <dd e shaw &@bloomberg.net>; SAKAE ISHII (|NOMURA SECURITIES CO|sakae.ishii.1@nomura.com) <sishii8@bloomberg.net>; JEFFRY TESSIATORE (3617|NOMURA SECURITIES IN|30044208|7210044|JEFFRY.TESSIATORE@nomura.com||) <jtessiatore4@bloomberg.net>; MATTHEW MARION (3617|NOMURA SECURITIES IN|30043759|7210092|matthew.marion@nomura.com||) <mmarion4@bloomberg.net>; LUNA FEDERICI (|GLENVIEW CAPITAL MAN|luna@glenviewcapital.com) <lfederici@bloomberg.net>; LOUISE WALEWSKA (|HSBC, TSY & CAP MKTS|louise.walewska@halbis.com) <lwalewska1@bloomberg.net>; GREGORY CIGNARELLA (3617|NOMURA SECURITIES IN|12335|7235071|gregory.cignarella@nomura.com||) <gcignarella@bloomberg.net>; JUSTIN KAYSE (3617|NOMURA SECURITIES IN|30048208|7264067|JUSTIN.KAYSE@nomura.com||) <jkayse2@bloomberg.net>; SATYA CHAKRAVARTY (|BLACKROCK FINANCIAL|satya.chakravarty@blackrock.com) <chakravarty@bloomberg.net>; MICHAEL JONES (3617|NOMURA SECURITIES IN|12335|7276719|MICHAEL.JONES@nomura.com||) <michaeljones@bloomberg.net>; BOBBY XU (|MCL CORPORATION|bobby.xu@maverickcap.com) <bxu32@bloomberg.net>; CRAIG SEDAKA (|LIBREMAX CAPITAL LLC) <c.sedaka@bloomberg.net>; CONOR O'CALLAGHAN (3617|NOMURA SECURITIES IN|12335|7292581|Conor.Ocallaghan@nomura.com||) <cocallaghan3@bloomberg.net>; MANISH POTTI (|ONE WILLIAM STREET C|mpotti@owslp.com) <mpotti2@bloomberg.net>; INDRANIL MAJUMDAR (|MOORE CAPITAL MANAGE|indranil.majumdar@moorecap.com) <imajumdar2@bloomberg.net>; VINAY KHANDELWAL (|HUDSON ADVISORS|vkhandelwal@hudson-advisors.com) <vkhandelwal7@bloomberg.net>; FRED BRETTSCHNEIDER (|LIBREMAX CAPITAL LLC) <f.brett@bloomberg.net>; CALEB CHAO (3617|NOMURA SECURITIES IN|12335|7321155|caleb.chao@nomura.com||) <ccaleb@bloomberg.net>; CHARLES WALSH (3617|NOMURA SECURITIES IN|12335|7321179|CHARLES.WALSH@nomura.com||) <cwalsh31@bloomberg.net>; BRENDAN MCNAMARA (3617|NOMURA SECURITIES IN|12335|7321211|Brendan.McNamara@nomura.com||) <bmcnamara8@bloomberg.net>; MARK LEVECK (3617|NOMURA SECURITIES IN|12335|7321287|mark.leveck@nomura.com||) <mleveck3@bloomberg.net>; ARUN MANOHAR (3617|NOMURA SECURITIES IN|30078917|7322852|ARUN.MANOHAR@nomura.com||)

