UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | S1 No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO, | : | |
| MICHAEL GRAMINS and | : | July 8, 2016 |
| TYLER PETERS | : | |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING THE DEFENDANTS' COMPENSATION**

Defendants Ross Shapiro, Michael Gramins, and Tyler Peters respectfully move, pursuant to Federal Rules of Evidence 401 and 403, to preclude the government from offering any evidence at trial relating to the defendants' compensation at Nomura Securities International, Inc. ("Nomura") or at any financial institution at which they worked prior to Nomura.

WHEREFORE, for the foregoing reasons and those set forth in the accompanying Memorandum of Law, defendants respectfully request that the Court grant this Motion *in Limine*.

Respectfully submitted,

Dated: July 8, 2016

GREENBERG TRAURIG LLP

By: /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
*Attorneys for Michael Gramins*

PETRILLO KLEIN & BOXER LLP

By:   /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (212) 370-0391
    *Attorneys for Ross Shapiro*

ALSTON & BIRD LLP

By:   /s/ Brett D. Jaffe
    Brett D. Jaffe (PHV07701)
    90 Park Avenue
    15th Floor
    New York, NY 10016-1387
    Telephone: (212) 210-9400
    Facsimile: (212) 210-9444
    *Attorneys for Tyler Peters*

**CERTIFICATION OF SERVICE**

I hereby certify that on July 8, 2016, a copy of foregoing Motion *in Limine* to Exclude Evidence and Argument Regarding the Defendants' Compensation was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
July 8, 2016

 /s/ Marc L. Mukasey
Marc L. Mukasey (PHV07694)
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mukaseym@gtlaw.com