UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ROSS SHAPIRO, MICHAEL GRAMINS, AND TYLER PETERS. | ) <br> ) <br> ) CRIM NO. 3:15-CR-155 (RNC) <br> ) <br> ) <br> ) <br> ) July 8, 2016 <br> ) <br> ) <br> ) |

### DEFENDANTS' JOINT MOTION *IN LIMINE* TO EXCLUDE EVIDENCE THAT DEFENDANTS ACTED AS "AGENTS" OR "BROKERS" OR OWED ANY AGENCY DUTIES TO COUNTERPARTIES

Defendants Ross Shapiro, Michael Gramins, and Tyler Peters respectfully move this Court, pursuant to Rules 401 and 403 of the Federal Rules of Evidence, to prelude the government from introducing evidence that Defendants act as "agents" or "brokers" or owed any agency duties to counterparties, or any testimony that a witness perceived Defendants to be acting in an agency or quasi-agency capacity.

WHEREFORE, for each of the foregoing reasons and those set forth in the accompanying Memorandum of Law, Messrs. Shapiro, Gramins, and Peters respectfully request that the Court grant this Motion *in Limine*.

**ORAL ARGUMENT REQUESTED**

Dated: New York, New York
July 8, 2016

        Respectfully submitted,

**ALSTON & BIRD LLP**

By: */s/ Brett D. Jaffe*
    Brett D. Jaffe (PHV07701)
    Michael Brown (*pro hac vice* forthcoming)
    Joseph G. Tully (PHV07702)
    90 Park Avenue
    New York, NY  10016
    Telephone: (212) 210-9493
    Facsimile:  (212) 210-9444
    brett.jaffe@alston.com
    michael.brown@alston.com
    joe.tully@alston.com
    *Counsel for Tyler Peters*

**PETRILLO KLEIN & BOXER LLP**

By: */s/ Guy Petrillo*
    Guy Petrillo (CT19924)
    Josh Klein (PHV07748)
    Leonid Sandlar (PHV07700)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (212) 370-0391
    gpetrillo@pkbllp.com
    *Counsel for Ross Shapiro*

**GREENBERG TRAURIG LLP**

By: */s/ Marc L. Mukasey*
    Marc L. Mukasey (PHV07694)
    Greenberg Traurig LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400
    mukaseym@gtlaw.com
    *Counsel for Michael Gramins*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 8th day of July, 2016, a copy of the foregoing Motion *in Limine* to Exclude Evidence that Defendants Acted as "Agents" or "Brokers" or Owed Any Agency Duties to Counterparties was uploaded to and filed with the CM/ECF System for the United States District Court for the District of Connecticut, with a courtesy copy delivered via e-mail to the following counsel:

    Liam Brennan, Esq.
    Heather L. Cherry, Esq.
    Assistant U.S. Attorney
    U.S. Department of Justice
    District of Connecticut
    Connecticut Financial Center
    157 Church Street, Floor 25
    New Haven, Connecticut  06510


                                        /s/ *Brett D. Jaffe*
                                        Brett D. Jaffe (PHV07701)