Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.          RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: 2 hours 51 minutes   USPO _____ INTERPRETER _____

DATE: 10/26/16   START TIME: 10:09   END TIME: 1:00

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 15cr155 RNC          Deft # 1, 2 ,3

UNITED STATES OF AMERICA

vs

Shapiro, Gramins, Peters

Liam Brennan/Heather Cherry/Dave Novick

AUSA

Petrillo/ Klein/Mukasey/Frenchman/Sklaroff/Jaffe

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

Brown/Daily

## HEARING ON CRIMINAL MOTIONS

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒......# 160 | Deft 1, 2 & 3 | Motion exclude re compensation | | ☐ granted | ☐ denied | ☒ advisement |
| ☒......# 162 | Deft 1, 2 & 3 | Motion preclude re PPIP | | ☐ granted | ☐ denied | ☒ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | | ☐ granted | ☐ denied | ☐ advisement |
| ☒......# 166 | Govt's motion to preclude re fair market value | | | ☐ granted | ☐ denied | ☒ advisement |
| ☒......# 172 | Govt's motion regarding expert witnesses (see below) | | | ☒ granted | ☒ denied | ☐ advisement |
| ☒......# 249 | Govt's motion re: speedy trial | | | ☐ granted | ☐ denied | ☒ advisement |
| ☐......# | Govt's motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | | ☐ granted | ☐ denied | ☐ advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____   ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☒.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

# 172 - Expert disclosures due by November 11/30/16. Defts. need to disclose the substance of anticipated testimony.

If the parties need further hearing regarding sufficiency of disclosures, they may request a hearing with the Court before

the deadline for disclosures.

- Government to provide supplemental submission with proffer of evidence on compensation and passive investors.

- Ex-parte communications discussed with the parties.