Criminal Std (6/13/2012)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T.
RPTR/ECRO/TAPE: Warner, Darlene
USPO: _____
INTERPRETER: _____

TOTAL TIME: 2 hours 8 minutes
DATE: Apr 24, 2017    START TIME: 9:35    END TIME: 11:43

## COURTROOM MINUTES

- [ ] IA-INITIAL APPEAR
- [ ] BOND HRG
- [ ] CHANGE OF PLEA
- [ ] IN CAMERA HRG
- [ ] IA- RULE 5
- [ ] DETENTION HRG
- [ ] WAIVER/PLEA HRG
- [ ] COMPETENCY HRG
- [ ] ARRAIGNMENT
- [ ] PROBABLE CAUSE
- [ ] EXTRADITION HRG
- [ ] FORFEITURE
- [ ] CONFLICT HRG
- [ ] EVIDENTIARY HRG
- [x] STATUS CONF
- [x] MOTION HRG

re: Questionnaires

CRIMINAL NO. 15cr155 RNC    DEFT # 1,2,3

AUSA: David Novick/Liam Brennan/Heather Cherry

UNITED STATES OF AMERICA
vs
Shapiro, Peters, Gramins,

Counsel for Defendant: Spiro/Brown/Jaffee/Petrillo/Sklaroff/Klein/Bhatia
Ret [ ]  CJA [x]  PDA [ ]
Mukasey /Lester /Daily

- [ ] ....... Deft failed to appear. Oral Motion for issuance of Warrant [ ] granted [ ] denied [ ] Bond FORFEITED
- [ ] ...... [ ] Arrest Date (CT Case): _____ [ ] Case unsealed or [ ] Rule 5 arrest, _____ Dist of _____
- [ ] ...... CJA 23 Financial Affidavit filed [ ] under seal
- [ ] ...... Order Appointing Federal Public Defender's Office filed
- [ ] ...... Court appoints Attorney _____ to represent defendant for [ ] this proceeding only [ ] all proceedings
- [ ] ...... Appearance of _____ filed
- [ ] ...... [ ] Complaint filed [ ] Sealed Complaint filed [ ] Affidavit of _____ filed
- [ ] ...... [ ] Information/Misdemeanor filed [ ] Sealed Information filed
- [ ] ...... [ ] Waiver of Indictment (case opening) filed [ ] Felony Information filed
- [ ] ...... [ ] Waiver of Indictment (mid case) filed [ ] Superseding Information filed
- [ ] ...... Plea Agreement Ltr filed [ ] under seal [ ] to be e-filed
- [ ] ......Plea of [ ] not guilty [ ] guilty [ ] nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- [ ] ...... Petition to Enter Guilty Plea filed
- [ ] ...... Defendant motions due _____ ; Government responses due _____
- [ ] ...... Scheduling Order [ ] filed [ ] to be filed [ ] Sentencing Scheduling Order
- [ ] .......Hearing on Pending Motions scheduled for _____ at _____
- [ ] ...... Jury Selection set for _____ at _____
- [ ] ...... Remaining Count(s) to be dismissed at sentencing
- [ ] ...... Sentencing set for _____ at _____ [ ] Probation 246B Order for PSI & Report
- [ ] ...... Special Assessment of $_____ on count(s) _____. Total $ _____ [ ] Due immediately [ ] Pay at sentencing
- [ ] ...... Govt's Motion for Pretrial Detention filed [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Govt's ORAL Motion for Pretrial Detention [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Order of Detention filed
- [ ] ...... Deft ordered removed/committed to originating /another District of _____
- [ ] ...... No bond set at this time, Order of Temporary Detention Pending Hearing [ ] filed [ ] to be filed
- [ ] ...... Waiver of Rule 5 Hearing filed
- [ ] ...... Govt's Motion for waiver of 10-day notice [ ] GRANTED [ ] DENIED [ ] ADVISEMENT
- [ ] ...... Bond [ ] set at $_____ [ ] reduced to $_____ [ ] Non-surety [ ] Surety [ ] Personal Recognizance
- [ ] ...... Bond [ ] revoked [ ] reinstated [ ] continued [ ] modified
- [ ] ...... Defendant detained
- [ ] ...... _____ Hearing [ ] waived [ ] set for _____ [ ] continued until _____
- [ ] ...... Set Attorney Flag and notify Federal Grievance Clerk

[x] SEE page II for   [ ] conditions of bond   [x] additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____

## ADDITIONAL PROCEEDINGS

| | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ | Deft's oral motion | # 160 - Deft 1, 2, 3 - Motion in Limine - GRT | ☒ | ☐ | ☐ |
| ☒ | Deft's oral motion | # 162 - Deft 1, 2, 3 - Mot.in Limine- GRT in part/DEN in part | ☒ | ☒ | ☐ |
| ☒ | Deft's oral motion | # 163 - Deft 1, 2, 3 - Motion in Limine - GRT | ☒ | ☐ | ☐ |
| ☒ | Deft's oral motion | #164-Deft. 1,2,3 - Motion in Limine - GRT in part/DEN in part | ☒ | ☒ | ☐ |
| ☒ | Deft Govt's oral motion | #328 - Mot in Limine - DEN & Taken under advisement | ☐ | ☒ | ☒ |
| ☐ | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | Govt's oral motion | | ☐ | ☐ | ☐ |
| ☐ | # ___ Deft ___ Motion | | ☐ | ☐ | ☐ |
| ☐ | # ___ Deft ___ Motion | | ☐ | ☐ | ☐ |
| ☒ | # 159 Govt Motion | in Limine - DEN w/o prejudice to renewal | ☐ | ☒ | ☐ |
| ☒ | # 165 Govt Motion | in Limine - DENIED | ☐ | ☒ | ☐ |
| ☒ | #166 - Govt Motion in Limine - GRANTED | filed ☐ | ☒ | ☐ | ☐ |
| ☒ | #167 - Motion in Limine - Denied without prejudice to renewal | filed ☐ | ☐ | ☒ | ☐ |
| ☒ | #187 - Motion in Limine - Denied without prejudice to renewal | filed ☐ | ☐ | ☒ | ☐ |
| ☐ | | filed ☐ | ☐ | ☐ | ☐ |
| ☐ | | filed ☐ | ☐ | ☐ | ☐ |