Crim-Trial (2/5/2010)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: Glynn, T        RPTR/ECRO/TAPE: Warner, Darlene
TOTAL TIME: 4 hours 13 minutes   USPO ____   INTERPRETER ____
DATE: 5/4/17   START TIME: 9:17   END TIME: 1:30
LUNCH RECESS   FROM: ____ TO: ____
RECESS (if more than ½ hr)   FROM: ____ TO: ____

CRIMINAL NO. 15cr155 RNC   Deft # 1,2,3

UNITED STATES OF AMERICA
vs
Ross Shapiro/Michael Gramins/Tyler Peters

Liam Brennan, David Novick, Heather Cherry
AUSA

Mukasey/Petrillo/Klein/Frenchman/Sklaroff/Manning
Defendant's Counsel  Spiro/Brown/Daily
Jaffee/Chase/Lester/Bhatia

## CRIMINAL JURY SELECTION/CALENDAR CALL

- ☐ .............. Deft _____ failed to appear. Bench Warrant to be issued.
- ☐ .............. ☐ Call of the Calendar held ☐ Call of the Calendar over to _____
- ☒ .............. ☒ Jury Selection held ☐ Jury Selection continued until _____
- ☐ .............. Grand Jury Selection : GJ # _____ Foreperson: _____ Deputy FP _____
- ☒ .......#328 Deft Shapiro motion in limine   ☐ granted ☒ denied ☐ advisement
- ☐ .......# ___ Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .......# ___ Deft _____ motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .......# ___ Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .......# ___ Govt's motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .............. Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .............. Deft _____ Oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .............. Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .............. Govt's oral motion _____   ☐ granted ☐ denied ☐ advisement
- ☐ .............. _____   ☐ filed
- ☐ .............. _____   ☐ filed
- ☐ .............. _____   ☐ filed
- ☐ .............. _____   ☐ filed
- ☒ .............. 68 jurors present
- ☒ .............. Voir Dire oath administered by Clerk ☐ previously administered by Clerk
- ☒ .............. Voir Dire by Court
- ☒ .............. Peremptory challenges exercised
- ☒ .............. Jury of 12 and 4 alternates drawn ☐ and sworn ☐ Jury Trial commences
- ☒ .............. Remaining jurors excused
- ☒ .............. Trial continued until 5/8/17 at 9:30
- ☒ .............. COPY TO: JURY CLERK with juror lists