UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA    2017 JUN 15  P 4:04

               :

v.    US DISTRICT COURT    CASE NO. 3:15CR155 (RNC)
         HARTFORD CT

ROSS SHAPIRO,    :
MICHAEL GRAMINS, and    :    June  15, 2017
TYLER PETERS    :

### VERDICT FORM

1.  As to the charge in Count One of the Indictment of
    Conspiracy to Commit Offenses Against the United
    States, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

           Not Guilty _____        Guilty _____

      Defendant MICHAEL GRAMINS:

           Not Guilty _____        Guilty ✓

      Defendant TYLER PETERS:

           Not Guilty ✓        Guilty _____

2.  As to the charge in Count Two of the Indictment of
    Securities Fraud, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

           Not Guilty ✓        Guilty _____

      Defendant MICHAEL GRAMINS:

           Not Guilty ✓        Guilty _____

      Defendant TYLER PETERS:

           Not Guilty ✓        Guilty _____

1

3.   As to the charge in Count Three of the Indictment of Securities Fraud, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

          Not Guilty __✓__        Guilty _____

      Defendant MICHAEL GRAMINS:

          Not Guilty _____        Guilty _____

      Defendant TYLER PETERS:

          Not Guilty __✓__        Guilty _____

4.   As to the charge in Count Four of the Indictment of Wire Fraud, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

          Not Guilty __✓__        Guilty _____

      Defendant MICHAEL GRAMINS:

          Not Guilty __✓__        Guilty _____

      Defendant TYLER PETERS:

          Not Guilty __✓__        Guilty _____

5.   As to the charge in Count Five of the Indictment of Wire Fraud, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

          Not Guilty __✓__        Guilty _____

      Defendant MICHAEL GRAMINS:

          Not Guilty __✓__        Guilty _____

      Defendant TYLER PETERS:

          Not Guilty __✓__        Guilty _____

2

6.    As to the charge in Count Six of the Indictment of Wire
      Fraud, we the jury unanimously find:

           Defendant ROSS SHAPIRO:

                Not Guilty ___✓___          Guilty _____

           Defendant MICHAEL GRAMINS:

                Not Guilty ___✓___          Guilty _____

           Defendant TYLER PETERS:

                Not Guilty ___✓___          Guilty _____


7.    As to the charge in Count Seven of the Indictment of
      Wire Fraud, we the jury unanimously find:

           Defendant ROSS SHAPIRO:

                Not Guilty ___✓___          Guilty _____

           Defendant MICHAEL GRAMINS:

                Not Guilty ___✓___          Guilty _____

           Defendant TYLER PETERS:

                Not Guilty ___✓___          Guilty _____


8.    As to the charge in Count Eight of the Indictment of
      Wire Fraud, we the jury unanimously find:

           Defendant ROSS SHAPIRO:

                Not Guilty ___✓___          Guilty _____

           Defendant MICHAEL GRAMINS:

                Not Guilty ___✓___          Guilty _____

           Defendant TYLER PETERS:

                Not Guilty ___✓___          Guilty _____

9.  As to the charge in Count Nine of the Indictment of
    Wire Fraud, we the jury unanimously find:

      Defendant ROSS SHAPIRO:

          Not Guilty    ✓            Guilty       

      Defendant MICHAEL GRAMINS:

          Not Guilty                Guilty       

      Defendant TYLER PETERS:

          Not Guilty    ✓            Guilty       

                                     
SIGNATURE OF FOREPERSON

Dated at Hartford, Connecticut this  15  day of  June ,
2017.