UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO and | : | October 2, 2017 |
| MICHAEL GRAMINS | : | |
| | : | |

## MOTION FOR AN EXTENSION OF TIME
## AND TO FILE AN OVERSIZED BRIEF

The Government submits this motion to request an extension of time to answer defendant Shapiro's and defendant Gramins' Motions for a Judgment of Acquittal (Dkts. 475 & 476 respectively) and defendant Gramins' Motion for a New Trial (Dkt. 476). The Government also requests permission to file an oversized brief. As explained below, the defendants partially consent to this motion, agreeing to the Government's request for extension, but seeking a shorter period of time. In support of the Motion, the Government states the following:

1.      The jury rendered its verdict in this case on June 15, 2017. At that time, draft copies of the transcripts of trial testimony and arguments were available to all parties.

2.      On July 6, 2017, on motion by the defendants and consented to by the Government, the Court issued a scheduling order calling for the defendants' post-trial memoranda to be due by August 28, 2017, the Government's responses by October 6, 2017, and the defendant's replies by October 20, 2017.   Oral argument was set for

November 8, 2017.

3.      On July 30, 2017, final versions of the transcripts were made available to the parties.

4.      On August 28, 2017, defendants Shapiro and Gramins submitted their Motions for Judgment of Acquittal and Gramins' Motion for a New Trial. In their motions, the defendants presented numerous arguments drawn from the trial record. Defendant Gramins' motion, at 57 pages, also significantly exceeded the ordinary page limit for a motion under the local rules, to which the Government did not object. The total page count for the two motions collectively is 95.

5.      The Government is scheduled to respond to the defendants on October 6, 2017. The Government intends to present a fulsome response to the varied and nuanced arguments in the defendants' motions. However, doing so is a time consuming endeavor, involving review of the entire trial transcript and the many defense and Government exhibits. While some of defendants' arguments overlap, others are distinct, and still others raise similar but slightly different issues. Moreover, the time the Government was allotted to respond to the defendants' motions is not only less than half the time the defendants had to prepare their motions, it also falls amidst religious holidays that affect two of the three undersigned counsel. In order to properly address the motions, the Government requests that the deadline for its response be extended by 14 days, to October 20, 2016. Accordingly, the Government proposes the following schedule:

Government's Opposition            October 20, 2017

Defendants' Replies               October 30, 2017[1]

6.      As explained above, the defendants present numerous overlapping or similar arguments. In order to respond efficiently to the arguments, the Government intends to file one omnibus opposition. Although this opposition will be shorter and more streamlined than two separate oppositions would be, it will likely exceed forty pages. Accordingly, the Government requests permission to file an oversized brief.

7.      The defendants consent to the Government's request to file an oversized brief. The defendants partially consent to the Government's request for an extension of time, agreeing only to extend the Government's response date to October 16, 2017. The defendants propose to file their replies ten days later on October 26, 2017.

8.      However, the Government believes that its request is reasonable under the circumstances, does not unnecessarily delay these proceedings, and will allow it to more fully and precisely respond to the defendants' arguments. Alternatively, no compelling interest is served by shortening the Government's request by one business week, as the defendants propose to do.   Accordingly, the Government respectfully requests that the Court reset the deadlines for the Government's response to October 20, 2017, and defendants' replies to October 30, 2017.

9.      Neither party makes any request to change the hearing date.   Should the defendants wish for additional time to reply, and/or to delay the hearing date

---

[1] The Government is amenable to providing the defense with more than ten days to respond to its Opposition. However, the defendants have indicated that they do not need more than ten days to prepare their replies.

accordingly, the Government would not object to such a request.

Accordingly, the Government respectfully requests that its request to file its opposition to the defendants' post-trial briefs by October 20, 2017, and to do so in one omnibus motion that may exceed the regular page limit, be granted.


Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY


/s/ *David E. Novick*

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. phv02874

LIAM BRENNAN
HEATHER L. CHERRY

U.S. Attorney's Office
157 Church Street
New Haven, CT 06510
(203) 821-3835
David.Novick@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2017, a copy of the foregoing was filed electronically.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.


/s/ *David E. Novick*
_____
DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY