UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO and MICHAEL GRAMINS | : | |
| | : | OCTOBER 24, 2017 |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE REPLY BRIEFS IN EXCESS OF TEN PAGES**

Defendants Ross Shapiro and Michael Gramins hereby respectfully seek leave to file reply memoranda of law that exceed the ten-page limit by up to five (5) pages for each defendant's memorandum. In support of this motion, Defendants represent the following:

1. Pursuant to Rule 7(d) of the Local Rules of Civil Procedure, incorporated by reference by Rule 1(c) of the Local Rules of Criminal Procedure, both Mr. Shapiro's Reply Memorandum in further support of his motion for a judgment of acquittal and Mr. Gramins' Reply Memorandum in further support of his motion for a judgment of acquittal or, in the alternative, a new trial "may not exceed 10 pages."

2. The government's Omnibus Opposition to Defendants' Motions for a Judgment of Acquittal and for Dismissal on Due Process Grounds and Defendant Gramins' Motion for a New Trial, filed on October 20, 2017, totals 74 pages and asserts numerous legal and factual arguments relating to Defendants' motions. *See* Dkt. 482.

3. Defendants will endeavor to limit their reply memoranda to the fewest pages practicable. To address adequately the issues raised in the government's lengthy opposition brief, however, Defendants respectfully submit that it may be necessary

and fitting to exceed the ten-page limit by up to five (5) pages in each defendant's reply memorandum.

4. Counsel for Defendants have conferred with the U.S. Attorney's Office concerning the above proposal, and the government expressed no objection to this request.

WHEREFORE, Defendants respectfully seek leave to file reply memoranda of law that exceed the ten-page limit by up to five (5) pages for each defendant's memorandum.

    Respectfully submitted,

    PETRILLO KLEIN & BOXER LLP

    By:  /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    Joshua Klein (PHV07748)
    Amy Lester (PHV08919)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile:  (315) 873-2015
    gpetrillo@pkbllp.com
    *Attorneys for Ross Shapiro*

    GREENBERG TRAURIG, LLP

    By:  /s/ Marc L. Mukasey
    Marc L. Mukasey (CT29885)
    Jeffrey B. Sklaroff (PHV08423)
    Robert S. Frenchman (PHV08424)
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-6832
    Facsimile:  (212) 801-6400
    *Attorneys for Michael Gramins*

## CERTIFICATION OF SERVICE

I hereby certify that on October 24, 2017, a copy of the foregoing Defendants' Unopposed Motion for Leave to File Reply Briefs in Excess of Ten Pages was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       October 24, 2017

       /s/ Leonid Sandlar
Leonid Sandlar (PHV07700)
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
lsandlar@pkbllp.com