UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :

V.                              :     CASE NO. 3:15-cr-00155(RNC)

ROSS SHAPIRO, et al.            :


                               ORDER

The Government has moved to postpone jury selection from January 29 until July 10, with evidence to begin on July 16 (ECF No. 490). The motion is unopposed. The motion is granted in part subject to the filing of a properly executed waiver of the defendants' rights under the Speedy Trial Act ("the Act"), 18 U.S.C. §§ 3161, et seq., which specifically waives the period of delay from January 29 until May 8.

The Act generally requires that the trial of a defendant commence within seventy days after the filing of the indictment or the date the defendant first appears in court, whichever is later. 18 U.S.C. § 3161(c)(1). A continuance may be granted if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. at § 3161(h)(7)(A). One relevant factor is whether failure to grant the continuance would deny counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. Id. at § 3161(h)(7)(B)(iv).

In support of the requested continuance, the Government explains that counsel are awaiting rulings on the defendants' post-trial motions, which will impact on their trial preparation in the event the motions for judgment of acquittal are denied. I agree that the pendency of the post-trial motions makes a continuance necessary and appropriate.  However, a continuance until July 10 does not seem warranted at this time.  A continuance until May 8 should give counsel sufficient time to prepare in the event a retrial is necessary.

Accordingly, I find that the ends of justice served by a continuance outweigh the interest of the public and the defendants in a speedy trial, in that failure to grant the continuance would deny counsel reasonable time necessary for effective preparation.  Jury selection is rescheduled to begin on May 8 at 9:00 a.m.  Evidence will begin on May 14.  The period January 29 through May 8 will be excluded under the Act subject to the filing of a waiver of the defendants' rights.

So ordered this 25th day of January 2018.

/s/
Robert N. Chatigny
United States District Judge