```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


UNITED STATES OF AMERICA      :

V.                            :    CASE NO. 3:15-cr-00155(RNC)

ROSS SHAPIRO, et al.          :
```

ORDER

Defendant Michael Gramins has requested to continue trial in this matter until July 16, 2018 (ECF No. 493). Both the Government and defendant Ross Shapiro consent to this request. The request is granted in part subject to the filing of properly executed waivers of the defendants' rights under the Speedy Trial Act ("the Act"), 18 U.S.C. §§ 3161, et seq., which specifically waives the period of delay from May 8, 2018, to June 12, 2018.

The Act generally requires that the trial of a defendant commence within seventy days after the filing of the indictment or the date the defendant first appears in court, whichever is later. 18 U.S.C. § 3161(c)(1). A continuance may be granted if the court finds "that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. at § 3161(h)(7)(A). One relevant factor is whether failure to grant the continuance would deny counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. Id. at § 3161(h)(7)(B)(iv).

In support of the requested continuance, Mr. Gramins explains that counsel for the Government and Mr. Gramins were on trial in other cases throughout the month of April. I agree that these scheduling conflicts make a continuance necessary and appropriate. Accordingly, I find that the ends of justice served by a continuance outweigh the interest of the public and the defendants in a speedy trial, in that failure to grant the continuance would deny counsel reasonable time necessary for effective preparation. However, a continuance until July 16 is not possible given the Court's schedule.

Therefore, the trial schedule will be as follows. Prospective jurors will come to the court to fill out questionnaires on June 4, and the parties will receive electronic copies of the questionnaire answers shortly after the process is complete. The final pretrial conference will be on June 7 at 10:00 a.m. Counsel should confer about the questionnaire answers before the conference and be prepared to discuss jurors to be excused by stipulation and any for-cause challenges. In-court jury selection from the remaining pool of jurors will take place on June 12 at 9:00 a.m. Evidence will begin on July 9. There will be no court on July 20 and July 23.

The period May 8 through June 12 will be excluded under the Act subject to the filing of a waiver of the defendants' rights. So ordered this 1st day of May 2018.

/s/
Robert N. Chatigny
United States District Judge