UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:15CR155 (RNC) |
| | : | |
| v. | : | |
| | : | |
| ROSS SHAPIRO and | : | |
| MICHAEL GRAMINS | : | May 10, 2018 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

The Government moves to withdraw the appearance of Liam B. Brennan as counsel of record in this matter. Mr. Brennan has left the employment of the United States Attorney's Office.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ *David E. Novick*

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: 203-821-3700
Email: David.Novick@usdoj.gov

CERTIFICATION OF SERVICE

This is to certify that on May 10, 2018 a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *David E. Novick*

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY