UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| ROSS SHAPIRO and | : | |
| MICHAEL GRAMINS | : | [**PROPOSED**] **ORDER** |

On consideration of Defendant Ross Shapiro's oral Motion to Modify Conditions of Release (Dkt. 508) and Amended Motion to Modify Conditions of Release (Dkt. 513-1), and without objection from the U.S. Attorney's Office or the U.S. Probation Office,

IT IS HEREBY ORDERED that Section 7(d) through (f) of the Order Setting Conditions of Release (Dkt. 42), restricting Mr. Shapiro's travel, are hereby rescinded. Mr. Shapiro's counsel shall return Mr. Shapiro's passport to his possession.

SO ORDERED.

_____  _____
DATE                             HON. ROBERT N. CHATIGNY
                                 UNITED STATES DISTRICT JUDGE