UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO and | : | June 27, 2018 |
| MICHAEL GRAMINS | : | |
| | : | |

# ROSS SHAPIRO'S MOTION FOR RECONSIDERATION
## PURSUANT TO LOCAL RULE 7(c)

Mr. Shapiro respectfully moves the Court, pursuant to Rule 7(c) of the Local Rules of Civil Procedure for the District of Connecticut, incorporated by reference into the District's Local Rules of Criminal Procedure by Rule 1(c), to reconsider its Order dated June 5, 2018 (Dkt. 504), denying Mr. Shapiro's motion for a judgment of acquittal pursuant to Rule 29(c) of the Federal Rules of Criminal Procedure (Dkt. 440) and motion to dismiss the indictment on Due Process grounds (Dkt. 400).

A memorandum supporting the motion for reconsideration is filed herewith.

Respectfully submitted,

PETRILLO KLEIN & BOXER LLP

By: /s/ Guy Petrillo
    Guy Petrillo (CT19924)
    Joshua Klein (PHV07748)
    Amy Lester (PHV08919)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (315) 873-2015
    *Attorneys for Ross Shapiro*

## CERTIFICATION OF SERVICE

      I hereby certify that on June 27, 2018, a copy of foregoing Ross Shapiro's Motion for Reconsideration Pursuant to Local Rule 7(c) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
       June 27, 2018

                                                      /s/ Leonid Sandlar
                                                      Leonid Sandlar (PHV07700)
                                                      655 Third Avenue, 22nd Floor
                                                      New York, New York, 10017
                                                      Telephone: (212) 370-0330
                                                      Facsimile:  (315) 873-2015
                                                      lsandlar@pkbllp.com