HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____    RPTR/ECRO/TAPED. Warner

TOTAL TIME: 1 ___ hours 52 ___ minutes    USPO _____ INTERPRETER _____

DATE: 4/29/2020    START TIME: 10:00    END TIME: 11:52

LUNCH RECESS   FROM: _____   TO: _____

RECESS (if more than ½ hr)   FROM: _____   TO: _____

CRIMINAL NO. 3:15-cr-00155-RNC _____ Deft # _____

UNITED STATES OF AMERICA

vs

Ross Shapiro, Michael Gramins

David E. Novick / Heather L. Cherry
_____
AUSA

Klein, Petrillo, Daily / Mukasey, Sklaroff, Olivieri
_____
Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒......# ___ | Deft Shapiro | Motion for Reconsideration #522 | ☐ granted ☐ denied ☒ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ | Motion _____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft _____ oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐ advisement |

☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____

☐.............. Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR

☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified

☐.............. Defendant REMANDED to custody

☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____

☐.............. _____ hearing continued until _____ at _____

☐.............. Court finds defendant _____ ☐ competent ☐ incompetent

☐.............. Court orders defendant _____ to undergo psychiatric evaluation

☐.............. Motion Hearing continued until _____ at _____

☐.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed
☐ ............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

Oral argument held re: #522 Motion for Reconsideration of #504 Order on Motion to Dismiss.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____