Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____     RPTR/ECRO/TAPE: RPTR: Darlene Warner

TOTAL TIME: 1 hours 48 minutes     USPO _____     INTERPRETER _____

DATE: 5/7/2020     START TIME: 2:00     END TIME: 3:48

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 3:15-cr-00155-RNC _____ Deft # _____

UNITED STATES OF AMERICA

vs

Ross Shapiro, Michael Gramins

David E. Novick / Heather L. Cherry

AUSA

J. Klein, G. Petrillo, T. Daily / M. Mukasey, J. Sklaroff

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

☒......# ___ Deft Shapiro _____ Motion for Reconsideration #522 ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Deft _____ oral motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐......# ___ Govt's oral motion _____ ☐ granted ☐ denied ☐ advisement
☐.............. Brief(s) due _____ Response(s) due _____ Replies due _____
☐.............. Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐.............. Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
☐.............. Defendant REMANDED to custody
☐.............. Competency Hearing ☐ held ☐ continued until _____ at _____
☐.............. _____ hearing continued until _____ at _____
☐.............. Court finds defendant _____ ☐ competent ☐ incompetent
☐.............. Court orders defendant _____ to undergo psychiatric evaluation
☐.............. Motion Hearing continued until _____ at _____
☐.............. SEE PAGE II for additional entries

## DOCUMENTS FILED IN OPEN COURT

☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

Telephone Conference - Oral argument held re: #522 Motion for Reconsideration of #504 Order on Motion to Dismiss,

Order on Motion for Acquittal.

_____

_____

_____

_____

_____

_____

_____

_____

_____