UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 15-cr-00155 (RNC) |
| | : | |
| ROSS SHAPIRO and | : | |
| MICHAEL GRAMINS, | : | |
| | : | |
| Defendants | : | September 30, 2020 |
| | : | |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel respectfully moves to withdraw her appearance as counsel of record for defendant Ross Shapiro. Mr. Shapiro will continue to be represented by other counsel of record from Petrillo Klein & Boxer LLP.

    Respectfully submitted,

    PETRILLO KLEIN & BOXER LLP

    By: /s/ Mirah Curzer
    Mirah Curzer (PHV08047)
    655 Third Avenue, 22nd Floor
    New York, New York 10017
    Telephone: (212) 370-0330
    Facsimile: (212) 370-0391
    mcurzer@pkbllp.com

## CERTIFICATION OF SERVICE

I hereby certify that on September 30, 2020, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: New York, New York
September 30, 2020

    /s/ Mirah Curzer
Mirah Curzer (PHV08047)
655 Third Avenue, 22nd Floor
New York, New York, 10017
Telephone: (212) 370-0330
Facsimile: (212) 370-0391
mcurzer@pkbllp.com