UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-155 (RNC) |
| v. | |
| ROSS SHAPIRO | January 11, 2022 |

### JOINT MOTION TO CONTINUE AND FOR AUTHORIZATION OF ASSISTANCE BY THE UNITED STATES PROBATION OFFICE IN CONNECTION WITH A PRETRIAL DIVERSION PROGRAM

Pursuant to 18 U.S.C. § 3161(h)(2), the United States, by and through the United States Attorney for the District of Connecticut, and the defendant jointly move that the trial against this defendant be deferred until whichever of the following events occurs first:

1. A United States Probation Officer and the United States Attorney (through an Assistant United States Attorney) determine that they are unable to devise a satisfactory pretrial Diversion Program (hereafter referred to as "the Program") for the defendant, in which event the United States will request that this case be returned to the Court's calendar;

2. The defendant rejects the Program devised, in which event the United States will request that this case be returned to the Court's calendar;

3. The defendant fails to abide by the conditions of the Program devised, in which event the United States will request that this case be returned to the Court's calendar; or

4. The defendant successfully completes the Program devised, in which event the United States will move to dismiss the pending charges in this case.

The defendant has consented in writing to this deferral of prosecution. A copy of the defendant's written Pretrial Diversion Waiver is attached and made a part of this motion.

The United States and the defendant also request that the Court authorize personnel of the

United States Probation Office to assist in preparing a Pretrial Diversion Report, in devising a Pretrial Diversion Program, and in supervising the defendant during the defendant's participation in the Program.

Finally, the United States and the defendant request that, if the Court grants this motion, a copy of the Court's order be transmitted to the United States Probation Office for further action consistent with the Order and the Pretrial Diversion Program.  A proposed Order is attached for the Court's consideration.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

DAVID E. NOVICK
Assistant United States Attorney
Federal Bar No. phv02874

HEATHER L. CHERRY
Assistant United States Attorney
Federal Bar No. ct4351

157 Church Street, 25th Floor
New Haven, CT 06510
Phone: 203-821-3700

ROSS SHAPIRO
Defendant

By: GUY PETRILLO (CT19924)
JOSHUA KLEIN (PHV07748)
Petrillo Klein & Boxer LLP
655 Third Ave.
22nd Floor
New York, NY 10017
Phone: 212-370-0330