UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 3:15-cr-155 (RNC) |
| v. | |
| ROSS SHAPIRO | |

**PRETRIAL DIVERSION ORDER**

The joint motion of the United States and the defendant for a continuance pursuant to 18 U.S.C. § 3161(h), and for authorization of assistance by the United States Probation Office in connection with a Pretrial Diversion Program in the captioned criminal case is granted for the reasons set forth therein.

The Clerk of the Court is ordered to transmit a copy of this Order to the United States Probation Office.

It is so ordered, this  12th  day of   January    , 2022 at Hartford, Connecticut.

_____
HON. ROBERT N. CHATIGNY
UNITED STATES DISTRICT JUDGE