<amanohar1@bloomberg.net>; SHANGZHENG CHEN (|LIBREMAX CAPITAL
LLC|schen@libremax.com) <s.chen12@bloomberg.net>; TIMOTHY WILKINSON
(|AURORA BANK FSB|timothy.wilkinson@aurorabankfsb.com)
<twilkinson12@bloomberg.net>; NICOLAS BORREMAN (|ROYAL PARK
INVESTMEN|nicolas.borreman@royalparkinvestments.com)
<nborreman@bloomberg.net>; SONIA BENAROUCH (|BANQUE NOMURA
FRANCE|sonia.benarouch@nomura.com) <sbenarouch1@bloomberg.net>; KEVIN
MERRICK (|NATIONAL AUSTRALIA B|KEVIN.MERRICK@NABNY.COM)
<kmerrick3@bloomberg.net>; RMBS DOUBLELINE CAPITAL L (|DOUBLELINE
CAPITAL L) <rdoubleline@bloomberg.net>; STEVE YANG (3617|NOMURA
SECURITIES IN|12335|7517459|steve.yang@nomura.com||)
<syang134@bloomberg.net>; NIRAV VYAS (3617|NOMURA SECURITIES
IN|12335|7517475|Nirav.Vyas@nomura.com||) <nvyas5@bloomberg.net>; PORTER
ORLIN ABS PORTER ORLIN LLC (|PORTER ORLIN LLC)
<pporterorli@bloomberg.net>; ALEX SIROKY (|ATHENE ASSET
MANAGEM|siroky@athenellc.com) <asiroky2@bloomberg.net>; COLIN GROSHONG
(|MARINER INVESTMENT|cgroshong@marinercapital.com)
<cgroshong@bloomberg.net>; HAYMAN ADVISORS (|HAYMAN CAPITAL
MANAG) <haymancap@bloomberg.net>; JEREMY ANDREW SHOR (|PAMLI
CAPITAL MANAGE|jeremy.shor@pamlicapital.com) <jshor5@bloomberg.net>;
DENIS STRUC (|HENDERSON GLOBAL INV|denis.struc@henderson.com)
<dstruc1@bloomberg.net>; BOGDAN LUPU (|BLACKROCK FINANCIAL)
<blupu@bloomberg.net>; PIETER BOLLAERTS (|ROYAL PARK
INVESTMEN|pieter.bollaerts@royalparkinvestments.com)
<pbollaerts1@bloomberg.net>; AUGUSTUS ODENA (|MILLENNIUM FIXED
INC|aodena@mlp.com) <aodena@bloomberg.net>; CHEN CHEN (|MARATHON
ASSET MANAG|cchen@marathonfund.com) <cchen287@bloomberg.net>;
MATTHEW JACOBSON (3617|NOMURA SECURITIES
IN|30097387|7768654|Matthew.jacobson@nomura.com||)
<mjacobson15@bloomberg.net>; SANDOR HAU (3617|NOMURA SECURITIES
IN|12335|7768666|sandor.hau@nomura.com||) <shau10@bloomberg.net>; MARTIN
DAVIES (|CQS (UK) LLP|martin.davies@cqsm.com) <mdavies37@bloomberg.net>;
MARK HANNAN (|HUDSON ADVISORS UK L|mhannan@hudson-advisors.co.uk)
<mhannan1@bloomberg.net>; FORTRESSABS FIG LLC (|FIG LLC)
<ffigllc@bloomberg.net>; AARON PAS (|AMERICAN CAPITAL
LTD|aaron.pas@agnc.com) <apas1@bloomberg.net>; ROBERT MORO (|REDTOP
INVESTORS LLC|robert.moro@me.com) <rmoro3@bloomberg.net>; ROBERT
GRAHAM (|ATHENE ASSET MANAGEM|robertgraham@athenellc.com)
<rgraham34@bloomberg.net>; TARA VENKATESH (|ANGELO, GORDON &
CO.|tvenkatesh@angelogordon.com) <tvenkatesh5@bloomberg.net>; MONICA
ONISICK (3617|NOMURA SECURITIES
IN|30078297|7973095|Monica.Onisick@nomura.com||) <monisick2@bloomberg.net>;
RAJAT ROHAILLA (|RESOURCE EUROPE MANA|rrohailla@resourceamerica.com)
<rrohailla3@bloomberg.net>; DAVID KASHETTA (3617|NOMURA SECURITIES
IN|12335|8005025|david.kashetta@nomura.com||) <dkashetta2@bloomberg.net>;
RICHARD LANDREMAN (3617|NOMURA SECURITIES
IN|30078917|8012661|richard.landreman@nomura.com||)
<rlandreman2@bloomberg.net>; JEFF WINKLER (|AMERICAN CAPITAL
LTD|jeffrey.winkler@agnc.com) <jwinkler15@bloomberg.net>; IAN GLASTEIN
(|MONARCH ALTERNATIVE|ian.glastein@monarchlp.com)
<iglastein2@bloomberg.net>; VIVIEN HUANG (|JP MORGAN CHASE

BANK|vivien.huang@jpmorgan.com) <vhuang22@bloomberg.net>; FORCHI CHEN
(|MILLENNIUM FIXED INC|forchi.chen@mlp.com) <fchen64@bloomberg.net>;
ADRIAN SMITH (|AURELIUS CAPITAL MAN|asmith@aurelius-capital.com)
<asmith256@bloomberg.net>; SOOHUCK CHUN (|HUDSON
ADVISORS|Schun@hudson-advsiors.com) <schun16@bloomberg.net>; DAVID
ALBRYCHT (|NEWFLEET ASSET MANAG|david.albrycht@newfleet.com)
<dalbrycht@bloomberg.net>; NICK RINALDI (|NEWFLEET ASSET
MANAG|nick.rinaldi@newfleet.com) <nrinaldi1@bloomberg.net>; ANDREW SZABO
(|NEWFLEET ASSET MANAG) <aszabo7@bloomberg.net>; PETER WALLACH (|OZ
MANAGEMENT LP|peter.wallach@ozcap.com) <pwallach5@bloomberg.net>; RAJAT
MALHOTRA (|ONE WILLIAM STREET C|rmalhotra@owslp.com)
<malhotraraj@bloomberg.net>; JESS WANG (|MKP CAPITAL
MANAGEME|jwang@mkpcap.com) <jwang522@bloomberg.net>; NAMIT SINHA
(3617|NOMURA SECURITIES IN|12335|8092157|namit.sinha@nomura.com||)
<nsinha13@bloomberg.net>; ED LEE (3617|NOMURA SECURITIES
IN|12335|8106681|Edwin.Lee@nomura.com||) <elee292@bloomberg.net>; TAPISH
KUSHWAHA (|ANGELO, GORDON & CO.|tapishkushwaha@gmail.com)
<tkushwaha1@bloomberg.net>; PRASHANT SWAMINATHAN (|LIBREMAX
CAPITAL LLC|pswaminathan@libremax.com) <pswaminatha3@bloomberg.net>;
KAIZAD JEHANGIR (|HUDSON ADVISORS|kjehangir@hudson-advisors.com)
<kjehangir2@bloomberg.net>; ANKIT-K GARG (|DEUTSCHE CIB CENTRE|ANKIT-
K.GARG@DB.COM) <gargank.mbdb@bloomberg.net>; REHANA WIJENAYAKE
(3617|NOMURA SECURITIES IN|12335|8217958|Rehana.Wijenayake@nomura.com||)
<rwijenayake2@bloomberg.net>; RONI SACKS (|GOLDMAN, SACHS &
CO.|roni.sacks@gs.com) <rsacks2@bloomberg.net>; TIM MCLAUGHLIN
(|AURELIUS CAPITAL MAN|tmclaughlin@aurelius-capital.com)
<tmclaughli32@bloomberg.net>; SIDDHARTH JOSHI (3617|NOMURA SECURITIES
IN|12335|8264777|Siddharth.Joshi1@nomura.com||) <sjoshi57@bloomberg.net>;
JACKIE WONG (|NOMURA INTERNATIONAL|jackie.wong@nomura.com)
<jackiewong@bloomberg.net>; WEI JIN (|JP MORGAN CHASE
BANK|wei.jin@jpmorgan.com) <wjin12@bloomberg.net>; DANIEL HE
(|PIMCO|daniel.he@pimco.com) <dhe16@bloomberg.net>; MATTHEW
AMALFITANO (3617|NOMURA SECURITIES
IN|12335|8318473|Matthew.Amalfitano@nomura.com||)
<mamalfitano@bloomberg.net>; SAMUEL OHER (3617|NOMURA SECURITIES
IN|12335|8318513|Samuel.Oher@nomura.com||) <soher@bloomberg.net>; JOHN
LAMENDOLA (3617|NOMURA SECURITIES
IN|12335|8333845|john.lamendola@nomura.com||) <jlamendola4@bloomberg.net>;
CHELSEA ANDREWS (3617|NOMURA SECURITIES
IN|12335|8360454|Chelsea.Andrews@nomura.com||) <candrews22@bloomberg.net>;
CHRISTY PALUF (3617|NOMURA SECURITIES
IN|12335|8362762|Christy.Paluf@nomura.com||) <cpaluf2@bloomberg.net>; MICHAEL
CHEN (3617|NOMURA SECURITIES
IN|12335|8369787|Michael.Chen@nomura.com||) <mchen230@bloomberg.net>;
KRISTIN MCNELIS (3617|NOMURA SECURITIES
IN|12335|8369811|Kristin.McNelis@nomura.com||) <kmcnelis@bloomberg.net>;
JEREMY FELDMAN (3617|NOMURA SECURITIES
IN|12335|8370855|Jeremy.Feldman@nomura.com||) <jfeldman33@bloomberg.net>;
JINWOO CHUNG (|SAB CAPITAL MANAGEME|jchung@sabcapital.com)
<jchung127@bloomberg.net>; ALAR RANDMERE (|STORMHARBOUR
SECURIT|Alar.Randmere@stormharbour.com) <arandmere3@bloomberg.net>; ERIC

NSI00029367

SCHNEIDER (|OMEGA ADVISORS INC.|eschneider@omega-advisors.com)
<eschneider15@bloomberg.net>; ADAM PAGH (3617|NOMURA SECURITIES
IN|30048208|8439673|adam.pagh@nomura.com||) <apagh2@bloomberg.net>; KUNAL
SINGAL (3617|NOMURA SECURITIES
IN|12335|8448297|Kunal.Singal@nomura.com||) <ksingal1@bloomberg.net>;
NICHOLAS MENZIES (|H/2 CAPITAL PARTNERS|nmenzies@h2cp.com)
<nmenzies2@bloomberg.net>; LEWIS MEYERS (3617|NOMURA SECURITIES
IN|12335|8574465|Lewis.Meyers@nomura.com||) <lmeyers9@bloomberg.net>;
PAXTON FLESHER (|HUDSON ADVISORS|pflesher@hudson-advisors.com)
<pwflesher@bloomberg.net>; JESSE LITVAK (|FREE
TRIAL|LITVAKJ@GMAIL.COM) <jlitvak2@bloomberg.net>; PHIL HERMANN
(|PINE RIVER CAPITAL M|phil.hermann@prcm.com) <phermann8@bloomberg.net>;
GLEN GREELEY (|MILLENNIUM PARTNERS|glgreeley@mlp.com)
<ggreeley4@bloomberg.net>; KATHY SONG (3617|NOMURA SECURITIES
IN|12335|8792849|kathy.song@nomura.com||) <ksong15@bloomberg.net>; FENG
WANG (|CERBERUS CAPITAL MAN|fwang@cerberuscapital.com)
<fwang114@bloomberg.net>; KISHORE YALAMANCHILI (|KARYA CAPITAL
MANAGE|kishore.yalamanchili@karyacapital.com) <kishore1@bloomberg.net>;
NATHANIEL HOURI (|CHALLENGER GROUP SER|nhouri@challengergroup.co.uk)
<nhouri@bloomberg.net>; DAVID WU (|OZ MANAGEMENT
LP|david.wu@ozcap.com) <dwu132@bloomberg.net>; PAUL ROOS (|WHITEBOX
ADVISORS, L|proos@whiteboxadvisors.com) <proos3@bloomberg.net>; STEVEN
SASSON (|ANCHORAGE CAPITAL GR|ssasson@anchoragecap.com)
<ssasson9@bloomberg.net>; ALEX HODER (|MORGAN
STANLEY|alexander.hoder@morganstanley.com) <ahoder1@bloomberg.net>; SUET
LAU (|SOVARNUM CAPITAL LP|suet@sovarnum.com) <sflau@bloomberg.net>;
MADHURI IYER (|SOVARNUM CAPITAL LP|madhuri@sovarnum.com)
<miyer12@bloomberg.net>; OLGA GORODETSKY (|SOVARNUM CAPITAL
LP|olga@sovarnum.com) <ogorodetsky2@bloomberg.net>; JAY DELONG
(|SOVARNUM CAPITAL LP) <jdelong2@bloomberg.net>; VIKAS
SHILPIEKANDULA (|SOVARNUM CAPITAL LP|vikas@sovarnum.com)
<vshilpi3@bloomberg.net>; MICHAEL DEPIETRO (|BHR CAPITAL
LLC|mdepietro@bhrcap.com) <mdepietro3@bloomberg.net>; ANTHONY CONTESSA
(|FREE TRIAL|anthony.contessa@secondbridgecapital.com)
<acontessa1@bloomberg.net>; DAVID SHAW (|FREE
TRIAL|david.shaw@secondbridgecapital.com) <dshaw35@bloomberg.net>; AMIT
SENAPATY (|DW INVESTMENT MANAGE|amit.senapaty@dwim.us)
<asenapaty3@bloomberg.net>; GLENN PERILLO (|LIBREMAX CAPITAL
LLC|gperillo@libremax.com) <gperillo3@bloomberg.net>; ABS2 ()
<abs2@ohpny.com>; ANDREW.SZABO () <andrew.szabo@newfleet.com>; BONDS ()
<bonds@credentiagroup.com>; CIO.STRUCTURED.PRODUCTS ()
<cio.structured.products@jpmchase.com>; KIM.NGUYEN ()
<kim.nguyen@pimco.com>; MCHACOS () <mchacos@challengergroup.co.uk>;
NICK.RINALDI () <nick.rinaldi@newfleet.com>; RESEARCH ()
<research@hvstrategies.com>; RMBSOPPORTUNITIES ()
<rmbsopportunities@marathonfund.com>; STRUCTURED-BIDOFFERS () <structured-
bidoffers@union-investment.de>; THOMAS.JONDEAU () <thomas.jondeau@axa-
im.com>; THORSTEN.WINGENROTH () <thorsten.wingenroth@lbbw.de>;
TPCMLISTS () <tpcmlists@tildenparkcapital.com>; TRADING ()
<trading@onewilliamstreet.com>; MBSTA () <mbsta@nomura.com>; JEREMY
SHEAN (3617|NOMURA SECURITIES

IN|12335|7321207|Jeremy.Shean@nomura.com||) <jshean@bloomberg.net>; BRIAN
SULLIVAN (3617|NOMURA SECURITIES
IN|12335|8370839|brian.sullivan2@nomura.com||) <bsullivan48@bloomberg.net>;
JOSEPH SIKOSCOW (3617|NOMURA SECURITIES
IN|12335|7011010|joseph.sikoscow@nomura.com||) <jsikoscow3@bloomberg.net>;
FRANK BRUZESE (3617|NOMURA SECURITIES
IN|12335|7941020|frank.bruzese@nomura.com||) <fbruzese1@bloomberg.net>;
MICHELLE WILLIAMSON (3617|NOMURA SECURITIES
IN|12335|8370723|Michelle.Williamson@nomura.com||)
<mwilliamso30@bloomberg.net>; MICHAEL CUDZIL (3617|NOMURA SECURITIES
IN|12335|6564555|michael.cudzil@nomura.com||) <mcudzil2@bloomberg.net>;
ANDREW KENT (3617|NOMURA SECURITIES
IN|12335|8218014|Andrew.Kent@nomura.com||) <akent15@bloomberg.net>;
STEPHANO DUBUC (3617|NOMURA SECURITIES
IN|12335|8374908|stephano.dubuc@nomura.com||) <sdubuc4@bloomberg.net>; JEFF
GELBAND (3617|NOMURA SECURITIES
IN|12335|8782229|Jeffrey.Gelband@nomura.com||) <jgelband@bloomberg.net>;
EDWARD WALSH (3617|NOMURA SECURITIES
IN|12335|6502592|EDWARD.WALSH@nomura.com||) <ewalsh14@bloomberg.net>;
NOMURA CMO (3617|NOMURA SECURITIES
IN|12335|6635474|gulpreet.singh@nomura.com||) <ncmo@bloomberg.net>; NOMURA
MBS DERIV (3617|NOMURA SECURITIES
IN|12335|7013115|David.Lindley@nomura.com||) <nmbsderiv@bloomberg.net>;
ERICH HAMEL (3617|NOMURA SECURITIES
IN|397940|7055320|Erich.Hamel@nomura.com||) <ehamel6@bloomberg.net>;
TREVOR NEDERLOF (3617|NOMURA SECURITIES
IN|397940|8363074|trevor.nederlof@nomura.com||) <tnederlof1@bloomberg.net>;
THOMAS HAWKINS (3617|NOMURA SECURITIES
IN|12335|8369835|Thomas.Hawkins@nomura.com||) <thawkins13@bloomberg.net>;
SAM OBRIEN (3617|NOMURA SECURITIES
IN|12335|8344789|Samuel.Obrien@nomura.com||) <sobrien33@bloomberg.net>; JOHN
KELLER (3617|NOMURA SECURITIES
IN|12335|6556729|JOHN.KELLER@nomura.com||) <jkeller20@bloomberg.net>;
JASON PELLETIER (3617|NOMURA SECURITIES
IN|12335|8369823|Jason.Pelletier@nomura.com||) <jpelletier9@bloomberg.net>;
CLAIRE STEINGLASS (3617|NOMURA SECURITIES
IN|12335|8147845|Claire.Steinglass@nomura.com||) <csteinglass1@bloomberg.net>;
RYAN PLANTZ (3617|NOMURA SECURITIES
IN|12335|8338856|Ryan.Plantz@nomura.com||) <rplantz2@bloomberg.net>

**Subject:**     SUBPRIME TRADE POSTS…

---

SUBPRIME TRADE POSTS…

TRADING:

8.1/8.1MM    MABS 2005-WF1 M1

9.2/9.2MM    MSAC 2005-WMC6 M2

7.2/7.2MM    PPSI 2004-WWF1 M3

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

3.4/3.4MM   CMLTI 2005-OPT3 M2

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00029370

Exhibit 6

| | |
|---|---|
| **From:** | BRENDAN MCNAMARA (3617\|NOMURA SECURITIES IN\|12335\|7321211\|Brendan.McNamara@nomura.com\|\|) <bmcnamara8@bloomberg.net> |
| **Sent:** | Wednesday, December 21, 2011 2:53 PM |
| **To:** | |
| **Bcc:** | ERIC MARKS (\|ELLINGTON MANAGEMENT\|EMARKS@ELLINGTON.COM) <ericmarks@bloomberg.net> |
| **Subject:** | * VCON TICKET * |

---

```
              * VCON TICKET *
TRADER: BRENDAN MCNAMARA              CUSIP: 466278AR9
SELLS:    16,699,000 of JPALT 2007-A2 2A1  5.14758%  05/25/37
PRICE:  38.5000000 assuming CPR= 18.0   YTM:  30.460  AL= 5.69YR
SETTLE: 12/27/11 [Tue]  Accrual Pd: 12/01/11 - 12/31/11 Monthly
              Next Payment: 01/25/12 (24 day delay)
** Curr Face   $  11,169,226.34 <Nov11  Factor  0.6688560000>
PRINCIPAL VAL  $   4,300,152.14
+ 26 Days ACC  $      41,523.79 !ASSUMED: Dec11 coupon unknown
= TOTAL FUNDS  $   4,341,675.93 **
< TRADE NOTES: NOMURA SELLS TO ELLINGTON. THANKS FOR THE TR   >
< ADE ERIC/TYLER                          >
```

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

Exhibit 7

| | |
|---|---|
| **From:** | CHRISTOPHER DEL COL (3617\|NOMURA SECURITIES IN\|30045462\|6567260\|CHRISTOPHER.DELCOL@nomura.com\|\|) <cdelcol3@bloomberg.net> |
| **Sent:** | Tuesday, May 1, 2012 4:44 PM |
| **To:** | |
| **Bcc:** | AADIL ABBAS (\|HARTFORD INVESTMENT\|aadil.abbas@himco.com) <aabbas20@bloomberg.net> |
| **Subject:** | * VCON TICKET * |

```
            * VCON TICKET *
TRADER: CHRISTOPHER DEL COL          CUSIP: 70069FDL8
SELLS:    12,300,000 of PPSI 2004-WWF1 M3   0.97875%  12/25/34
PRICE: 79.0625000 assuming CPR= 8.0   YTM:  8.462  AL= 3.36YR
SETTLE: 05/04/12 [Fri]   Accrual Pd: 04/25/12 - 05/24/12 Monthly
            Next Payment: 05/25/12 ( 0 day delay)
*Formula: (1xLIBOR01M)+74BP. CAP=n/a  % FLOOR= 0.74%
PRINCIPAL VAL  $   9,724,687.50
+ 9 Days ACC  $    3,009.66 ✓ actual current coupon
= TOTAL FUNDS  $   9,727,697.16 **
< TRADE NOTES: NMR SELLS TO HIMCO (ABBAS)              >
<   CHAO                              >
```

CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.